IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUDICIAL WATCH, INC., in its individual, corporate capacity and on behalf of certain of its members; and TRUE THE VOTE, in its individual, corporate capacity,<br><br>    *Plaintiffs*,<br><br>v.<br><br>J. BRADLEY KING and TRENT DECKARD, Co-Directors of the Indiana Election Division, in their official capacities; and CONNIE LAWSON, Indiana Secretary of State, in her official capacity,<br><br>    *Defendants*. | Civil Action No. 1:12-cv-00800-WTL-TAB |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1 and Local Rule 7.2, Judicial Watch, Inc. and the True the Vote state that they are corporations organized under Section 501(c)(3) of the Internal Revenue Code.  Neither Judicial Watch nor True the Vote has a parent corporation, and no publicly held company or investment fund has a 10% or greater ownership interest in either corporation.

Dated:  June 11, 2012              Respectfully submitted,

                        *Paul J. Orfanedes*
                        Paul J. Orfanedes
                        Chris Fedeli
                        (*Pro Hac Vice* Applications Pending)

        JUDICIAL WATCH, INC.
        425 Third Street S.W., Ste. 800
        Washington, DC 20024
        Tel: (202) 646-5172
        Fax: (202) 646-5199
        Email: porfanedes@judicialwatch.org
               cfedeli@judicialwatch.org


*/s/ David R. Langdon*
David R. Langdon
Joshua B. Bolinger

LANGDON LAW LLC
11175 Reading Road, Ste. 104
Cincinnati, OH 45241
Tel: (513) 577-7380
Fax: (513) 577-7383
Email: dlangdon@langdonlaw.com
       Jbolinger@langdonlaw.com

*Attorneys for Plaintiffs*


*Of Counsel:*

J. Christian Adams
Election Law Center, PLLC
300 N. Washington Street, Ste. 405
Alexandria, VA 22314