AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| Judicial Watch, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:12-cv-00800-WTL-TAB |
| J. Bradley King, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Judicial Watch and True the Vote.

Date:   06/11/2012

/s/ David R. Langdon
*Attorney's signature*

David R. Langdon (OH Bar No. 0067046)
*Printed name and bar number*

Langdon Law LLC
11175 Reading Rd., Ste. 104
Cincinnati, OH 45241
*Address*

dlangdon@langdonlaw.com
*E-mail address*

(513) 577-7380
*Telephone number*

(513) 577-7383
*FAX number*