IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., *et al*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Civil Action No.: 1:12-cv-800-WTL-TAB |
| v. | : | |
| | : | |
| J. BRADLEY KING, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**MOTION FOR ADMISSION OF PAUL J. ORFANEDES *PRO HAC VICE***
**(DECLARATION OF PAUL J. ORFANEDES, ATTACHED)**

Under S.D. Ind. L.R. 83.5(c), the undersigned moves the Court for an order granting admission *pro hac vice* to Paul J. Orfanedes for the purpose of appearing and participating as co-counsel in this matter on behalf of the Plaintiffs. This Motion is supported by the Declaration of Paul J. Orfanedes, attached as Exhibit A.

Mr. Orfanedes is admitted to practice in the State of Maryland and is a member in good standing of the Maryland Court of Appeals. Mr. Orfanedes is also admitted to practice before the following courts: U.S. Supreme Court; Supreme Court of Illinois; District of Columbia Court of Appeals, the U.S. Courts of Appeal for the District of Columbia Circuit, the Federal Circuit, and the Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, and Eleventh Circuits; U.S. District Court, Northern District of Illinois; U.S. District Court, District of Maryland; and the U.S. District Court, District of Columbia. Mr. Orfanedes is presently in good standing and eligible to practice before those courts, and currently is not the subject of any professional disciplinary sanction, proceeding, or investigation in any jurisdiction.

- 2 -

Mr. Orfanedes' business address is 425 Third Street S.W., Suite 800, Washington, DC 20024, and his telephone number is (202) 646-5172. His Maryland Bar Number is 9112190026.

Within the year preceding this application, Mr. Orfanedes has not made application to appear before this Court *pro hac vice*.

Accordingly, the undersigned moves the Court to admit Paul J. Orfanedes *pro hac vice* to appear as co-counsel on behalf of Plaintiffs in this matter.

        Respectfully submitted,

        */s/ David R. Langdon*
        David R. Langdon
        Joshua B. Bolinger
        LANGDON LAW LLC
        11175 Reading Road, Ste. 104
        Cincinnati, Ohio 45241
        Telephone: (513) 577-7380
        Facsimile: (513) 577-7383
        Email: dlangdon@langdonlaw.com

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2012, a copy of the foregoing motion was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that a copy of the motion will be served in the same manner as the complaint upon all named defendants.

>                             */s/ David R. Langdon*
>                             David R. Langdon