**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| JUDICIAL WATCH, INC., *et al*, : | |
| : | |
| Plaintiffs, : | |
| : | Civil Action No.: 1:12-cv-800-WTL-TAB |
| v. : | |
| : | |
| J. BRADLEY KING, *et al.*, : | |
| : | |
| Defendants. : | |

**DECLARATION OF PAUL J. ORFANEDES**

Pursuant to 28 U.S.C. § 1746, I, Paul J. Orfanedes, declare as follows:

1. I am admitted to practice in the State of Maryland and am a member in good standing of the Court of Appeals of Maryland.

2. I am also admitted to practice before the following courts:

- Supreme Court of Illinois (1990)
- District of Columbia Court of Appeals (1991)
- U.S. Supreme Court (2004)
- U.S. Court of Appeals for the District of Columbia Circuit (2003)
- U.S. Court of Appeals for the Second Circuit (2000)
- U.S. Court of Appeals for the Third Circuit (2008)
- U.S. Court of Appeals for the Fourth Circuit (1996)
- U.S. Court of Appeals for the Fifth Circuit (1997)
- U.S. Court of Appeals for the Sixth Circuit (2006)

- U.S. Court of Appeals for the Seventh Circuit (1994)
- U.S. Court of Appeals for the Eighth Circuit (2007)
- U.S. Court of Appeals for the Ninth Circuit (2004)
- U.S. Court of Appeals for the Eleventh Circuit (1994)
- U.S. Court of Appeals for the Federal Circuit (1994)
- U.S. District Court, Northern District of Illinois (2003)
- U.S. District Court, District of Maryland (1994)
- U.S. District Court, District of Columbia (1994)

3.  I am presently in good standing and eligible to practice before those courts, and currently am not the subject of any professional disciplinary sanction, proceeding, or investigation in any jurisdiction.

4.  I will abide by the Seventh Circuit Standards of Professional Conduct.

5.  My business address is 425 Third Street S.W., Suite 800, Washington, DC 20024, and my telephone number is (202) 646-5172. My Maryland Bar Number is 9112190026.

6.  Within the year preceding this application, I have not made application to appear before this Court *pro hac vice*.

7.  I have presented payment in the amount of $30.00 for the administrative fees required to process this motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of June, 2012.

_____
Paul J. Orfanedes