# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| JUDICIAL WATCH, INC., *et al*, | : |
| | : |
| Plaintiffs, | : |
| | : Civil Action No.: 1:12-cv-800-WTL-TAB |
| v. | : |
| | : |
| J. BRADLEY KING, *et al.*, | : |
| | : |
| Defendants. | : |

## ORDER ADMITTING PAUL J. ORFANEDES *PRO HAC VICE*

Upon the written motion of Plaintiffs' counsel, and based on the representations of counsel stated therein, it is hereby ORDERED that Paul J. Orfanedes be admitted to appear and participate in this case *pro hac vice* on behalf of Plaintiffs.

IT IS SO ORDERED.

_____
United States District Court Judge

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the court's ECF system.