IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUDICIAL WATCH, INC., *et al*, | : |
| | : |
| Plaintiffs, | : |
| | : Civil Action No.: 1:12-cv-800-WTL-TAB |
| v. | : |
| | : |
| J. BRADLEY KING, *et al.*, | : |
| | : |
| Defendants. | : |

**MOTION FOR ADMISSION OF CHRIS FEDELI *PRO HAC VICE***
**(DECLARATION OF CHRIS FEDELI, ATTACHED)**

Under S.D. Ind. L.R. 83.5(c), the undersigned moves the Court for an order granting admission *pro hac vice* to Chris Fedeli for the purpose of appearing and participating as co-counsel in this matter on behalf of the Plaintiffs. This Motion is supported by the Declaration of Chris Fedeli, attached as Exhibit A.

Mr. Fedeli is admitted to practice in the State of Maryland and is a member in good standing of the Maryland Court of Appeals. Mr. Fedeli is also admitted to practice before the United States Supreme Court, the United States Court of Appeals for the District of Columbia Circuit, the United States Court of Appeals for the Eleventh Circuit, and the District of Columbia Court of Appeals. Mr. Fedeli is presently in good standing and eligible to practice before those courts, and currently is not the subject of any professional disciplinary sanction, proceeding, or investigation in any jurisdiction.

Mr. Fedeli's business address is 425 Third Street S.W., Suite 800, Washington, DC 20024, and his telephone number is (202) 646-5172. His Maryland Bar Number is 0012120179.

- 2 -

Within the year preceding this application, Mr. Fedeli has not made application to appear before this Court *pro hac vice*.

Accordingly, the undersigned moves the Court to admit Chris Fedeli *pro hac vice* to appear as co-counsel on behalf of Plaintiffs in this matter.

Respectfully submitted,

*/s/ David R. Langdon*
David R. Langdon
Joshua B. Bolinger
LANGDON LAW LLC
11175 Reading Road, Ste. 104
Cincinnati, Ohio 45241
Telephone: (513) 577-7380
Facsimile: (513) 577-7383
Email: dlangdon@langdonlaw.com

- 3 -

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 11, 2012, a copy of the foregoing motion was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court' s electronic filing system. Parties may access this filing through the Court's system.

  I further certify that a copy of the motion will be served in the same manner as the complaint upon all named defendants.

                */s/ David R. Langdon*
                David R. Langdon