**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., *et al*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Civil Action No.: 1:12-cv-800-WTL-TAB |
| v. | : | |
| | : | |
| J. BRADLEY KING, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER ADMITTING CHRIS FEDELI *PRO HAC VICE***

Upon the written motion of Plaintiffs' counsel, and based on the representations of counsel stated therein, it is hereby ORDERED that Chris Fedeli be admitted to appear and participate in this case *pro hac vice* on behalf of Plaintiffs.

IT IS SO ORDERED.

_____
United States District Court Judge

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the court's ECF system.