AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| Judicial Watch, Inc., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:12-cv-800-WTL-TAB |
| J. Bradley King, et al. ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> J. Bradley King
> Indiana Election Division
> 302 West Washington Street
> Room E-204
> Indianapolis, IN 46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David R. Langdon, Esq.
> Langdon Law LLC
> 11175 Reading Road, Ste. 104
> Cincinnati, OH 45241

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| Judicial Watch, Inc., et al. <br><br> *Plaintiff* <br> v. <br> J. Bradley King, et al. <br><br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No.  1:12-cv-800-WTL-TAB |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

>Trent Deckard
>Indiana Election Division
>302 West Washington Street
>Room E-204
>Indianapolis, IN 46204

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>David R. Langdon, Esq.
>Langdon Law LLC
>11175 Reading Road, Ste. 104
>Cincinnati, OH 45241

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| Judicial Watch, Inc., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:12-cv-800-WTL-TAB |
| J. Bradley King, et al. ) | |
| *Defendant* ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Connie Lawson
Indiana Secretary of State
200 W. Washington St., Room 201
Indianapolis, IN 46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David R. Langdon, Esq.
Langdon Law LLC
11175 Reading Road, Ste. 104
Cincinnati, OH 45241

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*