IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUDICIAL WATCH, INC., *et al*, | : |
| | : |
| Plaintiffs, | : |
| | : Civil Action No.: 1:12-cv-800-WTL-TAB |
| v. | : |
| | : |
| J. BRADLEY KING, *et al.*, | : |
| | : |
| Defendants. | : |

### ORDER ADMITTING PAUL J. ORFANEDES *PRO HAC VICE*

Upon the written motion of Plaintiffs' counsel, and based on the representations of counsel stated therein, it is hereby ORDERED that Paul J. Orfanedes be admitted to appear and participate in this case *pro hac vice* on behalf of Plaintiffs.

IT IS SO ORDERED.

Dated:   06/13/2012

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the court's ECF system.

Via U.S. Mail:
 Paul J. Orfanedes
425 Third Street S.W., Suite 800
Washington, DC  20024