# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| JUDICIAL WATCH, INC., *et al*, | : |
| | : |
| Plaintiffs, | : |
| | : Civil Action No.: 1:12-cv-800-WTL-TAB |
| v. | : |
| | : |
| J. BRADLEY KING, *et al.*, | : |
| | : |
| Defendants. | : |

## ORDER ADMITTING CHRIS FEDELI *PRO HAC VICE*

Upon the written motion of Plaintiffs' counsel, and based on the representations of counsel stated therein, it is hereby ORDERED that Chris Fedeli be admitted to appear and participate in this case *pro hac vice* on behalf of Plaintiffs.

IT IS SO ORDERED.

Dated:  06/13/2012

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the court's ECF system.

Via U.S. Mail:
Chris Fedeli
425 Third Street S.W., Suite 800
Washington, DC  20024