AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| Judicial Watch, Inc., et al.<br><br>*Plaintiff*<br>v.<br>J. Bradley King, et al.<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.  1:12-cv-800-WTL-TAB<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Connie Lawson
        Indiana Secretary of State
        200 W. Washington St., Room 201
        Indianapolis, IN 46204

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
        David R. Langdon, Esq.
        Langdon Law LLC
        11175 Reading Road, Ste. 104
        Cincinnati, OH 45241

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, Laura A. Briggs

Date: June 12, 2012

BY: *Daniel J. Habing*
       *Deputy Clerk*

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Indiana

Case Number: 1:12-CV-800-WTL-TAB

Plaintiff:
**Judicial Watch, Inc., et al**
vs.
Defendant:
**J. Bradley King, et al**

Received by EXPRESS PROCESS SERVICE, INC. on the 12th day of June, 2012 at 4:29 pm to be served on **Connie Lawson Indiana Secretary of State, 200 W. Washington Street, Room 201, Indianapolis, IN 46204**

I, Bill Rorie, being duly sworn, depose and say that on the **13th day of June, 2012 at 10:20 am, I:**

Delivered a true copy of the **Summons and Complaint** to Maria Smith, Administrative Assistant at the aforementioned address, who stated that they were authorized to accept service.

**Description** of Person Served: Age: 25, Sex: F, Race/Skin Color: Cauc, Height: 5'5", Weight: 160, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action and have proper authority in the jurisdiction in which service was made. I declare that the facts set forth in the foregoing Affidavit of Service are true and correct.

Subscribed and Sworn to before me on the 13th day of June, 2012 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

[Notary Seal: NANCY BOTBYL, Marion County, My Commission Expires July 18, 2017]

**Bill Rorie**
Process Server

EXPRESS PROCESS SERVICE, INC.
8250 East Washington St
Indianapolis, IN 46219-6816
(317) 890-1055

Our Job Serial Number: CRT-2012003184
Ref: Judicial Watch v. J. Bradley King, et al

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5b