AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | | |
|---|---|---|
| Judicial Watch, Inc., et al. | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 1:12-cv-800-WTL-TAB |
| J. Bradley King, et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Trent Deckard
> Indiana Election Division
> 302 West Washington Street
> Room E-204
> Indianapolis, IN 46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David R. Langdon, Esq.
> Langdon Law LLC
> 11175 Reading Road, Ste. 104
> Cincinnati, OH 45241

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, Laura A. Briggs

Date: June 12, 2012

BY: *Daniel J. Habing*
    *Deputy Clerk*

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Indiana

Case Number: 1:12-CV-800-WTL-TAB

Plaintiff:
**Judicial Watch, Inc., et al**
vs.
Defendant:
**J. Bradley King, et al**

Received by EXPRESS PROCESS SERVICE, INC. on the 12th day of June, 2012 at 4:29 pm to be served on **Trent Deckard, Indiana Election Division, 302 W. Washington Street, Room E-204, Indianapolis, IN 46204**.

I, Bill Rorie, being duly sworn, depose and say that on the **13th day of June, 2012** at **9:50 am, I:**

Delivered a true copy of the **Summons and Complaint** to Lillie Barnes, Administrative Assistant at the aforementioned address, who stated that they were authorized to accept service.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: Cauc, Height: 5'2", Weight: 160, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action and have proper authority in the jurisdiction in which service was made. I declare that the facts set forth in the foregoing Affidavit of Service are true and correct.

Subscribed and Sworn to before me on the 13th day of June, 2012 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

NANCY BOTBYL
Marion County
My Commission Expires
July 18, 2017

**Bill Rorie**
Process Server

**EXPRESS PROCESS SERVICE, INC.**
8250 East Washington St
Indianapolis, IN 46219-6816
(317) 890-1055

Our Job Serial Number: CRT-2012003182
Ref: Judicial Watch v. J. Bradley King, et al

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5b