# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| JUDICIAL WATCH, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   1:12-cv-800-WTL-TAB |
| | ) |
| J. BRADLEY KING, et al., | ) |
| | ) |
|     Defendants. | ) |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter the appearance of Jefferson S. Garn, Deputy Attorney General, as counsel in this case for Defendants, J. Bradley King, in his official capacity as Co-Director of the Indiana Election Division, Trent Deckard, in his official capacity as Co-Director of the Indiana Election Commission and Connie Lawson, in her official capacity as Indiana Secretary of State.

I certify that I am admitted to practice in this court.

                                              Respectfully Submitted,

                                              GREGORY F. ZOELLER
                                              Attorney General of Indiana
                                              Atty No. 1958-98

Dated: July 5, 2012                By:    */s/ Jefferson S. Garn*
                                              Jefferson S. Garn
                                              Deputy Attorney General
                                              Atty. No. 29921-49
                                              I.G.C.S. – 5th Floor
                                              302 W. Washington Street
                                              Indianapolis, IN  46204
                                              Telephone:    (317) 232-6292

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of July, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to the following counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    /s/Jefferson S. Garn
Jefferson S. Garn
Deputy Attorney General

Office of the Indiana Attorney General
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN  46204
Telephone:	(317)232-6292
Fax:	(317)232-7979
E-mail:	Jefferson.Garn@atg.in.gov