UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUDICIAL WATCH, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )     1:12-cv-800-WTL-TAB |
| | ) |
| J. BRADLEY KING, et al., | ) |
| | ) |
|     Defendants. | ) |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter the appearance of Don Hostetler, Deputy Attorney General, as counsel in this case for Defendants, J. Bradley King, in his official capacity as Co-Director of the Indiana Election Division, Trent Deckard, in his official capacity as Co-Director of the Indiana Election Commission and Connie Lawson, in her official capacity as Indiana Secretary of State.

I certify that I am admitted to practice in this court.

                                            Respectfully Submitted,

                                            GREGORY F. ZOELLER
                                            Attorney General of Indiana
                                            Atty No. 1958-98

Dated: July 5, 2012              By:     */s/ Don Hostetler*
                                                  Don Hostetler
                                                  Deputy Attorney General
                                                  Atty. No. 24239-49
                                                  I.G.C.S. – 5th Floor
                                                  302 W. Washington Street
                                                  Indianapolis, IN  46204
                                                  Telephone:     (317) 234-6685

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of July, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to the following counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

     /s/ Don Hostetler
Don Hostetler
Deputy Attorney General


Office of the Indiana Attorney General
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN  46204
Telephone:       (317)234-6685
Fax:             (317)232-7979
E-mail:          Don.Hostetler@atg.in.gov