UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **JUDICIAL WATCH, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | 1:12-cv-800-WTL-TAB |
| ) | |
| **J. BRADLEY KING, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER ON DEFENDANTS' MOTION FOR INITIAL ENLARGEMENT OF TIME

Defendants filed a motion for an initial twenty-eight day enlargement of time to respond to the Plaintiffs' Complaint.  The Court having considered the same, Defendants' time to respond to the Complaint is hereby extended by twenty-eight days to and including August 2, 2012.

ORDERED this \_\_\_\_ day of July, 2012.

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the court's ECF system.