UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **JUDICIAL WATCH, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) 1:12-cv-800-WTL-TAB |
| | ) |
| **J. BRADLEY KING, et al.,** | ) |
| | ) |
| Defendants. | ) |

### ORDER ON DEFENDANTS' MOTION FOR INITIAL ENLARGEMENT OF TIME

Defendants filed a motion for an initial twenty-eight day enlargement of time to respond to the Plaintiffs' Complaint. The Court having considered the same, Defendants' time to respond to the Complaint is hereby extended by twenty-eight days to and including August 2, 2012.

ORDERED:   07/10/2012

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the court's ECF system.