IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUDICIAL WATCH, INC., and TRUE THE VOTE, <br><br> *Plaintiffs*, <br> v. <br><br> J. BRADLEY KING, *et al.* <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) )      Case No. 1:12-cv-800-WTL-TAB |

**ORDER ON CONSENT MOTION FOR EXTENSION OF TIME**

    Plaintiffs filed a Consent Motion for a thirteen day enlargement of time to respond to the Defendants' Motion to Dismiss. The Court having considered the same, Plaintiffs' time to respond to the Motion to Dismiss is hereby extended by thirteen days to and including August 29, 2012.

    ORDERED this \_\_\_\_ day of August, 2012.

 

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the court's ECF system.