IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUDICIAL WATCH, INC., and TRUE THE VOTE, | ) ) ) |
| *Plaintiffs*, | ) Case No. 1:12-cv-800-WTL-TAB |
| v. | ) ) |
| J. BRADLEY KING, *et al.* | ) ) |
| *Defendants*. | ) ) |

## MOTION FOR ORAL ARGUMENT

Judicial Watch, Inc., and True the Vote ("Plaintiffs"), by undersigned counsel, hereby respectfully request oral argument on Defendants' Motion to Dismiss (ECF No. 20) and Plaintiffs' Response thereto.  Pursuant to S.D.Ind. L.R. 7-5(a), Plaintiffs state that oral argument is necessary to further illuminate the issues presented for the Court, many of which call for judgment on unique and complex questions of federal law.  Plaintiffs estimate that one-half hour per side is a sufficient amount of time for the Court to allow for oral argument.

Dated: August 29, 2012                                    Respectfully submitted,

*/s/ Chris Fedeli*
Chris Fedeli
*Admitted Pro Hac Vice*

JUDICIAL WATCH, INC.
425 Third Street S.W., Ste. 800
Washington, DC 20024
Tel: (202) 646-5172
Fax: (202) 646-5199
Email: cfedeli@judicialwatch.org

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Chris Fedeli*
Chris Fedeli
