IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUDICIAL WATCH, INC., ) <br> and TRUE THE VOTE, ) <br> ) <br>    *Plaintiffs*, ) <br>  v. ) <br> ) <br> J. BRADLEY KING, *et al.* ) <br> ) <br>    *Defendants*. ) <br> _____) | Case No. 1:12-cv-800-WTL-TAB |

### ORDER ON MOTION FOR ORAL ARGUMENT

  Plaintiffs filed a Motion for oral argument on Defendants' Motion to Dismiss (ECF No. 20). The Court, having considered the same, hereby grants Plaintiffs' request for oral argument.

  ORDERED this ____ day of _____, 2012.

                    _____
                    Judge, United States District Court
                    Southern District of Indiana
                    Indianapolis Division

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the court's ECF system.