UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUDICIAL WATCH, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) 1:12-cv-800-WTL-TAB |
| | ) |
| J. BRADLEY KING, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME

Defendants, J. Bradley King, in his official capacity as Co-Director of the Indiana Election Division, Trent Deckard, in his official capacity as Co-Director of the Indiana Election Commission and Connie Lawson, in her official capacity as Secretary of State, by counsel, pursuant to S.D. Ind. L.R. 6.1(d), hereby move for an extension of time to file a reply to Plaintiffs' response to Defendants motion to dismiss, and in support state as follows:

1. Defendants filed a motion to dismiss for failure to state a claim on August 2, 2012. Plaintiffs filed their response on August 29, 2012.

2. Pursuant to S.D. Ind. L.R. 7.1(b), the deadline for Defendants to reply to Plaintiffs' response would be September 5, 2012. That deadline has not passed.

3. Defendants need additional time to reply to Plaintiffs' response, and therefore request a seven-day extension of time within which to reply to the Plaintiffs' response.

4. Undersigned counsel contacted Plaintiffs' counsel, Christopher Fedeli on August 31, 2012. Mr. Fedeli gave his consent to the seven-day extension of time.

5. This request for an extension of time is made in good faith and not interposed for delay.

2

Pursuant to S.D.Ind. L.R. 6.1(d), the Defendants' respectfully request the Court to grant their motion for a seven-day extension of time to respond to the Complaint to and including September 12, 2012.

          Respectfully submitted,

          GREGORY F. ZOELLER
          Indiana Attorney General
          Attorney No. 1958-98

By:   */s/ Jefferson S. Garn*
       Jefferson S. Garn
       Deputy Attorney General
       Attorney No. 29921-49

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of September, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to the following counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Jefferson S. Garn*
Jefferson S. Garn
Deputy Attorney General

Office of the Indiana Attorney General
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN  46204-2770
Telephone:    (317) 232-6292
Fax:             (317) 232-7979
Email: jefferson.garn@atg.in.gov