UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUDICIAL WATCH, et al.,        ) | |
|                                ) | |
|         Plaintiffs,            ) | |
|                                ) | |
|     v.                         ) | 1:12-cv-800-WTL-TAB |
|                                ) | |
| J. BRADLEY KING, et al.,       ) | |
|                                ) | |
|         Defendants.            ) | |

### ORDER ON DEFENDANTS' MOTION FOR EXTENSION OF TIME

Defendants having filed a Motion for Extension of Time to file a Reply in Support of Motion to Dismiss, and the Court having considered the motion, Defendants' time to reply to Plaintiffs' response is hereby extended by seven days to and including September 12, 2012.

ORDERED this ____ day of July, 2012.

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the court's ECF system.