UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUDICIAL WATCH, INC. <br> and TRUE THE VOTE, <br><br> Plaintiffs, <br><br> v. <br><br> J. BRADLEY KING, TRENT DECKARD, <br> and CONNIE LAWSON, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 1:12-cv-00800-WTL-TAB <br> ) <br> ) <br> ) <br> ) <br> ) |

**CASE MANAGEMENT PLAN ORDER**

\_\_\_\_X\_\_\_\_  PARTIES APPEARED BY COUNSEL ON NOVEMBER 8, 2012, FOR A TELEPHONIC INITIAL PRETRIAL CONFERENCE.

\_\_\_\_X\_\_\_\_  APPROVED AS SUBMITTED.

_____  APPROVED AS AMENDED.

_____  APPROVED AS AMENDED PER SEPARATE ORDER.

_____  APPROVED, BUT ALL OF THE FOREGOING DEADLINES ARE SHORTENED/LENGTHENED BY _____ MONTHS.

_____  APPROVED, BUT THE DEADLINES SET IN SECTION(S) _____ OF THE PLAN IS/ARE SHORTENED/LENGTHENED BY _____ MONTHS.

_____  THIS MATTER IS SET FOR TRIAL BY _____ ON _____ _____. FINAL PRETRIAL CONFERENCE IS SCHEDULED FOR _____ AT _____ .M., ROOM _____.

_____  A SETTLEMENT/STATUS CONFERENCE IS SET IN THIS CASE FOR _____ AT _____ .M.  COUNSEL SHALL APPEAR:

_____  IN PERSON IN ROOM _____; OR

_____  BY TELEPHONE.  COUNSEL OF RECORD WILL BE CONTACTED WITH INSTRUCTIONS ON HOW TO ACCESS THIS CALL.

_____  BY TELEPHONE, WITH COUNSEL CALLING THE JUDGE'S STAFF AT (317) 229-3660.

\_\_\_\_X\_\_\_\_  DISPOSITIVE MOTIONS SHALL BE FILED NO LATER THAN OCTOBER 11, 2013.

Plaintiff shall make a specific settlement demand within the time set forth in the Case Management Plan and provide a copy to the Magistrate Judge, and the Defendant also shall copy the Magistrate Judge with their settlement response.

Given the dispositive motions deadline, the Magistrate Judge recommends a trial date in or after May 2014.

Upon approval, this Plan constitutes an Order of the Court.  Failure to comply with an Order of the Court may result in sanctions for contempt, or as provided under Rule 16(f), to and including dismissal or default.

Dated: 11/13/2012

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Joshua Braden Bolinger
LANGDON LAW LLC
jbolinger@langdonlaw.com

Chris Fedeli
JUDICIAL WATCH, INC.
cfedeli@judicialwatch.org

Jefferson S. Garn
INDIANA ATTORNEY GENERAL
jefferson.garn@atg.in.gov

Don R. Hostetler
OFFICE OF THE ATTORNEY GENERAL
donald.hostetler@atg.in.gov

David R. Langdon
Langdon Law LLC
dlangdon@langdonlaw.com

Paul J. Orfanedes
JUDICIAL WATCH, INC
porfanedes@judicialwatch.org