UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JUDICIAL WATCH, INC. in its individual, corporate capacity and on behalf of certain of its members, TRUE THE VOTE in its individual, corporate capacity, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| J. BRADLEY KING Co-Director of the Indiana Election Division, in his official capacities, TRENT DECKARD Co-Director of the Indiana Election Division, in his official capacities, CONNIE LAWSON Indiana Secretary of State, in her official capacity, | ) ) ) ) ) ) ) ) ) ) | No. 1:12-cv-00800-WTL-TAB |
| Defendants. | ) | |

**ENTRY FOR NOVEMBER 21, 2012**
**HONORABLE WILLIAM T. LAWRENCE**

The Court, having approved the Case Management Plan as submitted by the parties, now sets the Bench Trial on **May 19, 2014 at 9:00 a.m.** in Courtroom 202, Birch Bayh Federal Building and United States District Courthouse, 46 East Ohio Street, Indianapolis, Indiana. The Court allots eight days to try this case.

The Final Pre-Trial Conference shall be conducted on **April 17, 2014 at 10:00 a.m.** in Room 202. Prior to the conference, Counsel are urged to review the Case Management Plan (dkt. 32, paragraph VIII) for all pretrial deadlines. Counsel shall be prepared to fully discuss the status of the action, including all matters requiring completion preparatory to trial. Counsel having primary trial responsibility shall attend the final pretrial in person.

Distribution:

Jefferson S. Garn
INDIANA ATTORNEY GENERAL
jefferson.garn@atg.in.gov

Paul J. Orfanedes
JUDICIAL WATCH, INC
porfanedes@judicialwatch.org

Chris  Fedeli
JUDICIAL WATCH, INC.
cfedeli@judicialwatch.org

Joshua Braden Bolinger
LANGDON LAW LLC
jbolinger@langdonlaw.com

David R. Langdon
Langdon Law LLC
dlangdon@langdonlaw.com

Don R. Hostetler
OFFICE OF THE ATTORNEY GENERAL
donald.hostetler@atg.in.gov