DR. ORLY TAITZ ESQ

29839 SANTA MARGARITA STE 100

RANCHO SANTA MARGARITA, CA 92688

PH. 949-683-5411 FAX 949-766-7603

ORLY.TAITZ@GMAIL.COM

FILED
DEC 18 2012
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

IN THE US DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

| | |
|---|---|
| JUDICIAL WATCH ET AL | ) Case #12-cv-800 |
| V | ) Hon William Lawrence presiding |
| BRADLEY KING ET AL | ) Motion to intervene |

### MOTION TO INTERVENE

Pursuant to Federal Rule of Civil Procedure 24(b)(2), Plaintiff -Intervenor Dr. Orly Taitz, ESQ, President of not for profit "Defend Our Freedoms" foundation is seeking to intervene as her action shares a common question of law or fact.

### MEMORANDUM OF POINTS AND AUTHORITIES

1. Dr. Orly Taitz esq has filed two formal HAVA complaints of elections fraud with the office of the Secretary of State of Indiana prior to 2012 Presidential election.
2. First fully executed and notarized complaint and 208 pages of exhibits were filed on 02.09.2012 by certified mail with the office of the Secretary of state and was also e-mailed to both co directors of the elections commission Brad King and Trent Deckert.
3. For over 10 months Taitz did not receive a response to her complaint.
4. In September 2012 Taitz personally hand delivered a second fully executed and notarized official HAVA elections fraud complaint to the office of the Secretary of State. She was accompanied by a witness, citizen of Indiana, Mr. Karl Swihart, who submitted his own duly signed and notarized

RECEIVED
DEC 18 2012
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

HAVA electios fraud complaint. As of today, December 12, 2012, I did not receive any response to either one of the complaints.

5. Taitz is both a doctor and an attorney and the president of "Defend our Freedoms" not for profit foundation. Taitz and her family were able to escape a communist Soviet Union. An uncle of Taitz was a famous "Refusnik", dissident against the Soviet regime. Taitz started her foundation in order to fight elections fraud and rampant corruption in the government, to make sure United States does not become another Soviet Union with depravation of voting rights and other Constitutional freedoms. A number of the members and supporters of "defend our freedoms Freedoms" are citizens of Indiana. "Defend Our Freedoms" is being supported by Taitz herself through her income as a doctor of dental Surgery and by her supporters.
6. Taitz believes that the Secretary of State of Indiana and the Elections Commission of Indiana are aiding and abetting elections fraud by ignoring complaints of elections fraud.
7. FRCP 24(b)2 allows intervener action when there is a common question of law and fact.
8. Taitz believes that her rights and rights of Indiana members of "Defend Our Freedoms Foundation would be infringed upon if intervener motion is not granted. The interests of Judicial economy would also favor granting Taitz and Defend our Freedoms intervener status versus them filing a separate complaint.

### CONCLUSION

Due to all of the above intervener motion should be granted

Respectfully submitted Dr. Orly Taitz, ESQ

/s/ Dr. Orly TAITZ, ESQ

### SWORN DECLARATION OF ORLY TAITZ IN SUPPORT OF INTERVENER MOTION

1. I, Orly Taitz, President of "Defend Our Freedoms Foundation" filed two formal HAVA complaints of elections fraud with the office of the Secretary of State of Indiana prior to 2012 Presidential election.
2. First fully executed and notarized complaint and 208 pages of exhibits were filed on 02.09.2012 by certified mail with the office of the Secretary of state and was also e-mailed to both co directors of the elections commission Brad King and Trent Deckert.
3. For over 10 months I did not receive a response to her complaint.
4. In September 2012 I personally hand delivered a second fully executed and notarized official HAVA elections fraud complaint to the office of the Secretary of State. She was accompanied by a witness, citizen of Indiana, Mr. Karl Swihart, who submitted his own duly signed and notarized HAVA electios fraud complaint. As of today, December 12, 2012, I did not receive any response to either one of the complaints.
5. I am both a doctor and an attorney and the president of "Defend our Freedoms" not for profit foundation. My family and I were able to escape a communist Soviet Union. My uncle was a

famous "Refusnik", dissident against the Soviet regime. I started my foundation in order to fight elections fraud and rampant corruption in the government, to make sure United States does not become another Soviet Union with depravation of voting rights and other Constitutional freedoms. A number of the members and supporters of "Defend our Freedoms" are citizens of Indiana. "Defend Our Freedoms" is being supported by me through my income as a doctor of dental Surgery and by my supporters.

6. I believe that the Secretary of State of Indiana and the Elections Commission of Indiana are aiding and abetting elections fraud by ignoring complaints of elections fraud.
7. FRCP 24(b)2 allows intervener action when there is a common question of law and fact.
8. I believe that my rights and rights of Indiana members of "Defend Our Freedoms Foundation would be infringed upon if intervener motion is not granted. The interests of Judicial economy would also favor granting Taitz and Defend our Freedoms intervener status versus them filing a separate complaint.

/S./ Dr. Orly Taitz, ESQ

12.12.2012.

Certificate of Service

I, Lila Dubert, over 18 years old and not a party in this case attest that I mailed a copy of this "Motion to Intervene" to all parties in this case as listed in the distribution list below

/s/ Lila Dubert
12.12.2012

### Plaintiff

**JUDICIAL WATCH, INC.**  
*in its individual, corporate capacity and on behalf of certain of its members*

represented by **Chris Fedeli**  
JUDICIAL WATCH, INC.  
425 Third Street S.W., Suite 800  
Washington, DC 20024  
(202) 646-5185  
Fax: (202) 646-5172  
Email: cfedeli@judicialwatch.org  
*ATTORNEY TO BE NOTICED*

**Joshua Braden Bolinger**  
LANGDON LAW LLC  
11175 Reading Road  
Suite 104

V.

**Defendant**

**J. BRADLEY KING**
*Co-Director of the Indiana Election Division, in his official capacities*

represented by **Don R. Hostetler**
OFFICE OF THE ATTORNEY GENERAL
302 West Washington Street
IGCS - 5th Floor
Indianapolis, IN 46204
(317) 234-6685
Fax: 317-232-7979
Email: donald.hostetler@atg.in.gov
*ATTORNEY TO BE NOTICED*

**Jefferson S. Garn**
INDIANA ATTORNEY GENERAL
302 West Washington Street,
Indiana Government Center South
Fifth Floor
Indianapolis, IN 46204
317-232-6292
Fax: 317-232-7979
Email: jefferson.garn@atg.in.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**TRENT DECKARD**
*Co-Director of the Indiana Election Division, in his official capacities*

represented by **Don R. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jefferson S. Garn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**CONNIE LAWSON**
*Indiana Secretary of State, in her official capacity*

represented by **Don R. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jefferson S. Garn**
(See above for address)
*ATTORNEY TO BE NOTICED*