# INDIANA ELECTION COMMISSION

### ORDER
_____

WHEREAS, a complaint or grievance was filed by Judicial Watch, Inc., by Thomas J. Fitton, President, with the Election Division of the Office of the Secretary of State of Indiana ("the Election Division") pursuant to IC 3-7-11 (administrative complaints regarding violations of Indiana Code 3-7 or the National Voter Registration Act [NVRA]);

WHEREAS, pursuant to IC 3-7-11-5, the Co-Directors of the Election Division ("the Co-Directors") have determined that even if the facts set forth in the complaint or grievance are assumed to be true, there is no violation of NVRA or IC 3-7; and

WHEREAS, under IC 3-7-11-5, the Co-Directors shall dismiss the complaint or grievance upon making this determination;

**IT IS THEREFORE ORDERED:**

SECTION 1. That Co-Directors having determined that the complaint or grievance filed by Justice Watch, Inc. with the Election Division (and designated as 2012-1) does not set forth a violation of NVRA or IC 3-7 even if the facts set forth in the complaint or grievance are assumed to be true, hereby **DISMISS** the complaint or grievance.

SECTION 2. A copy of this Order shall be provided by certified mail to the person who filed the complaint or grievance; the person alleged to have committed the violation (if contact information was provided by the complainant); the members of the Indiana Election Commission; and the Attorney General.

**SO ORDERED THIS 5th DAY OF MARCH, 2012:**

**THE INDIANA ELECTION DIVISION:**

| | |
|---|---|
| **Trent Deckard** | **J. Bradley King** |
| **Co-Director, Indiana Election Division** | **Co-Director, Indiana Election Division** |

*Posted: 03/21/2012 by Legislative Services Agency*
An html version of this document.

Defendants
Exhibit A