# Exhibit 1

## Election Fraud and Accessibility Grievance Form



**ELECTION FRAUD AND ACCESSIBILITY**
**GRIEVANCE FORM**

Indiana Secretary of State
**HAVA Division**
Indiana Government Center South
302 West Washington Street, Room E-111
Indianapolis, Indiana 46204
Telephone: (866) 461-8683

## PROCEDURE

Please complete this form below. After the form has been notarized, please submit it to the HAVA office
the address listed above. The form will be reviewed by the Election Division to determine if a violation
may have occurred. If a violation may have occurred, then the complaint will be investigated

## PERSON FILING FORM

Name
Dr. ORLY TAITZ, ESQ

Address (street and number, city, state, and zip code)
29839 Santa Margarita, ste 100

County of residence
Orange, CA 926.

Email address (optional)
Orly.taitz@gmail.com

Daily Telephone
9496835411

Evening Telephone
9496835411

## NATURE OF THE GRIEVANCE

Please describe the nature of the complaint. (Attach additional Grievance sheets if necessary)

see attached complaint, court transcripts,
court case file with 208 pages of exhibits.
copy of de file was forwarded to the immediate
past secretary of state Charlie White & to tempo-
rary secretary of state Bonnet. Evidence shows that
Barack Hussein Obama II cannot be a presidential
candidate due to lack of Constitutional Natural Born
Citizen status, due to the fact that he does not have valid
papers. He is using a CT Social Security number ▮▮▮▮▮▮
was issued in 1977 to a resident of CT, when Obama resi-
ded in HI, there is evidence of forgery
and fraud in his other identification

Have you filed this complaint with your county election board?
☐ Yes  ☑ [No]

## NOTARY CERTIFICATE

STATE OF California

COUNTY OF Orange

} ss

Orly Taitz
best of my knowledge and belief

swear or affirm that the information set forth

Signature
[signature]

Signature of notary
[signature]
Armen Arthur Tchertchian (Notary Public)

Print or typed name
ORLY Taitz

Printed name of notary
Armen Arthur Tchertchian
Orange California

Date subscribed and sworn before Notary Public
02 09 2012

Date Commission Expires
02/09/201

[Notary seal: ARMEN ARTHUR TCHERTCHIAN, COMM. 1923057, NOTARY PUBLIC CALIFORNIA, ORANGE COUNTY, My Term Exp. March 24, 2015]

Voters with disabilities needing assistance regarding accessibility issues may also conta
the Indiana Protection and Advocacy Services at:
  4701 N. Keystone Ave. #222
  Indianapolis, IN 46205
  (toll free) 800-622-4845
  (TTY) 800-838-1131