UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **JUDICIAL WATCH, INC., et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | 1:12-cv-800-WTL-TAB |
| ) | |
| **J. BRADLEY KING, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUESTS

Defendants, by counsel, filed an unopposed motion to extend the deadline for responding to Plaintiffs' December 7, 2012, discovery requests.

The Court, having considered the request, now finds that the motion should be **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the time within which Defendants are to respond to Plaintiffs' December 7, 2012, discovery requests is hereby extended by thirty days to and including March 6, 2013.

ORDERED this \_\_\_\_ day of February 2013.

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the court's ECF system.