UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **JUDICIAL WATCH, INC., et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:12-cv-800-WTL-TAB |
| | ) | |
| **J. BRADLEY KING, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF
TIME TO RESPOND TO DISCOVERY REQUESTS**

Defendants, by counsel, filed an unopposed motion to extend the deadline for responding to Plaintiffs' December 7, 2012, discovery requests.

The Court, having considered the request, now finds that the motion should be **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the time within which Defendants are to respond to Plaintiffs' December 7, 2012, discovery requests is hereby extended by thirty days to and including March 6, 2013.

ORDERED: 02/08/2013

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the court's ECF system.