UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUDICIAL WATCH, INC., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 1:12-cv-00800-WTL-TAB |
| | ) |
| J. BRADLEY KING, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DISCOVERY REQUESTS**

Defendants J. Bradley King and Trent Deckard, Co-Directors of the Indiana Election Division, and Connie Lawson, Indiana Secretary of State, by counsel, pursuant to Southern District of Indiana Local Rule 6.1(d), hereby move the Court for a two day extension of time within which to respond to Plaintiffs' discovery requests, and in support state as follows:

1. On December 7, 2012, Plaintiffs requested that Defendants produce various documents and answer interrogatories within thirty (30) days.

2. On January 4, 2013, Defendants provided notice of an initial extension of time to February 4, 2013, to respond to Plaintiffs' discovery requests, and subsequently were granted a thirty day extension of time.

3. Accordingly, the deadline for Defendants to respond to Plaintiffs' request is March 6, 2013. That deadline has not passed.

4. Undersigned counsel for Defendants contacted Plaintiffs' counsel, Chris Fedeli, on March 6, 2013, regarding an extension of time. Mr. Fedeli stated that he had no objection to a two day extension of time to March 8, 2013, to respond to Plaintiffs' discovery requests.

- 2 -

Pursuant to Southern District of Indiana Local Rule 6.1(d), Defendant request that their responses to Plaintiffs' discovery requests be due on or before March 8, 2013.

                  Respectfully submitted,

                  GREGORY F. ZOELLER
                  Indiana Attorney General
                  Attorney No. 1958-98

Date: March 6, 2013        By: *s/ Jefferson S. Garn*
                                       Jefferson S. Garn
                                       Deputy Attorney General
                                       Attorney No. 29921-49

                                       OFFICE OF INDIANA ATTORNEY GENERAL
                                       Indiana Government Center South, 5th Floor
                                       302 W. Washington Street
                                       Indianapolis, IN  46204-2770
                                       Telephone:  (317) 232-6292
                                       Fax:  (317) 232-7979
                                       Email:  Jefferson.Garn@atg.in.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2013, a copy of the foregoing ***Defendants' Unopposed Motion for Extension of Time to Respond to Discovery Requests*** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Paul J. Orfanedes
JUDICIAL WATCH, INC.
porfanedes@judicialwatch.org

Chris Fedeli
JUDICIAL WATCH, INC.
cfedeli@judicialwatch.org

David R. Langdon
LANGDON LAW LLC
dlangdon@langdonlaw.com

Joshua B. Bolinger
LANGDON LAW LLC
jbolinger@langdonlaw.com

 s/ *Jefferson S. Garn*
Jefferson S. Garn
Deputy Attorney General

OFFICE OF INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN  46204-2770
Telephone:  (317) 232-6292
Fax:  (317) 232-7979
Email:  Jefferson.Garn@atg.in.gov