**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **JUDICIAL WATCH, INC., et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 1:12-cv-00800-WTL-TAB** |
| | ) | |
| **J. BRADLEY KING, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUESTS

Defendants, by counsel, filed an unopposed motion to extend the deadline for responding to Plaintiffs' December 7, 2012, discovery requests.

The Court, having considered the request, now finds that the motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the time within which Defendants are to respond to Plaintiffs' discovery requests is hereby extended two days, to and including March 8, 2013.

ORDERED: _____.


_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana


Distribution:

Service of this order will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.