UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUDICIAL WATCH, INC., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 1:12-cv-00800-WTL-TAB |
| | ) |
| J. BRADLEY KING, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUESTS**

Defendants, by counsel, filed an unopposed motion to extend the deadline for responding to Plaintiffs' December 7, 2012, discovery requests.

The Court, having considered the request, now finds that the motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the time within which Defendants are to respond to Plaintiffs' discovery requests is hereby extended two days, to and including March 8, 2013.

ORDERED: 03/07/2013

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service of this order will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.