UNITED STATES DISTRICT COURT
Southern District of Indiana

Submit by E-Mail

Save for E-Filing

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO:  THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐  I have **no pending cases** in the District Court for the Southern District of Indiana.

☑  I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]  )  Case No. 1:12-cv-00800-WTL-TAB

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Joshua B. Bolinger | Joshua B. Bolinger |
| **Law Firm, Company, and/or Agency:** | Langdon Law LLC | Langdon Law LLC |
| **Address:** | 11175 Reading Rd., Ste. 104<br>Cincinnati, OH 45241 | 8913 Cincinnati-Dayton Rd.<br>West Chester, OH 45069 |
| **Primary E-mail:** | jbolinger@langdonlaw.com | jbolinger@langdonlaw.com |
| **Secondary E-mail(s):** |  | hcrisp@langdonlaw.com |
| **Telephone Number:** | (513) 577-7396 | (513) 577-7380 |
| **Facsimile:** | (513) 577-7383 | (513) 577-7383 |

Date: March 11, 2013         s/ Joshua B. Bolinger

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.

CERTIFICATE OF SERVICE

      I certify that on March 11, 2013, a copy of the foregoing Notice of Change of Attorney Information was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          */s/ Joshua B. Bolinger*
                                          Joshua B. Bolinger