**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| JUDICIAL WATCH, INC., and TRUE THE VOTE, ) ) ) | |
| *Plaintiffs*, ) | Case No. 1:12-cv-800-WTL-TAB |
| v. ) ) | |
| J. BRADLEY KING, *et al.* ) ) | |
| *Defendants*. ) ) | |

**ORDER ON CONSENT MOTION FOR EXTENSION OF TIME TO
MAKE EXPERT DISCLOSURES AND FILE EXPERT REPORT**

Plaintiffs filed a Consent Motion for a fifteen day extension of time to make their expert witness disclosures and file their expert report. The Court having considered the same, Plaintiffs' time their expert witness disclosures and file their expert report is hereby extended by fifteen days to and including June 26, 2013.

ORDERED this ____ day of _____, 2013.

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the court's ECF system.