UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUDICIAL WATCH, INC., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 1:12-cv-00800-WTL-TAB |
| | ) |
| J. BRADLEY KING, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' NOTICE OF INITIAL EXTENSION OF TIME
TO RESPOND TO INTERROGATORIES**

Defendants J. Bradley King and Trent Deckard, Co-Directors of the Indiana Election Division, and Connie Lawson, Indiana Secretary of State, by counsel, pursuant to Southern District of Indiana Local Rule 6-1(b), hereby notify the Court and parties that the time within which the Defendants are to respond to interrogatories is extended fourteen (14) days to May 10, 2013, and in support state as follows:

1. On March 27, 2013, Plaintiffs requested that Defendants answer their second set of interrogatories within thirty (30) days.

2. Accordingly, the deadline for Defendants to respond to Plaintiffs' request is April 26, 2013. That deadline has not passed.

3. Undersigned counsel for Defendants contacted Plaintiffs' counsel, Chris Fedeli, on April 26, 2013, regarding an extension of time. Mr. Fedeli stated that he had no objection to a fourteen (14) day extension of time to May 10, 2013, to respond to Plaintiffs' interrogatories.

Pursuant to Southern District of Indiana Local Rule 6-1(b), Defendants' responses to Plaintiffs' interrogatories are due on or before May 10, 2013.

                    Respectfully submitted,

                    GREGORY F. ZOELLER
                    Indiana Attorney General
                    Attorney No. 1958-98

Date: April 26, 2013      By:  *s/ Jefferson S. Garn*
                                    Jefferson S. Garn
                                    Deputy Attorney General
                                    Attorney No. 29921-49

                                    OFFICE OF INDIANA ATTORNEY GENERAL
                                    Indiana Government Center South, 5th Floor
                                    302 W. Washington Street
                                    Indianapolis, IN  46204-2770
                                    Telephone:  (317) 232-6292
                                    Fax:  (317) 232-7979
                                    Email:  Jefferson.Garn@atg.in.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2013, a copy of the foregoing *Defendants' Notice of Initial Extension of Time to Respond to Interrogatories* was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Paul J. Orfanedes
JUDICIAL WATCH, INC.
porfanedes@judicialwatch.org

Chris Fedeli
JUDICIAL WATCH, INC.
cfedeli@judicialwatch.org

David R. Langdon
LANGDON LAW LLC
dlangdon@langdonlaw.com

Joshua B. Bolinger
LANGDON LAW LLC
jbolinger@langdonlaw.com

 s/ *Jefferson S. Garn*
Jefferson S. Garn
Deputy Attorney General

OFFICE OF INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN  46204-2770
Telephone:  (317) 232-6292
Fax:  (317) 232-7979
Email:  Jefferson.Garn@atg.in.gov