UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JUDICIAL WATCH, INC. in its individual, corporate capacity and on behalf of certain of its members,<br>TRUE THE VOTE in its individual, corporate capacity, | )<br>)<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| vs. | )<br>) | |
| J. BRADLEY KING Co-Director of the Indiana Election Division, in his official capacities,<br>TRENT DECKARD Co-Director of the Indiana Election Division, in his official capacities,<br>CONNIE LAWSON Indiana Secretary of State, in her official capacity, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:12-cv-00800-WTL-TAB |
| Defendants. | ) | |

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

This cause is set for a **telephonic status conference at 11:30 a.m. on July 1, 2013.** Parties shall participate in this conference by counsel, who shall contact the Court at 317-229-3660. The purpose of this conference is to address the need for and timing of a settlement conference.

Dated:  06/21/2013

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

Jefferson S. Garn
INDIANA ATTORNEY GENERAL
jefferson.garn@atg.in.gov

Paul J. Orfanedes
JUDICIAL WATCH, INC
porfanedes@judicialwatch.org

Chris Fedeli
JUDICIAL WATCH, INC.
cfedeli@judicialwatch.org

David R. Langdon
LANGDON LAW LLC
dlangdon@langdonlaw.com

Joshua Braden Bolinger
LANGDON LAW LLC
jbolinger@langdonlaw.com

Don R. Hostetler
OFFICE OF THE ATTORNEY GENERAL
donald.hostetler@atg.in.gov