UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUDICIAL WATCH, INC. in its individual, corporate capacity and on behalf of certain of its members and <br> TRUE THE VOTE in its individual, corporate capacity, <br><br>                  Plaintiffs, <br><br> vs. <br><br> J. BRADLEY KING Co-Director of the Indiana Election Division, in his official capacities, <br> TRENT DECKARD Co-Director of the Indiana Election Division, in his official capacities, and <br> CONNIE LAWSON Indiana Secretary of State, in her official capacity, <br><br>                  Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:12-cv-00800-WTL-TAB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER ON JULY 1, 2013, TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel July 1, 2013, for a telephonic status conference. Discussion held regarding discovery, settlement, and related matters. Given the parties' settlement positions, it does not appear that a Court-supervised settlement conference would be productive at this time. The parties shall notify the Court promptly if there is any material change in their settlement positions.

Dated: 7/3/2013

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

Jefferson S. Garn
INDIANA ATTORNEY GENERAL
jefferson.garn@atg.in.gov

Paul J. Orfanedes
JUDICIAL WATCH, INC
porfanedes@judicialwatch.org

Chris Fedeli
JUDICIAL WATCH, INC.
cfedeli@judicialwatch.org

David R. Langdon
LANGDON LAW LLC
dlangdon@langdonlaw.com

Joshua Braden Bolinger
LANGDON LAW LLC
jbolinger@langdonlaw.com

Don R. Hostetler
OFFICE OF THE ATTORNEY GENERAL
donald.hostetler@atg.in.gov