UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUDICIAL WATCH, INC., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   CASE NO. 1:12-cv-00800-WTL-TAB |
| | ) |
| J. BRADLEY KING, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO SUBMIT EXPERT REPORT**

Defendants J. Bradley King and Trent Deckard, Co-Directors of the Indiana Election Division, and Connie Lawson, Indiana Secretary of State, by counsel, pursuant to Southern District of Indiana Local Rule 6-1(a), hereby file this unopposed motion to extend the time within which the Defendants are to file their expert report twenty-eight days (28) days, to September 23, 2013, and in support state as follows:

1. The deadline for Defendants to file their expert report is August 26, 2013. That deadline has not passed.

2. Undersigned counsel for Defendants contacted Plaintiffs' counsel, Chris Fedeli, on August 26, 2013, regarding an extension of time. Mr. Fedeli stated that he had no objection to Defendants extending the time to September 23, 2013, to submit their expert report.

    Respectfully submitted,

    GREGORY F. ZOELLER
    Indiana Attorney General
    Attorney No. 1958-98

Date:  April 26, 2013      By:  s/ *Jefferson S. Garn*
    Jefferson S. Garn
    Deputy Attorney General
    Attorney No. 29921-49

- 2 -

OFFICE OF INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN  46204-2770
Telephone:  (317) 232-6292
Fax:  (317) 232-7979
Email:  Jefferson.Garn@atg.in.gov


## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2013, a copy of the foregoing ***Defendants' Unopposed Motion for Extension of Time to Submit Expert Report*** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Paul J. Orfanedes  
JUDICIAL WATCH, INC.  
porfanedes@judicialwatch.org

Chris Fedeli  
JUDICIAL WATCH, INC.  
cfedeli@judicialwatch.org

David R. Langdon  
LANGDON LAW LLC  
dlangdon@langdonlaw.com

Joshua B. Bolinger  
LANGDON LAW LLC  
jbolinger@langdonlaw.com

    s/ *Jefferson S. Garn*  
Jefferson S. Garn  
Deputy Attorney General

OFFICE OF INDIANA ATTORNEY GENERAL  
Indiana Government Center South, 5th Floor  
302 W. Washington Street  
Indianapolis, IN  46204-2770  
Telephone:  (317) 232-6292  
Fax:  (317) 232-7979  
Email:  Jefferson.Garn@atg.in.gov