UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:12-cv-00800-WTL-TAB |
| | ) | |
| J. BRADLEY KING, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Defendants, by counsel, filed an unopposed motion to extend the deadline to file their expert report.

The Court, having considered the request, now finds that the motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the time within which Defendants are to file their expert report is hereby extended twenty-eight (28) days, to and including September 23, 2013.

ORDERED: _____.

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service of this order will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.