UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION
CASE NO. 1:12-cv-800-WTL-TAB

| | |
|---|---|
| JUDICIAL WATCH, INC., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| J. BRADLEY KING, et al., | ) |
| | ) |
| Defendants. | ) |

> This motion does not provide good cause for the requested extension of time. The mere fact that opposing counsel does not object to the extension does not establish good cause. The motion is denied. However, this denial is without prejudice to Defendants' ability to file a renewed motion within seven days that sets forth good cause, if any, for the requested extension.
>
> Tim A. Baker
> U.S. Magistrate Judge
> August 29, 2013

**DEFENDANTS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO SUBMIT EXPERT REPORT**

Defendants J. Bradley King and Trent Deckard, Co-Directors of the Indiana Election Division, and Connie Lawson, Indiana Secretary of State, by counsel, pursuant to Southern District of Indiana Local Rule 6-1(a), hereby file this unopposed motion to extend the time within which the Defendants are to file their expert report twenty-eight days (28) days, to September 23, 2013, and in support state as follows:

1. The deadline for Defendants to file their expert report is August 26, 2013. That deadline has not passed.

2. Undersigned counsel for Defendants contacted Plaintiffs' counsel, Chris Fedeli, on August 26, 2013, regarding an extension of time. Mr. Fedeli stated that he had no objection to Defendants extending the time to September 23, 2013, to submit their expert report.

Respectfully submitted,

GREGORY F. ZOELLER
Indiana Attorney General
Attorney No. 1958-98

Date: April 26, 2013          By: s/ *Jefferson S. Garn*
                                  Jefferson S. Garn
                                  Deputy Attorney General
                                  Attorney No. 29921-49