UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUDICIAL WATCH, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   1:12-cv-800-WTL-TAB |
| | ) |
| J. BRADLEY KING, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter the appearance of Christina M. Clark, Deputy Attorney General, as counsel in this case for Defendants, J. Bradley King, in his official capacity as Co-Director of the Indiana Election Division, Trent Deckard, in his official capacity as Co-Director of the Indiana Election Commission and Connie Lawson, in her official capacity as Indiana Secretary of State.

I certify that I am admitted to practice in this court.

                                                Respectfully Submitted,

                                                GREGORY F. ZOELLER
                                                Attorney General of Indiana
                                                Attorney No. 1958-98

Date: September 6, 2013                          By: /s/ *Christina M. Clark*
                                                            Christina M. Clark
                                                             Deputy Attorney General
                                                             Attorney No. 29868-49

Office of the Indiana Attorney General
Indiana Government Center South, 5th Floor
302 W. Washington St.
Indianapolis, IN 46204-2770
Phone:      (317) 233-8213
Fax:        (317) 232-7979
Email:       Christina.Clark@atg.in.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2013, I electronically filed the foregoing *Notice of Appearance* with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to the following counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Paul J. Orfanedes<br>JUDICIAL WATCH, INC.<br>porfanedes@judicialwatch.org | Chris Fedeli<br>JUDICIAL WATCH, INC.<br>cfedeli@judicialwatch.org |
| David R. Langdon<br>LANGDON LAW LLC<br>dlangdon@langdonlaw.com | Joshua B. Bolinger<br>LANGDON LAW LLC<br>jbolinger@langdonlaw.com |

Date:  September 6, 2013                                         By: */s/ Christina M. Clark*
                                                                                    Christina M. Clark
                                                                                    Deputy Attorney General
                                                                                    Attorney No. 29868-49

Office of the Indiana Attorney General
Indiana Government Center South, 5th Floor
302 W. Washington St.
Indianapolis, IN 46204-2770
Phone:         (317) 233-8213
Fax:             (317) 232-7979
Email:         Christina.Clark@atg.in.gov