UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUDICIAL WATCH, INC., et al.,     ) | |
| ) | |
| Plaintiffs,     ) | |
| ) | |
| v.     ) | CASE NO. 1:12-cv-00800-WTL-TAB |
| ) | |
| J. BRADLEY KING, et al.,     ) | |
| ) | |
| Defendants.     ) | |

## MOTION TO WITHDRAW APPEARANCE

Defendants J. Bradley King, in his official capacity as Co-Director of the Indiana Election Division, Trent Deckard, in his official capacity as Co-Director of the Indiana Election Commission and Connie Lawson, in her official capacity as Indiana Secretary of State, by counsel, files this Motion to Withdraw the Appearance of Don R. Hostetler in the instant matter. In support of this Motion, the undersigned respectfully shows the Court as follows:

1. Don Hostetler filed his appearance on behalf of Defendants in this matter on July 5, 2012.

2. As of August 29, 2013, Don Hostetler is no longer employed by the Office of the Indiana Attorney General.

3. The appearance of Deputy Attorneys General Jefferson S. Garn and Christina M. Clark on behalf of Defendants in this case remain on record.

4. Their appearances will continue to remain in effect.

**WHEREFORE**, Defendants respectfully move the Court to grant this Motion to withdraw the appearance of Deputy Attorney General Don Hostetler, leaving Deputy Attorneys General Jefferson S. Garn and Christina M. Clark as counsel for the Defendants, and for all other just and proper relief in the premises.

    Respectfully submitted,

    GREGORY F. ZOELLER
    Attorney General of Indiana
    Attorney No. 1958-98

By: /s Jefferson S. Garn
    Jefferson S. Garn
    Deputy Attorney General
    Attorney No. 29921-49

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Paul J. Orfanedes  
JUDICIAL WATCH, INC.  
porfanedes@judicialwatch.org

Chris Fedeli  
JUDICIAL WATCH, INC.  
cfedeli@judicialwatch.org

David R. Langdon  
LANGDON LAW LLC  
dlangdon@langdonlaw.com

Joshua B. Bolinger  
LANGDON LAW LLC  
jbolinger@langdonlaw.com

 s/ *Jefferson S. Garn*  
Jefferson S. Garn  
Deputy Attorney General

OFFICE OF ATTORNEY GENERAL  
Indiana Government Center South, 5th Floor  
302 West Washington Street  
Indianapolis, IN 46204-2770  
Telephone: (317) 232-6286  
Facsimile: (317) 232-7979  
E-mail: Jefferson.Garn@atg.in.gov