**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **JUDICIAL WATCH, INC., et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **CASE NO. 1:12-cv-00800-WTL-TAB** |
| ) | |
| **J. BRADLEY KING, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Defendants J. Bradley King, in his official capacity as Co-Director of the Indiana Election Division, Trent Deckard, in his official capacity as Co-Director of the Indiana Election Commission and Connie Lawson, in her official capacity as Indiana Secretary of State, by counsel, filed a Motion to Withdraw the Appearance of Don Hostetler. The Court, having reviewed the motion and being duly advised in the premises, now **GRANTS** the motion.

**IT IS, THEREFORE, ORDERED** by the Court, that the Appearance of Don Hostetler is withdrawn.

**IT IS FURTHER ORDERED** by the Court that the docket be amended to remove any listing of the Don Hostetler for the Defendants.

Dated: _____               _____
                                                                Judge, USDC of Southern Indiana

Distribution:

All ECF Registered Counsel