# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| JUDICIAL WATCH, INC., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   CASE NO. 1:12-cv-00800-WTL-TAB |
| | ) |
| J. BRADLEY KING, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Defendants J. Bradley King, in his official capacity as Co-Director of the Indiana Election Division, Trent Deckard, in his official capacity as Co-Director of the Indiana Election Commission and Connie Lawson, in her official capacity as Indiana Secretary of State, by counsel, filed a Motion to Withdraw the Appearance of Don Hostetler.  The Court, having reviewed the motion and being duly advised in the premises, now **GRANTS** the motion.

**IT IS, THEREFORE, ORDERED** by the Court, that the Appearance of Don Hostetler is withdrawn.

Dated:   09/09/2013

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All counsel of record via CM/ECF