# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| JUDICIAL WATCH, INC., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   CASE NO. 1:12-cv-00800-WTL-TAB |
| | ) |
| J. BRADLEY KING, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The defendants, by counsel, filed a motion to modify certain dates in the case management plan.

The Court, having considered the request, now finds that the motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the case management plan is modified to reflect the following:

    a.    All expert and non-expert discovery necessary for the dispositive motions shall be completed by October 23, 2013.

    b.    All parties shall file and serve their final witness and exhibits lists on or before October 24, 2013.

    c.    Dispositive motions shall be filed by November 22, 2013.

ORDERED: _____.

 

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

- 2 -

Distribution:

Service of this order will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.