**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

JUDICIAL WATCH, INC.,                    )
and TRUE THE VOTE,                       )
                                         )
                    *Plaintiffs*,        )        Case No. 1:12-cv-800-WTL-TAB
          v.                             )
                                         )
J. BRADLEY KING, *et al.*                )
                                         )
                    *Defendants*.        )
_____  )

## ORDER ON MOTION TO MODIFY CASE MANAGEMENT PLAN

The Court, having considered Defendants' Motion to Modify Case Management Plan

(ECF No. 63), Plaintiffs' Opposition thereto (ECF No. 64), and all other filings concerning the

Motion, hereby orders that the Motion is DENIED.

ORDERED:   09/17/2013

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the court's ECF system.