IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUDICIAL WATCH, INC., and TRUE THE VOTE, </br></br>      *Plaintiffs*,</br></br>v.</br></br>J. BRADLEY KING, TRENT DECKARD, and CONNIE LAWSON, in their official capacities,</br></br>      *Defendants*. | Case No. 1:12-cv-800-WTL-TAB |

### **[PROPOSED] ORDER ON MOTION FOR SUMMARY JUDGMENT**

The Court, having considered Plaintiffs' Motion for Summary Judgment and Brief in support, Defendants' Opposition thereto, Plaintiffs' Reply, and all other filings and evidence concerning the Motion, hereby orders that the Motion is GRANTED.

ORDERED: this _____ day of _____, 201__.

_____
William T. Lawrence
United States District Judge
Southern District of Indiana

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the court's ECF system.