IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION
CASE NO. 1:12-cv-800-WTL-TAB

JUDICIAL WATCH, INC.,           )
and TRUE THE VOTE,              )      **ORIGINAL**
                                )
          Plaintiffs,           )
                                )
v.                              )
                                )
J. BRADLEY KING, et al.         )
                                )
          Defendants.           )


          The deposition upon oral examination of

**J. BRADLEY KING,** a witness produced and sworn before

me, Rachel L. Tookolo, a Notary Public in and for the

County of Hamilton, State of Indiana, taken on behalf

of the Plaintiffs at the Indiana Government Center,

South Building, 302 West Washington Street, Conference

Room 5, Indianapolis, Marion County, Indiana,

commencing on the 30th day of May, 2013, pursuant to

the Applicable Rules of Procedure with notice as to

time and place thereof.


                ALLIANCE COURT REPORTING
                    P.O. BOX 78261
              INDIANAPOLIS, IN 46278-0261
                    (317) 875-3914
                   1 (877) 867-8600
              www.alliancecourtreporting.com


Exhibit
2

1      occasions where individuals within a county, say

2      one member of the county for voter registration,

3      would raise a issue or a problem, and we would

4      respond with either information or instructions

5      about the requirements to be followed and to

6      correct the problem.  But no, not exactly in the

7      format under the Decree.

8   Q  Anything else you can remember under either the

9      Consent Decree or the Compliance Plan that was

10     produced in that Decree?

11  A  No, nothing beyond what I already addressed.

12  Q  Beyond the issues we've just discussed, are any

13     parts of either the Consent Decree or the

14     Compliance Plan produced under that Decree still

15     being followed by you and your Co-Director?

16  A  I'm not sure I understand exactly the scope of the

17     question.  I would say that, yes, we're certainly

18     making a reasonable effort to comply with federal

19     NVRA.

20  Q  And beyond the reasonable effort, are there any

21     specific kind of additional or enumerated, I

22     guess, requirements in either that Consent Decree

23     or the Compliance Plan that you had begun in

24     response to that lawsuit and are still doing?

25  A  I would say probably the most significant

1    component would be the training aspect.  We have,

2    of course, had training continuously since the

3    implementation of NVRA in 1995, but we certainly

4    developed additional products, more detailed

5    information as part of our training efforts with

6    the County Voter Registration Officials.  So yes,

7    that -- that is certainly ongoing.

8  Q  So between the period from 2009 -- the expiration

9    of the voter roll -- and the present, was there a

10   change in the condition of the voter registration

11   lists in Indiana?

12            MR. JEFFERSON GARN:  Just a quick

13   objection for clarification.  You said expiration

14   of the voter rolls.

15 Q  Oh, I apologize.  The expiration of the Consent

16   Decree in 2009 and the present, did the condition

17   of the voter rolls in Indiana change in terms of

18   their accuracy and currency?

19 A  The hard for me to give an answer that's more than

20   speculative, I guess.  The -- it's clear that the

21   designation of inactive voters is continuing in

22   the manner that it did under the Consent Decree,

23   that the process is taking place, and

24   cancellations are taking place.  We have had an

25   increase in the total number of registered voters,

```
1     but that can be accounted for from a variety of

2     reasons.

3  Q  You said earlier that the -- there was agreement

4     that there had been improvement in the accuracy

5     and currency of the voter rolls between 2006 and

6     2009?

7  A  Yes.

8  Q  Do you know if there was a similar improvement

9     between 2009 and 2012?

10 A  No, I don't know.  I would say there, in my

11    opinion, there was not a similar improvement in

12    terms of the scope.  There were large numbers of

13    records that were either inactivated or canceled

14    during that first period that reflected the

15    absence of doing that for several years before.

16 Q  And one of the activity undertaken pursuant to

17    that Consent Decree was a statewide mailing for

18    removing relocated voters?

19 A  That's correct.

20 Q  And when was that mailing undertaken, if you

21    remember?

22 A  That was following the May 2006 Primary and then

23    concluded the first part of August 2006.

24 Q  And that had the effect of removing a number of

25    voter registrations and moving them to inactive,
```

1      starting with the period between 2006 and 2009?

2  A  Yes.

3  Q  And about how many counties did those mailings to

4      the best of your knowledge?

5  A  I would guess in the neighborhood of five to ten.

6  Q  And --

7  A  Particularly -- I know some of the -- I recall off

8      the top Monroe, which is where Bloomington is

9      located, and I believe Allen County may have done

10     one during the time period.

11  Q  And after the expiration of the Consent Decree

12     between the period of 2009 and 2012, did some

13     counties do countywide voter list maintenance --

14     mailings?

15  A  Yes, they did.

16  Q  And about how many counties to the best of your

17     memory?

18  A  About the same number, perhaps.  Probably no more

19     than five.

20  Q  Okay.  Was there any information that the Election

21     Division was entering into the SVRS System either

22     through to vendors or distributing to counties

23     during the period of the Consent Decree that the

24     Election Division had not been maintaining earlier

25     than that?

1       Assistance Program would -- the interactions there

2       would be to facilitate voter list maintenance for

3       military or overseas voters voting absentee but

4       who might also change their voter registration

5       records.

6   Q   So does the FVAP --

7   A   The --

8   Q   Oh, sorry.

9   A   The Federal Voting Assistance Program, which is

10      part of the Department of Defense -- and then

11      beyond that, we would receive information

12      regarding individuals convicted of federal crimes

13      from the various district attorneys.

14  Q   And the district attorneys send that information

15      to your office?

16  A   Yes, they did.

17  Q   And then typically your procedure is to send it to

18      -- make sure it's entered into the SVRS System and

19      distribute it to the counties for action?

20  A   We do distribute to the counties.  We do not enter

21      the raw data into the Statewide Voter Registration

22      System.

23  Q   And you mentioned earlier under the new

24      legislation the State would be obtaining NCOA

25      database information from the U.S. Postal Service;

1    is that right?

2  A  Yes, that would be correct.

3  Q  And had that been done previously?

4  A  Not in the fashion that I believe the legislation

5    envisions.  The NCOA information regarding address

6    forwarding orders, for example, is not one that

7    we've obtained previously from the Postal Service.

8    We have had some data, like checking the validity

9    of an address when it's entered into the system.

10  Q  Were there any discussions between you and the

11    Co-Director about obtaining that information

12    previously?

13  A  During the period prior to the Consent Decree, I

14    believe there was.  But again, my counterpart did

15    not indicate a willingness or interest in doing

16    that.  I don't recall any discussions about that

17    afterwards.

18  Q  Do you remember your counterpart's rationale for

19    not wanting to obtain that information?

20  A  I think, again, it focused on reliability of data.

21    I recall that, again, in one county -- in

22    Monroe -- the County Voter Registration Office had

23    initiated its own NCOA program and had reported

24    problems with false matches or incorrect

25    information.  And so I think my counterpart

1  DIRECT EXAMINATION (Continuing),

2  QUESTIONS BY MR. CHRIS FEDELI:

3  Q  Let's move on.  So we're talking about the United

4     States attorneys for the Indiana districts.

5              MR. CHRISTIAN ADAMS:  It's a U.S.

6     Attorney.  There's only one kind.

7  Q  So these would be providing you information about

8     convictions, I guess, at some intervals.  What is

9     the frequency of those?

10 A  I would believe about monthly.  I would -- I would

11    just add:  I think we receive reports of

12    convictions from other U.S. District Attorneys

13    where there's an Indiana resident involved, and

14    those may be quarterly or -- or as they occur.

15 Q  And tell me a little bit about the use of jury

16    declinations for voter list maintenance.  When did

17    that program start in Indiana to your memory?

18 A  We had had -- I say "we" -- at least I had had

19    questions about whether jury service notices could

20    be used under NVRA to trigger the follow-up

21    mailing that leads to a voter being classified as

22    inactive.  But then I believe I heard from an

23    individual county that the judge who, in each case

24    approves the questionnaire that goes out, had

25    requested the line be added that if a person who

1    received the notice was no longer a resident of

2    this county did they authorize their registration

3    to be canceled.  And I thought that sounded like a

4    perfectly sensible, efficient idea for voter list

5    maintenance.  And so beginning many years ago, I

6    would guess before 2002, we had included

7    information in our Voter Registration Guidebook

8    that had a sample jury questionnaire from one of

9    the counties using this approach, and I believe

10    more and more counties have adopted it.  I don't

11    know how many of them do.

12   Q  So you mentioned it was initially proposed or

13      written up in the Guidebooks around 2002?

14   A  Yes.  As I say, it's been a number of years and so

15      I would not be surprised if it were that long ago.

16   Q  And then during the period of the Consent Decree,

17      2006 to 2009, did the use of those -- did the use

18      of jury declinations change in terms of frequency

19      or requirement?

20   A  I don't know.  I would assume more counties avail

21      themselves of it because at the various

22      conferences we have, we'll often mention that as a

23      tool if a county is not using it.  We have a

24      fairly large turnover of the County Voter

25      Registration Offices who, in most cases, are

1    are partial mailings that can comply with that

2    requirement.  For example, as a courtesy, not as a

3    requirement in Indiana law, County Voter

4    Registrations Offices will often send a mailing to

5    every voter in a precinct when polling places

6    change, and my advice to them has been that so

7    long as that procedure is followed whenever any

8    precinct's polling place change, that it's done

9    uniformly going forward, that I believe they're in

10   compliance with the statute.

11  Q  And was that a subject you ever discussed with

12     your Co-Director?

13  A  Only in the context of preparing publications.  I

14     don't recall any other discussions about it.

15  Q  And what was that discussion?

16  A  Just the extent to which we would describe the

17     uniform nondiscriminatory mailing requirement.  I

18     recall one particular discussion where I had

19     discovered a guide that the old Federal Election

20     Commission Office had prepared when it was

21     involved in the implementation of NVRA, which in

22     the FEC publication listed types of mailings that

23     could trigger the follow-up notice for inactive,

24     and so persuaded by colleague that we could add

25     those to our publication because we had some FEC

1   A   Yes, it is.   It's in Indiana code.

2   Q   So one of your responsibilities is to ensure that

3       the State is conducting a program -- a reasonable

4       program for maintaining accurate voter rolls,

5       correct?

6   A   That's correct.

7   Q   And tell me a little bit about how you understand

8       that obligation.   What's your -- what's your

9       general sense of what it means to conduct a

10      reasonable program for maintaining accurate voter

11      rolls?

12                  MR. JEFFERSON GARN:   Objection to

13      the extent you're asking for him to make a legal

14      conclusion.

15  A   I think it involves two components.   The first is

16      our office's core function of serving as a source

17      for information and training to make sure that the

18      County Voter Registration Officials understand the

19      requirements of federal and state law and then

20      carry them out.   The -- the other piece is

21      efficiently managing the resources we have

22      available to do our job, which of course includes

23      not just appropriations from the General Assembly,

24      but a staff of a limited size.

25  Q   And would these reasonable efforts in both

educating counties, advising, and managing
resources, those would include specific activities
at specific times in your view?

A   Yes.  The election cycle, of course, dictates to
some extent which activities come to the front.
Probably the two biggest factors would be the
scheduling of general elections and the influx of
voter registrations that typically precedes them.
And then immediately prior to that, the 90-day
deadline for completion of most voter list
maintenance work.

Q   Would the activities that your office would
undertake to comply with this provision, would it
matter whether or not the voter rolls were in very
accurate condition, or less accurate condition; in
other words, would that variable affect what you
viewed as your responsibilities under the NVRA?

A   I suppose it's difficult to -- it's a question of
degree.  We operate with the understanding that
the voter registration rolls will never be
completely accurate.  There is going to be some
data that changes every day.  So I guess I would
say:  No, I don't believe that the relative
accuracy has at least a direct impact on the
ability of our office to carry out those

1      asked, if you can remember?

2  A   Just whether they had had problems with either

3      their Department of Health hopper.  In the past,

4      there had been some data backlogs that we had

5      experienced and worked with the Department of

6      Health to correct.  I don't think we had any

7      discussion about Department of Correction.  In

8      terms of Bureau of Motor Vehicles, usually the

9      questions involved processing the paper copies

10     that arrived, along with electronic copies, to

11     make sure that address changes or other

12     information was getting their attention promptly.

13     I know at least one county that I believe

14     subsequently did carry out a mailing -- Warrick

15     talked with us about the mechanics and

16     requirements for doing a countywide mailing.

17  Q  And when you had asked those questions, did you

18     uncover -- first starting with the first item you

19     mentioned -- did you uncover problems with the DOH

20     hopper?

21  A  There had been previous problems, but I don't

22     think there were any new problems uncovered as a

23     result of these conversations.

24  Q  And previous problems -- you're talking about

25     problems in the years gone past?

```
 1        general operating expense of the office, it's
 2        about 1.2 million a biennium -- or excuse me, 1.2
 3        for each year of the biennium.  But that's a small
 4        part of the budget as it exists now because we
 5        have the budget coming up effective July 1st that
 6        calls for five million for the biennium to operate
 7        the Statewide Voter Registration System, 2.1 to do
 8        the voter list maintenance activities, and then an
 9        additional 1.5 million for voter outreach, and an
10        additional five hundred thousand for our voting
11        system technical oversight program.
12    Q   And that's the new budget?
13    A   That is the new budget effective July 1st.  Our
14        current -- the budget we're currently operating
15        other has a smaller amount for system operation
16        because that was largely funded by federal funds
17        under Help America Vote Act, which are in
18        expended.
19    Q   Expended.  So going back, I guess, to the prior
20        year's budget, how much was allocated for SVRS
21        operation maintenance?
22    A   Well, altogether the entire amount of the
23        appropriation -- I believe it was 4 million in
24        total.  Our contracts total the 3.93 million, as I
25        remember.  That included both services with Quest
```

1    their agenda.

2  Q  Spent a lot of time talking about the structure of

3     the Division with the Co-Directors and it's

4     bipartisan nature.  What -- have there been any

5     times when you've seen a benefit to having that

6     kind of structure?

7  A  I think the benefit is one that's derived from

8     having another set of eyes, another perspective,

9     look at a situation or address a problem.  We're

10    not a large agency.  We have a total of ten

11    individuals, including myself and my counterpart,

12    and so we often review each other's work and

13    assist with tasks.  And so having that additional

14    eye and perspective is a benefit.  I think the

15    problem that I noted earlier was the gridlock that

16    can result from the structure as it was at least

17    prior to this year.

18 Q  Now, right now as far as political parties in the

19    different branches of government in Indiana, is

20    there -- a Republican is governor now?

21 A  Yes.

22 Q  And is there a majority in the House -- in the

23    General Assembly are both Houses, are they both

24    Republican as well?

25 A  Both chambers are.  We have a majority of

1      disagree on everything?

2    A   Oh, certainly not.

3    Q   Do you disagree on a lot?

4    A   I would say that roughly 90 percent of our work

5        does not have a partisan element to it.  Just in

6        preparation for the campaign finance enforcement

7        hearings I mentioned earlier, we worked together

8        with how our staff will present those hearings.

9        We very rarely have a disagreement on that sort of

10       work in the office.

11   Q   You also talked a lot about the Consent Decree

12       with the Department of Justice.  Since the

13       expiration of the Consent Decree, has the

14       Department of Justice brought any action against

15       either the Election Division or the State of

16       Indiana with respect to voter list maintenance?

17   A   I don't believe -- I'm not aware of any.

18   Q   Let's talk about the statewide mailing in 2006.

19       You said that there was funding available during

20       that time.  Do you know where that funding came

21       from for that?

22   A   Yes.  We had received funding through the Help

23       America Vote Act.  Some of that funding was

24       restricted in terms of its usage, but other

25       funding was available to generally improve the

```
 1         administration of federal elections.  And so that
 2         particular account was the source we used to pay
 3         mailing costs and processing.
 4    Q    So the did that come from the federal government?
 5    A    Yes.  It was a 95 percent/5 percent state match, I
 6         believe.  But yes, almost entirely from federal
 7         government.
 8    Q    Does -- does the NVRA require annual statewide
 9         mailings that you're aware of?
10    A    No.
11    Q    We've talked a lot about the SVRS as well --
12         you've talked a lot about that, I should be clear.
13         Is the SVRS -- is that a static system or have
14         there been changes to it over the years.
15    A    Oh, it's been a evolving system since the
16         beginning.  We build into our budget for its
17         operation upgrades to reflect changes in
18         legislation or feedback from County Voter
19         Registration Offices about ways to make the system
20         work more efficiently.  So yes, we spend a
21         significant amount of time to identify the changes
22         we need to make and a fair amount of money to make
23         it.
24    Q    Why do you want to make it more efficient?
25    A    Well, because I think it's the responsibility of
```

1        any public office to the taxpayers to reduce costs

2        and also to improve in confidence and the

3        integrity of the election process.  This accuracy

4        of the system contributes to that.

5    Q   Does the NVRA require states to use the Social

6        Security Death Index as part of voter list

7        maintenance?

8    A   No.

9    Q   Do they require the use of NCOA data for -- I

10       should be more clear on that one.  Scratch that.

11       Do you know what the NVRA requires with respect to

12       NCOA notices?

13   A   Well, it's in reference to the procedures to make

14       a record inactive.  That's the reference I'm

15       recalling immediately.  We sometimes refer to the

16       second mailing as the NCOA notice because it's the

17       result of an initial mailing that's been returned

18       with typically a yellow sticker that reflects data

19       from the NCOA program.

20   Q   You mentioned you're in conversation with the

21       counties about the SVRS.  Do you get a lot of

22       suggestions from them?

23   A   Yes.  Perhaps fewer than when we first implemented

24       the system, but we have what we call a CAT, or

25       County Advisory Team, conference call more

```
 1       frequently during election years where we receive
 2       suggestions from county users that are focused on
 3       system improvement.
 4    Q  And then when you go to -- you talked about the
 5       meetings of the organization -- I forget off the
 6       top of my head.  The National Association of --
 7    A  State Election Directors.
 8    Q  -- State Election Directors.  Why do you go to
 9       those meetings?  Just a basic question.
10    A  Well, I served as President of the Association
11       last year, so I had to go.  But it's -- I've been
12       very involved in the Association for many years
13       and I was finding it a valuable place to receive
14       information about litigation, federal legislation,
15       best practices from other states.  So it was a
16       very good source of information sharing.
17    Q  Is there much guidance from the federal government
18       as to how to carry on voter list maintenance
19       besides the NVRA itself?  Are there agencies that
20       provide information?
21    A  Well, there have sometimes been agencies or
22       individuals of that agency who have been willing
23       to share information about the administration.  I
24       think a good example under the Consent Decree --
25       we had questions that we posed to the Department
```

1      of Justice in 2006 on definition of terms, and the

2      schedule for implementation, and they were very

3      responsive at that point in providing answers.  At

4      other times earlier and since, I would say less

5      so.  There is the Election Assistance Commission

6      which provides information about the broader

7      aspects of election administration, not

8      necessarily focused on voter list maintenance.

9   Q  We also talked a little bit about conferences with

10     -- well, let me -- scratch that.  Do you do any

11     training?  Do you personally do any training of

12     County Clerks?

13  A  Yes.

14  Q  Can you talk about that a little bit?  What

15     happens?

16  A  We have an annual conference of County Election

17     Administrators, which would include the 92 Clerks

18     plus voter registrations staff in each of the

19     counties.  In recent years, our attendance has

20     been between 375 and 400.  So it's a very large,

21     well-attended conference.  It lasts for a

22     day-and-a-half and we always have significant

23     opportunity for training in general on SVRS, and

24     oftentimes before regional meetings of the clerks'

25     association -- which happen at least twice a

1    year -- we authorize an employee of Quest to

2    provide training to individuals the day before

3    those meetings so that we have -- new people

4    especially have the opportunity to get training

5    using the system with their peers.  And then also

6    on occasion when we've had, say, complete turnover

7    in an office, we've sent Quest employees to that

8    county to provide training on their turf.

9  Q  At that training, do you ever encourage in any way

10    the County Clerks to contact you about any issues

11    they may have?

12  A  Oh, yes.  Certainly.

13  Q  How do you do that?

14  A  By making repeated invitations both in writing and

15    during an oral presentation.  We want to encourage

16    questions and we realize, too, that in a room full

17    of 400 people, some individuals might be reluctant

18    to stand up and ask what might seem like a silly

19    question, so we will accept anonymous written

20    questions out of the box, whatever it takes to

21    encourage them to ask.

22  Q  Do people ever take you up on that offer?

23  A  Yes.  Yes.

24  Q  Do you ever provide training materials or

25    materials about -- generally about voter list

1    provisions.

2  Q   With your extensive experience in state

3      government, do you see a lot of that compromising

4      going on in what you do?

5  A   Well, certainly not -- obviously, our process is

6      very different than the federal legislative

7      process.  Certainly, when there's divided control

8      of the chambers, there is very similar compromise

9      that's attempted and negotiations that occur, but

10     some features such as the filibuster are not part

11     of the Indiana process typically, although there

12     have been occasions where quorums are very

13     difficult to find.

14 Q   Do you think there are a number of reasonable

15     efforts a state or county may undertake to perform

16     voter list maintenance?

17 A   By "a number," do you mean a variety or a --

18 Q   (An affirmative nod.)

19 A   Yes.

20 Q   Does the -- do you know if the NVRA mandates that

21     a state or county undertake all reasonable efforts

22     to maintain voter list maintenance?

23 A   No, I believe it refers to a reasonable program,

24     which I take to include a certain number of

25     activities but not every conceivable activity.

1    promptly to correspondence from the Election

2    Division with regard to cancellation of inactive

3    voters that had been on the rolls for more than

4    the two general election period.  I'm thinking of

5    Marion County as the most prominent example of

6    that some years ago.  So we never had someone tell

7    us, "No, absolutely not."

8  Q  Did you do anything -- with that particular

9    example in Marion County, did the Election

10   Division -- was there any communication or was

11   there anything done with the delay in the inactive

12   voter --

13 A  Yes.  We documented the requirements and the

14   responsibility of the county, and I believe we

15   copied the Department of Justice on the

16   correspondence as well.  So we brought it to

17   everyone's attention and urged them strenuously to

18   do that particular bit of voter list maintenance.

19 Q  Are you aware of any -- you mentioned -- used the

20   phrase "overzealous maintenance".  Have you ever

21   seen any examples of that?

22 A  I'd hesitate to use the adjective "overzealous" in

23   what I have seen.  I have seen people who applied

24   common sense rather than -- what they perceived as

25   common sense anyway -- to a situation rather than

1   A   Yes.

2   Q   Can you talk about that a little bit?

3   A   Certainly.  The features of the National Voter

4       Registration Act that preclude individuals who are

5       closest to the information from promptly conveying

6       that I think are the most problematic.  NVRA, with

7       the exception of where the change is initiated by

8       the voter, requires this data to go through a

9       pipeline before it gets to the County Voter

10      Registrations Office whereas the days prior to the

11      National Voter Registration Act, states could

12      permit an individual who knew their neighbor had

13      moved to let the County Voter Registrations Office

14      know that their neighbor had moved, and there were

15      safeguards in place under -- at least in

16      Indiana -- under that system so if there was a

17      mistake or some malicious action that the voter

18      did not lose the right to vote.

19          But I think the provisions in NVRA that block

20      that local, most knowledgable part of the

21      population from helping keep the rolls clean is a

22      definite limitation that does not help the voter

23      list maintenance.  I think the time period for

24      inactivation, which can be as long as four years,

25      is excessive in that it perhaps fails to recognize

1     just how mobile the society is and that, to my

2     surprise, some people move once a year.  And we're

3     delayed by that two general election restriction

4     from, again, getting that bunch of inactives

5     through the system.

6   Q  Even with the NVRA in place, you mentioned -- you

7     talked about having things handled at the local

8     level.  Even with NVRA and any difficulties that

9     may be associated with its different provisions,

10    do you think there is benefit to having election

11    matters handled at a more local level?

12  A  Philosophically, yes.  I certainly do not believe

13    that all wisdom come from Indianapolis and that

14    there are times when -- that the judgment calls

15    are difficult.  There are sometimes records that

16    are ambiguous.  There are situations that are not

17    clear.  And I would not pretend to have the same

18    level of knowledge about Greenwood and Johnson

19    County that Johnson County Clerk's Office has.

20  Q  Have you ever had -- are you aware of any time

21    when a county flat out refused to carry out its

22    obligations -- its voter list maintenance

23    obligations?

24  A  Not flat out refused.  There certainly were one or

25    two occasions where counties did not respond

1  A  Yes.

2  Q  So it's fair to say that no records have been

3     produced in response to that request to your

4     knowledge?

5  A  To my knowledge, no.

6  Q  Mr. Garn asked you a series of questions about

7     past legislative sessions when election integrity

8     measures had been considered.  Could they have

9     passed in any of these past sessions, in your

10    opinion?

11 A  That's difficult to answer.  I'll say that some

12    certainly could not have passed while there was

13    divided control of the General Assembly.  In 2012,

14    there was significant controversy involving the

15    then incumbent Secretary of State, which led the

16    legislature to not take much action on election

17    legislation.  So yes, some of those circumstances

18    were different then.  I can imagine at least some

19    of them would have passed in previous years.

20 Q  And between 2005 and 2012, which years in there

21    were both Houses controlled by Republicans?

22 A  The Republicans had control in 2005 and 2006.  The

23    Democrats had control in 2007 through 2010, and it

24    was following the 2010 Election that the

25    Republicans regained control of the House.