IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION
CASE NO. 1:12-cv-800-WTL-TAB

JUDICIAL WATCH, INC.,  )
and TRUE THE VOTE,     )          ORIGINAL
                       )
        Plaintiffs,    )
                       )
v.                     )
                       )
J. BRADLEY KING, et al.)
                       )
        Defendants.    )

The deposition upon oral examination of **TRENT R. DECKARD**, a witness produced and sworn before me, Rachel L. Tookolo, a Notary Public in and for the County of Hamilton, State of Indiana, taken on behalf of the Plaintiffs at the Indiana Government Center, South Building, 302 West Washington Street, Conference Room 5, Indianapolis, Marion County, Indiana, commencing on the 29th day of May, 2013, pursuant to the Applicable Rules of Procedure with notice as to time and place thereof.

ALLIANCE COURT REPORTING
P.O. BOX 78261
INDIANAPOLIS, IN 46278-0261
(317) 875-3914
1 (877) 867-8600
www.alliancecourtreporting.com

Exhibit 3

    the first thing that gets funded nor the first thing thought of, but there are many in the public that believe elections just happen. So we diligently work to make sure that we watch how we spend their dollars, the public's dollars, in a way that is most reflective of what we need to do.

Q  So that $2.5 million is spent on SVRS; fair amount on Quest; Baker Tilly, as you mentioned, keeping the Statewide Voter Registration System running. And the point of the statewide voter registration system is not only to ease registration but also to make sure that the voter lists are accurate?

A  That is correct, and I would add that though I was not office prior to the implementation of the Statewide Voter Registration System -- I'm proud that we have one now -- I cannot imagine what any of these activities were like prior to this going online.

Q  How about -- how about the counties' funding? Do they ever get money from the state or from your Division?

A  You know, the interpretation that I would make is that they very much do so. We have spent, based on my recollection of looking back at our records, nearly $30 million in maintaining and implementing