# In The Matter Of:

*Judicial Watch, Inc., et al. v.*
*J. Bradley King, et al.*

*Sarah Redman*
*May 20, 2013*

*Tri-State Reporting, Inc.*
*901 S. Kenmore Drive*
*Evansville, IN  47714*
Phone: *(812) 477-7666   Fax: (812) 477-8032*
*www.tsreporting.com*

Original File redman.txt
Min-U-Script® with Word Index

Exhibit 6

|   |   |   |
|---|---|---|
| 1 |   | up, what we call, the hopper.  So we get daily |
| 2 |   | reports, if there are any, from the Department of |
| 3 |   | Health if there's any deceased voters, or the |
| 4 |   | Department of Corrections, if anybody's been |
| 5 |   | incarcerated, so we would cancel them, and then |
| 6 |   | any transfers we receive from other counties, you |
| 7 |   | know, moving out of the county, notifying us that |
| 8 |   | we have a voter that has moved, we go ahead and |
| 9 |   | take care of that on a daily basis. |
| 10 | Q | Okay.  And that's something I'm interested in |
| 11 |   | hearing a little bit more about, the hopper.  So, |
| 12 |   | are you -- first of all, you are a registered |
| 13 |   | user of the Statewide Voter Registration System? |
| 14 | A | Yes. |
| 15 | Q | So that's SVRS.  I'll refer to it that way.  Are |
| 16 |   | there any other registered users in Warrick |
| 17 |   | County? |
| 18 | A | Yes. |
| 19 | Q | Who are they? |
| 20 | A | My election deputy, Cathy Oser, is the primary |
| 21 |   | user. |
| 22 | Q | Okay. |
| 23 | A | That is her full-time job in the election office. |
| 24 | Q | Got it. |
| 25 | A | And then we have other members of our office that |

1   A   And again, mistake on our part, so we owned up to
2       it, and he was much happier when he got to vote
3       and went on.
4   Q   Was there any delay in his voting?
5   A   Fifteen or 20 minutes, and that was mostly because
6       the workers at that precinct couldn't get ahold of
7       us. We had so many phone calls coming in. Our
8       phone lines, we had 15 phone lines up and going
9       and it was nonstop that time of day, everybody
10      calling wanting to know where they vote at, and it
11      was a slight delay. He was great about it. They
12      told him he could vote provisionally, but he
13      wanted to know what happened, so he wanted to
14      wait.
15  Q   Do you think Indiana's voter ID law has helped
16      with some of these issues with registration or
17      anything or voting provisionally or anything like
18      that?
19  A   Yes. I prefer to see everybody show ID, so that
20      I'm confident that that is who they are.
21  Q   So even though that took about 20 minutes, that
22      delay, you said that you do like to err on the
23      side of caution?
24  A   Absolutely.
25  Q   Why is that?

DEPOSITION OF SARAH REDMAN
TAKEN ON MAY 20, 2013

102

1      printing would go off just right.  And I wish we
2      could have got it out sooner, I really do, but
3      like I said, it was a lot of man-hours.
4    Q What did the -- what, if anything, did the
5      Election Division do with the countywide mailing?
6      What are some things that they did to help?
7    A Oh, to help?  Told me everything I needed to know.
8      Essentially, I leaned on them 20 times a day to
9      make sure that, you know, what I was doing was
10     right, it wasn't going to come back to me and get
11     thrown out.  My worst fear, I guess would be doing
12     an entire mailing, marking 8,000 people inactive
13     and then finding out that I did something wrong
14     and that I had to make them active again.  So I
15     leaned on them a lot, because, you know, we always
16     hear horror stories.
17   Q What are some -- well, I guess that's also what
18     I'm kind of wondering about.  What is the horror
19     story?  What are some of the things that you're
20     most concerned about getting back an inactive?
21   A Yeah.  Marking them incorrectly inactive if I
22     didn't follow the correct A-B-C.
23   Q Were you ever afraid of disenfranchising anyone?
24   A Yeah.  Oh, yeah.
25   Q And why were you concerned about that?

DEPOSITION OF SARAH REDMAN
TAKEN ON MAY 20, 2013

20

1 just depends on what information, especially with
2 the birth dates and addresses matching --
3 Q Right.
4 A -- you can be confident that you've got the
5 correct one.
6 Q Okay. All right. Let me move on to another
7 document, and I think this may be something you've
8 actually brought. I'm going to mark this as
9 Exhibit 2.
10 (Exhibit 2 was marked for identification.)
11 This is a memo dated February 27, 2013, from
12 Indiana to the County Boards or Circuit Court
13 Clerks. Ms. Redman, have you seen this document
14 before?
15 A Yes.
16 Q Okay.
17 A But, no, this is not the one that I brought.
18 Q Okay. This was sent in February of 2013. How
19 often do you see these kinds of communications
20 from the Secretary of State or Indiana Election
21 Division?
22 A Quite often.
23 Q Quite often. Would you say at least yearly, maybe
24 more than that?
25 A I would say at least. We receive a lot of