IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JUDICIAL WATCH, INC., *et al*,                      :
                                                    :
                    Plaintiffs,                     :
                                                    :        Civil Action No. 1:12-cv-800-WTL-TAB
v.                                                  :
                                                    :
J. BRADLEY KING, *et al.*,                          :
                                                    :
                    Defendants.                     :

---

**MOTION TO APPEAR *PRO HAC VICE***
**FILED ON BEHALF OF ATTORNEY J. CHRISTIAN ADAMS**

---

David R. Langdon, of the law firm Langdon Law LLC, pursuant to S.D. Ind. L.R. 83-6(a), hereby moves this Court for an order granting J. Christian Adams of Election Law Center PLLC, leave to appear *pro hac vice* for the purpose of appearing as co-counsel on behalf of the Plaintiffs in the above-styled cause only. In support of this motion, the undersigned states:

    1.   The Certification of J. Christian Adams, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

    2.   Mr. Adams is admitted to practice in the State of South Carolina and the Commonwealth of Virginia, and is a member in good standing of the South Carolina Supreme Court and the Supreme Court of Virginia.

    3.   Mr. Adams has never been disbarred or suspended from practice before any court, department, bureau, or commission of any state or the United States, and has never received a reprimand or been subject to other disciplinary action from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

4.   Electronic payment in the amount of thirty dollars ($30.00) has been submitted via

pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an

Order granting J. Christian Adams leave to appear *pro hac vice* for purposes of this cause only.


Respectfully submitted,


*/s/ David R. Langdon*
David R. Langdon
(OH Bar No. 0067046)
Joshua B. Bolinger
(OH Bar No. 0079594)
LANGDON LAW LLC
8913 Cincinnati-Dayton Rd.
West Chester, Ohio 45069
Telephone: (513) 577-7380
Facsimile: (513) 577-7383
Email: dlangdon@langdonlaw.com

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2013, a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney J. Christian Adams was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Joshua B. Bolinger*
Joshua B. Bolinger
(OH Bar No. 0079594)