IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUDICIAL WATCH, INC., *et al*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 1:12-cv-800-WTL-TAB |
| J. BRADLEY KING, *et al.*, | : |
| Defendants. | : |

## CERTIFICATION OF J. CHRISTIAN ADAMS
## IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

In support of the Motion to Appear *Pro Hac Vice* filed on my behalf by David R. Langdon of Langdon Law LLC, and pursuant to S.D. Ind. Local Rule 83-6(b), the undersigned states:

1. I am admitted to practice and in good standing (*i.e.*, currently authorized to practice as an attorney) in the South Carolina Supreme Court (1994) and the Supreme Court of Virginia (1999).

2. I have never been disbarred or suspended from practice before any court, department, bureau, or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

3. I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of this Court, including the Rules of Disciplinary Enforcement, and I will abide by those rules and standards.

I certify that the above information is true and correct.

Dated: 11-2-2013

Respectfully submitted,

J. Christian Adams
ELECTION LAW CENTER, PLLC
300 N. Washington St., Suite 405
Alexandria, VA 22314
Telephone: (703) 963-8611
Facsimile: (703) 740-1773
Email: a@electionlawcenter.com

- 2 -