# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., *et al*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Civil Action No. 1:12-cv-800-WTL-TAB |
| v. | : | |
| | : | |
| J. BRADLEY KING, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of David R. Langdon of the law firm Langdon Law LLC, seeking an Order granting J. Christian Adams of Election Law Center PLLC, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of the Plaintiffs in the above-styled cause only. Being fully advised, it is now

ORDERED that the motion be, and hereby is, GRANTED.

Dated: _____          _____
                                  Tim A. Baker
                                  United States Magistrate Judge
                                  Southern District of Indiana

Copies to:

Distribution to all registered counsel by CM/ECF.