**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., *et al*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Civil Action No. 1:12-cv-800-WTL-TAB |
| v. | : | |
| | : | |
| J. BRADLEY KING, *et al.*, | : | |
| | : | |
| Defendants. | : | |

---

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

---

This cause has come before the Court upon the motion of David R. Langdon of the law

firm Langdon Law LLC, seeking an Order granting J. Christian Adams of Election Law Center

PLLC, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of the

Plaintiffs in the above-styled cause only. Being fully advised, it is now

ORDERED that the motion be, and hereby is, GRANTED.


Dated:  __11/05/2013__                        _____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana


Copies to:

Distribution to all registered counsel by CM/ECF.

Via U.S. Mail:

J. Christian Adams
Election Law Center, PLLC
300 N. Washington Street, Suite 405
Alexandria, VA  22314