IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION
CASE NO. 1:12-cv-800-WTL-TAB

JUDICIAL WATCH, INC., )
and TRUE THE VOTE, )
 )
       Plaintiffs, )
 )
v. )
 )
J. BRADLEY KING, et al. )
 )
       Defendants. )

The deposition upon oral examination of **J. BRADLEY KING**, a witness produced and sworn before me, Rachel L. Tookolo, a Notary Public in and for the County of Hamilton, State of Indiana, taken on behalf of the Plaintiffs at the Indiana Government Center, South Building, 302 West Washington Street, Conference Room 5, Indianapolis, Marion County, Indiana, commencing on the 30th day of May, 2013, pursuant to the Applicable Rules of Procedure with notice as to time and place thereof.

ALLIANCE COURT REPORTING
P.O. BOX 78261
INDIANAPOLIS, IN 46278-0261
(317) 875-3914
1 (877) 867-8600
www.alliancecourtreporting.com

**EXHIBIT A**

1  A   Yes, that's correct.
2  Q   And what were the -- what were the requirements?
3      Were the requirements that the office obtain that
4      list?
5  A   Yes.  The previous law had authorized but had not
6      specifically required the office to obtain the
7      Social Security Death List.
8  Q   Anything else that comes to mind?
9  A   There are several provisions related to voter
10     registration.  They run quite a gamut.
11 Q   Would you say that they're two of the bigger
12     provisions related to list maintenance?
13 A   I would -- I would say I'd also include the
14     obtaining information from other states regarding
15     deceased voters through the Steve and Eve systems
16     that are referenced in the bill.
17 Q   Tell me a little bit about the Steve and Eve
18     Systems.
19 A   As I understand them, the Steve and Eve Systems
20     are operated by a Secretariat for a lack of a
21     better word.  State Health Administrators in some
22     but not all states across the country in that
23     Consortion, they share similar data about the
24     deaths of individuals and then can provide that
25     information to other governmental agencies for

```
 1      purposes such as voter list maintenance.
 2   Q  So Senate Bill 519 requires Indiana to participate
 3      in these two databases?
 4   A  Indiana had already joined through its Department
 5      of Health the Steve and Eve Databases, but the
 6      legislation specifically authorized the use of the
 7      data for voter list maintenance purposes.
 8   Q  And when did Indiana join through its Department
 9      of Health?
10   A  I don't have direct knowledge, but from what I've
11      read, within the last year or so.  Fairly recent.
12   Q  So upon joining, the legislature has now
13      authorized additional measures to require
14      specifically the use of that data for list
15      maintenance; is that accurate?
16   A  That would be accurate.
17   Q  Anything else about 519 that comes to mind?
18   A  We have a provision that I think allows a very
19      common sense measure, and that is the use of
20      published obituaries and notice of a state
21      administration to allow local voter registration
22      offices to cancel decedents.  In many cases, the
23      County Voter Registration Offices have advised us
24      that they know from personal office or from local
25      media that an individual has died, but they
```

```
 1      disagreements between the Co-Directors concerning
 2      either expenditures of money or activities to be
 3      undertaken in regards to list maintenance,
 4      correct?
 5   A  Yes, that's true.
 6   Q  And then House Enrolled Act 1391 was designed to
 7      solve that by adding a tie-breaking vote by the
 8      Secretary of State when the Co-Directors are
 9      deadlocked concerning list maintenance; is that
10      accurate?
11   A  That is accurate.
12   Q  Tell me about some of the disagreements that you
13      can recall between yourself and your Democratic
14      counterpart over list maintenance in the past.
15   A  Well, I should say they have been consistent and
16      extensive through the time that I've served. I've
17      had several different individuals serve as my
18      Democrat counterparts. The first instance that
19      comes immediately to mind is the Social Security
20      Administration Death List. We were able to agree
21      to obtain that on one occasion, in 2003 I believe.
22      There were some problems encountered in one county
23      with the use of the information from the list, and
24      after that I would make offers to have our agency
25      purchase the Social Security List which is not
```

```
 1      particularly expensive, but I could never get
 2      agreement from any Democrat counterpart.
 3   Q  So that would be an example of a disagreement that
 4      has occurred over the years?
 5   A  Yes, that's correct.  I would add that probably
 6      one of the more significant disagreements for the
 7      purpose of this proceeding would be with regard to
 8      the Consent Decree and efforts to obtain the
 9      extension of its term.
10   Q  And so you said there was a disagreement between
11      you and the Co-Director concerning the Consent
12      Decree, and this would be the 2006 Consent Decree
13      with the Department of Justice?
14   A  That would be correct.
15   Q  And there were discussions between you and the
16      Co-Director about extending the term of that
17      Consent Decree?
18   A  Discussion between the two of us and also with
19      representatives from the Department of Justice.
20   Q  And what were those -- how would characterize
21      those discussions?  I take it you disagreed?
22   A  I thought the extension of the Consent Decree
23      should be considered.  The Department of Justice
24      representatives whom we spoke to -- this was by
25      conference call; I don't recall immediately who
```

1   impasse. I think there were certainly occasions
2   in following up with counties under the Consent
3   Decree where the timing and the content of
4   communications were ones that we did have initial
5   agreement on but were able to reach some sort of
6   compromise.
7 Q And going back to the disagreement about the --
8   obtaining the Social Security Deceased Persons
9   Database, did you agree with your counterparts
10   rationale as to why you should not obtain the
11   list?
12 A No, I did not.
13 Q And why is that?
14 A Because I felt that the issue was primarily one of
15   training county voter registration officials and
16   that -- and 91 other counties to all of our
17   knowledge and information, the task was carried
18   out competently, although I'm sure in a project of
19   that size, human error would result until some
20   mistakes, but there was no systemic problem.
21 Q And when it came time to decide whether to enter
22   into the Kansas Consortion for Interstate
23   Crosscheck, you disagreed with your colleague's
24   opinion. Why was that?
25 A I felt that the Kansas program had been developed

```
 1      over a number of years, and although the number
 2      states participating has risen quite -- to quite a
 3      high number more recently -- I believe 22 or 23 --
 4      even at that time, more than a dozen states were
 5      involved.  And my discussions with my counterparts
 6      from Kansas in particular and some of the other
 7      participating states, they had not encountered any
 8      problems with administering the results --
 9      processing the results that they received from the
10      data match.
11  Q   So you felt it could have been implemented
12      effectively?
13  A   Yes.
14  Q   And it would have helped maintain accurate voter
15      rolls in the State of Indiana?
16  A   Yes, certainly.
17  Q   And then when you came to your decision by your
18      counterpart not to with the -- not to extend the
19      Consent Decree, why did you disagree with that?
20  A   I felt that there had been some tools provided in
21      that Consent Decree that were not available to us
22      in state legislation primarily, and we had no
23      tiebreaker, if you will, as we have by virtue of
24      House Enrolled Act 1391.  And so we were losing
25      those potential tools to carry forward on the
```

```
 1   A   Yes.  That's what I was referring to, yes.
 2   Q   And those were not continued after the expiration
 3       of the Consent Decree?
 4   A   The system has the ability to generate the
 5       reports, but no, there was not a meeting of the
 6       Co-Directors to review the reports and take action
 7       based on what the report showed.
 8   Q   And anything else you can remember that the
 9       Consent Decree gave you that you liked?
10   A   I suppose in more general terms, helping to
11       enforce or reinforce the importance of voter list
12       maintenance as part of our training efforts for
13       county voter registration, county election
14       officials.
15   Q   And in the Consent Decree, was there also a
16       provision concerning Notice of Violation letters
17       from the Co-Directors to the counties to be issued
18       in certain circumstances?
19   A   Yes, that's correct.
20   Q   And was that something that you found to be
21       helpful during the time of the Consent Decree?
22   A   Yes, certainly.
23   Q   And was it continued after the expiration?
24   A   No, not -- certainly not in the format that had
25       been used under the Consent Decree.  We did have
```

```
 1        is that right?
 2    A   Yes, that would be correct.
 3    Q   And had that been done previously?
 4    A   Not in the fashion that I believe the legislation
 5        envisions.  The NCOA information regarding address
 6        forwarding orders, for example, is not one that
 7        we've obtained previously from the Postal Service.
 8        We have had some data, like checking the validity
 9        of an address when it's entered into the system.
10    Q   Were there any discussions between you and the
11        Co-Director about obtaining that information
12        previously?
13    A   During the period prior to the Consent Decree, I
14        believe there was.  But again, my counterpart did
15        not indicate a willingness or interest in doing
16        that.  I don't recall any discussions about that
17        afterwards.
18    Q   Do you remember your counterpart's rationale for
19        not wanting to obtain that information?
20    A   I think, again, it focused on reliability of data.
21        I recall that, again, in one county -- in
22        Monroe -- the County Voter Registration Office had
23        initiated its own NCOA program and had reported
24        problems with false matches or incorrect
25        information.  And so I think my counterpart
```

```
 1        after that I took the lead about communicating
 2        with the Department of Revenue, so I don't recall
 3        any statements she made about it.
 4    Q   Did you also communicate with the Department of
 5        Justice concerning those -- those investigations?
 6    A   We provided, persaunt to the Consent Decree, the
 7        correspondence with the Department of Revenue.
 8        And during our conference calls with the
 9        Department of Justice, I communicated the
10        conversation with our Department of Revenue.
11    Q   Now, is there an Indiana state law requiring
12        county officials to submit affidavits that they
13        have performed voter list maintenance tasks?
14    A   Yes, there is.
15    Q   And how often under this law are county officials
16        required to submit those affidavits?
17    A   Under the current version of the law, there is no
18        specific deadline or period for them to do so.
19    Q   And with as that law revised during the recent
20        legislative process?
21    A   Yes, it was.  It was revised in Senate Bill 519 to
22        require the affidavit to be executed and filed I
23        believe no later than 77 days before the election
24        that reflected the 90-day period under federal law
25        for the completion of most voter list maintenance
```

```
 1        activities.  So another two weeks following that
 2        for the county to file the affidavit with the
 3        Election Division that those tasks had been
 4        completed.
 5   Q    That sounds more specific than the old
 6        requirement.
 7   A    Well, considerably more than the most recent
 8        version of the law.  The original version back in
 9        1987 required this filing with the County Auditor
10        rather than with the State.
11   Q    And then the more recent version prior to this
12        spring required filing with the State, but not at
13        a specified time?
14   A    That's correct.
15   Q    Had the counties been filing those affidavits
16        frequently?
17   A    No, not frequently.
18   Q    About how many of those affidavits would you say
19        you'd seen in the past starting with -- between --
20        going back to 2009?
21   A    I would say no more than a dozen.
22   Q    And prior to that, had the compliance with that
23        provision been increased or greater?
24   A    No, I don't think there was a significant
25        difference prior to that.  There was a significant
```

|    |   |                                                              |
|----|---|--------------------------------------------------------------|
| 1  |   | change from the original statute that probably had          |
| 2  |   | a major impact on the filing.  The original                 |
| 3  |   | statute in 1987 called for the filing of the                |
| 4  |   | affidavit each October with the County Auditor.             |
| 5  |   | The penalty provided in the statute was -- the              |
| 6  |   | rationale for filing with the Auditor which was if          |
| 7  |   | the affidavit was not filed, the County Voter               |
| 8  |   | Registration Officer's salary for October would             |
| 9  |   | not be paid.  That statute was away repealed in             |
| 10 |   | 1995, and since that time, there was not a                  |
| 11 |   | specific schedule set forth in the statute for              |
| 12 |   | filing affidavits.  And so they -- they were not            |
| 13 |   | filed in large numbers since that point.                    |
| 14 | Q | Is the new law requiring filings on specific dates          |
| 15 |   | going to be a benefit to your office in monitoring          |
| 16 |   | county performance?                                         |
| 17 | A | Certainly.                                                   |
| 18 | Q | And was the -- and conversely, was -- the lack of           |
| 19 |   | compliance previously, was that inhibiting your             |
| 20 |   | ability to maintain an adequate monitoring over             |
| 21 |   | the counties?                                                |
| 22 | A | I don't think I could characterize it as                    |
| 23 |   | inhibiting because it was, in essence, a                    |
| 24 |   | self-reporting, so I don't think "inhibited".               |
| 25 | Q | Would you view this as an effective tool for the            |

| | | |
|---|---|---|
| 1 | | State Election Division to ensure that counties |
| 2 | | are doing their job, complying with the law under |
| 3 | | penalty? |
| 4 | A | Yes. |
| 5 | Q | Do county officials typically understand how the |
| 6 | | inactive voter lists are supposed to be used? |
| 7 | A | Typically, I would say "yes". |
| 8 | Q | So do you find they generally are familiar with |
| 9 | | the requirement to wait two general elections -- |
| 10 | | one presidential, one midterm -- before removing a |
| 11 | | voter on the inactive list? |
| 12 | A | I would say -- again, they are generally -- we |
| 13 | | emphasize this restriction on the cancellation of |
| 14 | | inactives at every conference or almost every |
| 15 | | conference where we get into voter registration. |
| 16 | | So yes, I would think they would be. |
| 17 | Q | Ever encounter any confusion from the counties on |
| 18 | | that issue? |
| 19 | A | Yes.  There have certainly been some counties who |
| 20 | | did not understand the inactivation procedure, the |
| 21 | | length of time required until cancellation.  I |
| 22 | | would say those are probably relatively isolated. |
| 23 | | I can think of two or three counties that had |
| 24 | | actual problems that resulted from this |
| 25 | | understanding of that. |

| | | |
|---|---|---|
| 1 | | asked, if you can remember? |
| 2 | A | Just whether they had had problems with either |
| 3 | | their Department of Health hopper.  In the past, |
| 4 | | there had been some data backlogs that we had |
| 5 | | experienced and worked with the Department of |
| 6 | | Health to correct.  I don't think we had any |
| 7 | | discussion about Department of Correction.  In |
| 8 | | terms of Bureau of Motor Vehicles, usually the |
| 9 | | questions involved processing the paper copies |
| 10 | | that arrived, along with electronic copies, to |
| 11 | | make sure that address changes or other |
| 12 | | information was getting their attention promptly. |
| 13 | | I know at least one county that I believe |
| 14 | | subsequently did carry out a mailing -- Warrick |
| 15 | | talked with us about the mechanics and |
| 16 | | requirements for doing a countywide mailing. |
| 17. | Q | And when you had asked those questions, did you |
| 18 | | uncover -- first starting with the first item you |
| 19 | | mentioned -- did you uncover problems with the DOH |
| 20 | | hopper? |
| 21 | A | There had been previous problems, but I don't |
| 22 | | think there were any new problems uncovered as a |
| 23 | | result of these conversations. |
| 24 | Q | And previous problems -- you're talking about |
| 25 | | problems in the years gone past? |

```
 1  A   Yes.  I believe it would have been shortly
 2      before -- in 2010 perhaps.  There was a serious
 3      backlog of data entry at the registrar's office at
 4      the Department of Health that had delayed that
 5      information getting to the counties, and they were
 6      aware of that for the reasons that we talked about
 7      earlier that they knew an individual who had died
 8      but had still not received notification through
 9      the DOH hopper.
10  Q   So in investigating a situation, did you find that
11      that 2010 backlog had been mostly resolved by
12      2012?
13  A   Yes.  Yes, we had worked with the Department of
14      Health to identify the problem and DOH made some
15      internal changes to address that, so I'm not aware
16      of any ongoing problem.
17  Q   So it doesn't appear to be the cause of the voter
18      roll totals?
19  A   No, not to my knowledge.
20  Q   And then how about the Bureau of Motor Vehicles
21      processing paper versus electronic copies for
22      address changes?  What did your investigation
23      uncover?
24  A   That there was no significant problem that was
25      occurring there.  Again, that was a past problem
```

```
 1      administration of federal elections.  And so that
 2      particular account was the source we used to pay
 3      mailing costs and processing.
 4   Q  So the did that come from the federal government?
 5   A  Yes.  It was a 95 percent/5 percent state match, I
 6      believe.  But yes, almost entirely from federal
 7      government.
 8   Q  Does -- does the NVRA require annual statewide
 9      mailings that you're aware of?
10   A  No.
11   Q  We've talked a lot about the SVRS as well --
12      you've talked a lot about that, I should be clear.
13      Is the SVRS -- is that a static system or have
14      there been changes to it over the years.
15   A  Oh, it's been a evolving system since the
16      beginning.  We build into our budget for its
17      operation upgrades to reflect changes in
18      legislation or feedback from County Voter
19      Registration Offices about ways to make the system
20      work more efficiently.  So yes, we spend a
21      significant amount of time to identify the changes
22      we need to make and a fair amount of money to make
23      it.
24   Q  Why do you want to make it more efficient?
25   A  Well, because I think it's the responsibility of
```

```
 1        any public office to the taxpayers to reduce costs
 2        and also to improve in confidence and the
 3        integrity of the election process.  This accuracy
 4        of the system contributes to that.
 5   Q    Does the NVRA require states to use the Social
 6        Security Death Index as part of voter list
 7        maintenance?
 8   A    No.
 9   Q    Do they require the use of NCOA data for -- I
10        should be more clear on that one.  Scratch that.
11        Do you know what the NVRA requires with respect to
12        NCOA notices?
13   A    Well, it's in reference to the procedures to make
14        a record inactive.  That's the reference I'm
15        recalling immediately.  We sometimes refer to the
16        second mailing as the NCOA notice because it's the
17        result of an initial mailing that's been returned
18        with typically a yellow sticker that reflects data
19        from the NCOA program.
20   Q    You mentioned you're in conversation with the
21        counties about the SVRS.  Do you get a lot of
22        suggestions from them?
23   A    Yes.  Perhaps fewer than when we first implemented
24        the system, but we have what we call a CAT, or
25        County Advisory Team, conference call more
```