```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF INDIANA
                  INDIANAPOLIS DIVISION
              CASE NO. 1:12-cv-800-WTL-TAB
```

JUDICIAL WATCH, INC.,            )
and TRUE THE VOTE,               )
                                 )
        Plaintiffs,              )
                                 )
v.                               )
                                 )
J. BRADLEY KING, et al.          )
                                 )
        Defendants.              )

The deposition upon oral examination of **TRENT R. DECKARD**, a witness produced and sworn before me, Rachel L. Tookolo, a Notary Public in and for the County of Hamilton, State of Indiana, taken on behalf of the Plaintiffs at the Indiana Government Center, South Building, 302 West Washington Street, Conference Room 5, Indianapolis, Marion County, Indiana, commencing on the 29th day of May, 2013, pursuant to the Applicable Rules of Procedure with notice as to time and place thereof.

```
              ALLIANCE COURT REPORTING
                   P.O. BOX 78261
            INDIANAPOLIS, IN 46278-0261
                   (317) 875-3914
                  1 (877) 867-8600
             www.alliancecourtreporting.com
```

**EXHIBIT B**

1    Q   So in February --
2            MR. CHRIS FEDELI:  Can we take a
3    quick break really quick off the record?
4            (A short break was taken.)
5    Q   So you first found out the counties exceeded the
6        total voting age population based on census data
7        and Election Assistance Commission data in
8        February of 2012 when you got Plaintiffs' letter,
9        correct?
10   A   Yes.
11   Q   So you didn't -- you hadn't been monitoring any of
12       that data prior to February of 2012 in your
13       office?
14   A   We -- one of the other capacities of the
15       Co-Directors and the Election Division as a whole
16       is we do maintain precincts for the State of
17       Indiana, and so we work very closely through our
18       Precinct Coordinator through -- with the Office of
19       Census Data which assists the General Assembly
20       through the Legislative Services Agency.  So we
21       always are monitoring census data for those
22       purposes, but specifically with -- in relation to
23       voter list maintenance, that's not a correlation
24       for us, so to speak, because you have apples and
25       oranges of information comparison.

1   Q   What about the data that the counties report to
2       the Election Assistance Commission?  You're aware
3       of that data, correct?
4   A   Yes.  Yeah, I jointly submit that with Mr. King.
5   Q   You do?
6   A   Yes.
7   Q   So you take some responsibility for the accuracy
8       of that data?
9   A   We do.
10  Q   So that -- that data reflects the number of voters
11      on a county's registration list at any given time.
12      It's a snapshot in time, correct?
13  A   Correct.
14  Q   Okay.  So you can take that snapshot in time and
15      then compare it with another snapshot in time,
16      such as census data, and then have a sense of how
17      many voters are on the rolls versus how many
18      18-year-old people -- or 18-year-old and over live
19      in a county, correct?
20  A   You could do that.  I would not recommend
21      comparing census data with voter registration
22      rolls, in my opinion.  This is not an independent
23      division.
24  Q   If you took a snapshot of both at the same time
25      for two sets of data?

```
 1   A   Yes.
 2   Q   And why is that?
 3   A   I believe that voter registration rolls with the
 4       protections afforded under NVRA for removal of no
 5       longer eligible voters and the process that that
 6       takes, I believe that that will automatically
 7       inflate a number if -- in comparison to census
 8       data.  Both are gathered and entered into and
 9       removed from in very different ways.  As far as I
10       know, the census worker is taking a census, that
11       is, the snapshot for that household on that day
12       that the census is taken --
13   Q   So what you're saying is --
14   A   Can I --
15   Q   Please -- please, finish.  Sorry.
16   A   I just want to be clear here -- the voter
17       registration record, however, for instance, for a
18       county, if they have a high number of people
19       that -- I'll give you a prime example.  A
20       community where either there's a university or
21       there's a number of people that settled into that
22       the community, move again within that community
23       and without different factors affect very
24       different counties.  If you look at the map, the
25       counties appear pretty even as far as what they
```

Case 1:12-cv-00800-WTL-TAB   Document 75-2   Filed 11/12/13   Page 5 of 8 PageID #: 890

82

```
 1      movers -- in other words, a voter moves from one
 2      county in Indiana to another, one county has to
 3      make an affirmative note of whether this is the
 4      same voter or not, send something to another
 5      county, then that county has to process a removal
 6      and a transfer in order to complete the process.
 7      Is that something you can also monitor via SVRS?
 8   A  Yes.
 9   Q  And would it be the same process that you just
10      described for the removal of deceased people?
11   A  Yes.
12   Q  And Baker Tilly and Quest, do they monitor this
13      information on a monthly basis?
14   A  I would believe that they would monitor that.  I
15      cannot point to a specific report at this time,
16      but they are tasked, particularly the Program
17      Manager, with monitoring all our functions to make
18      sure that they are healthy and functioning.  And
19      if there is ever an issue where a county perceives
20      that there's an issue, they're usually quick to
21      notify either through Quest, through the help
22      desk, Baker Tilly directly, or sometimes the
23      Division will forward that on to Baker Tilly to
24      follow up on.
25   Q  Have you ever instructed anybody at Baker Tilly or
```

```
 1        Quest to monitor that kind of activity about
 2        counties and report back to you?
 3    A   I couldn't speak to that specific activity, but I
 4        recall in the past that I have asked for various
 5        functions or activities that might have been going
 6        on to get more information.
 7    Q   And did you ever get -- and in the process of this
 8        monitoring that you described that you will talk
 9        to Baker Tilly, they would tell you what counties
10        are doing in terms of processing SVRS -- did you
11        ever in the past few years in your office
12        encounter information indicating a county was not
13        removing voters as it should be?
14    A   I do not recall any time that I've encountered
15        that.  You mean as it should be?
16    Q   In other words, a county -- yeah, a county is not
17        removing or not processing transfers, or not
18        notifying other counties of transfers.  Red
19        flag -- we've been monitoring SVRS for the past
20        six months and this county has not touched their
21        hopper, has not sent anything to anybody else's
22        hopper, anything like that?
23    A   We had -- I can recall we had an instance -- and
24        it made some headlines particularly in LaPorte
25        County where they had removed an inappropriate
```

```
 1  DIRECT EXAMINATION (Continuing),
 2  QUESTIONS BY MR. CHRIS FEDELI:
 3  Q  When you talked to Baker Tilly about the
 4     Department of Health and their efforts to ensure
 5     the removal of deceased persons, have you ever
 6     talked to them about the Department of Health's
 7     efforts to obtain death information for people --
 8     for registered voters who have died out of state?
 9  A  Can you restate that?
10  Q  Yeah.  Have you ever talked to -- let me give
11     you -- have you ever talked to anybody about the
12     Department of Health's process For obtaining death
13     information for people who don't die in Indiana?
14  A  I mean we have several counties that are on
15     borders with other states, particularly our
16     neighbors to the south, north, east, west, and in
17     those cases there may be a high number of citizens
18     that do cross into other states and then
19     ultimately pass in a hospital or facility that is
20     more convenient to them in another state than in
21     Indiana.  So what an ongoing concern is to make
22     sure with those border counties that they're
23     receiving the information they need to receive.
24              MR. CHRIS FEDELI:  Madame Reporter,
25     what exhibit are we up to?
```

```
 1        in relation to the Department of Health hopper.
 2    A   I assume that the false positive is a reference to
 3        a record that is showing that a deceased
 4        individual that -- as it's compared with for -- to
 5        make sure that it's who they say that it is, that
 6        it's giving a match of some sort.  And so if it
 7        were not giving -- it would give a high match, but
 8        not really an appropriate person, and the county
 9        may receive that as a false positive.  Ultimately,
10        that is why they, I think, operate with
11        carefulness.
12    Q   Going back briefly just about the structure of the
13        office in general, the Division:  Is there any
14        sort of division of labor between you, your staff,
15        and Brad's staff, like you handle X and Brad tends
16        to handle Y?
17    A   There are -- over time, there have been things
18        that developed that operate under bipartisan
19        consent, but we have different staff
20        differentiation.  For instance, when we receive
21        from a county outside of our state or a
22        jurisdiction outside of our state information on a
23        newly-registered voter, Brad has a staff member
24        that would -- he's devoted to forwarding that
25        information to the counties and processing that.
```