# In The Matter Of:

*Judicial Watch, Inc., et al. v.*
*J. Bradley King, et al.*

---

*Sarah Redman*
*May 20, 2013*

---

*Tri-State Reporting, Inc.*
901 S. Kenmore Drive
Evansville, IN  47714
Phone:  (812) 477-7666   Fax: (812) 477-8032
www.tsreporting.com

Original File redman.txt
Min-U-Script® with Word Index

**EXHIBIT E**

DEPOSITION OF SARAH REDMAN
TAKEN ON MAY 20, 2013

102

1    printing would go off just right.  And I wish we
2    could have got it out sooner, I really do, but
3    like I said, it was a lot of man-hours.
4  Q  What did the -- what, if anything, did the
5    Election Division do with the countywide mailing?
6    What are some things that they did to help?
7  A  Oh, to help?  Told me everything I needed to know.
8    Essentially, I leaned on them 20 times a day to
9    make sure that, you know, what I was doing was
10   right, it wasn't going to come back to me and get
11   thrown out.  My worst fear, I guess would be doing
12   an entire mailing, marking 8,000 people inactive
13   and then finding out that I did something wrong
14   and that I had to make them active again.  So I
15   leaned on them a lot, because, you know, we always
16   hear horror stories.
17 Q  What are some -- well, I guess that's also what
18   I'm kind of wondering about.  What is the horror
19   story?  What are some of the things that you're
20   most concerned about getting back an inactive?
21 A  Yeah.  Marking them incorrectly inactive if I
22   didn't follow the correct A-B-C.
23 Q  Were you ever afraid of disenfranchising anyone?
24 A  Yeah.  Oh, yeah.
25 Q  And why were you concerned about that?