Case 1:12-cv-00800-WTL-TAB   Document 75-6   Filed 11/12/13   Page 1 of 2 PageID #: 905



# U.S. ELECTION ASSISTANCE COMMISSION

The Impact of the National Voter Registration Act of 1993 on the Administration of Elections for Federal Office 2011–2012

A Report to the 113th Congress June 30, 2013

**EXHIBIT F**

## 2012 Election Administration and Voting Survey
### Table 4b. Voter List Maintenance: Removal Actions

| State | Election Juris. in Survey | Voters Removed for 2010 to 2012 | Cases | % of Rept. Reg. | Removed Due to Moved from Jurisdiction | | | Removed Due to Death | | | Removed Due to Failure to Vote | | | Removed Due to Request of Voter | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total | Cases | % of Rem. | Total | Cases | % of Rem. | Total | Cases | % of Rem. | Total | Cases | % of Rem. |
| Alabama | 67 | 192,417 | 66 | 6.1 | 12,922 | 66 | 6.7 | 64,043 | 66 | 33.3 | 582 | 32 | 0.3 | 152 | 33 | 0.1 |
| Alaska | 1 | 26,196 | 1 | 4.5 | 4,140 | 1 | 15.8 | 5,225 | 1 | 19.9 | 15,480 | 1 | 59.1 | 787 | 1 | 3.0 |
| Arizona | 15 | 371,893 | 15 | 10.0 | 133,291 | 15 | 35.8 | 66,780 | 15 | 18.0 | 84,054 | 15 | 22.6 | 22,899 | 15 | 6.2 |
| Arkansas | 75 | 227,694 | 75 | 14.1 | 20,314 | 75 | 8.9 | 35,422 | 75 | 15.6 | 156,904 | 75 | 68.9 | 1,495 | 75 | 0.7 |
| California | 58 | 906,528 | 55 | 4.8 | 437,855 | 55 | 48.3 | 223,441 | 55 | 24.6 | 91,343 | 42 | 10.1 | 33,973 | 51 | 3.7 |
| Colorado | 64 | 106,586 | 64 | 2.9 | 40,160 | 64 | 37.7 | 44,908 | 64 | 42.1 | 7,324 | 64 | 6.9 | 7,462 | 64 | 7.0 |
| Connecticut | 169 | | 0 | ........ | | 0 | ........ | | 0 | ........ | | 0 | ........ | | 0 | ........ |
| Delaware | 3 | 56,167 | 3 | 8.9 | 9,213 | 3 | 16.4 | 11,551 | 3 | 20.6 | 33,487 | 3 | 59.6 | 164 | 3 | 0.3 |
| District of Columbia | 1 | 27,139 | 1 | 4.9 | 7,546 | 1 | 27.8 | 4,546 | 1 | 16.8 | 0 | 1 | 0.0 | 0 | 1 | 0.0 |
| Florida | 67 | 42,106 | 67 | 0.4 | 1,523 | 40 | 3.6 | 4,094 | 64 | 9.7 | | 0 | ........ | 548 | 31 | 1.3 |
| Georgia | 159 | 355,930 | 159 | 5.9 | 27,404 | 159 | 7.7 | 104,717 | 159 | 29.4 | 171,780 | 159 | 48.3 | 1,331 | 159 | 0.4 |
| Hawaii | 4 | 46,461 | 4 | 6.6 | 2,643 | 4 | 5.7 | 11,130 | 4 | 24.0 | 29,869 | 4 | 64.3 | 2,634 | 4 | 5.7 |
| Idaho* | 44 | 50,744 | 44 | 5.7 | 5,699 | 44 | 11.2 | 8,316 | 44 | 16.4 | 30,365 | 44 | 59.8 | 69 | 44 | 0.1 |
| Illinois | 110 | 797,884 | 110 | 9.8 | 264,764 | 109 | 33.2 | 140,990 | 109 | 17.7 | 204,420 | 109 | 25.6 | 27,706 | 109 | 3.5 |
| Indiana | 92 | 801,605 | 92 | 17.6 | 13,401 | 92 | 1.7 | 77,517 | 92 | 9.7 | 22,782 | 92 | 2.8 | | 0 | ........ |
| Iowa | 99 | 130,255 | 99 | 5.8 | 42,496 | 99 | 32.6 | 50,100 | 99 | 38.5 | 31,599 | 99 | 24.3 | 776 | 99 | 0.6 |
| Kansas | 105 | 127,679 | 105 | 7.2 | 30,242 | 105 | 23.7 | 38,468 | 105 | 30.1 | 43,818 | 105 | 34.3 | 391 | 105 | 0.3 |
| Kentucky | 120 | 127,935 | 120 | 4.2 | 7,454 | 120 | 5.8 | 82,555 | 120 | 64.5 | 23,535 | 120 | 18.4 | 3,983 | 120 | 3.1 |
| Louisiana | 64 | 360,325 | 64 | 12.1 | 117,410 | 64 | 32.6 | 52,890 | 64 | 14.7 | 121,744 | 64 | 33.8 | 19,142 | 64 | 5.3 |
| Maine | 500 | 186,330 | 500 | 18.2 | 112,849 | 500 | 60.6 | 21,011 | 500 | 11.3 | 30,871 | 500 | 16.6 | 711 | 500 | 0.4 |
| Maryland | 24 | 211,002 | 24 | 5.7 | 41,747 | 24 | 19.8 | 63,031 | 24 | 29.9 | 97,188 | 24 | 46.1 | 453 | 24 | 0.2 |
| Massachusetts | 351 | 572,263 | 351 | 13.2 | 297,629 | 351 | 52.0 | 79,634 | 351 | 13.9 | 55,978 | 351 | 9.8 | 7,671 | 351 | 1.3 |
| Michigan | 83 | 268,236 | 83 | 3.9 | 73,440 | 83 | 25.5 | 166,828 | 83 | 57.9 | 29,638 | 83 | 10.3 | 18,330 | 83 | 6.4 |
| Minnesota* | 87 | 269,137 | 87 | 7.9 | 115,129 | 87 | 42.8 | 49,622 | 87 | 18.4 | 102,922 | 87 | 38.2 | | 0 | ........ |
| Mississippi | 64 | 100,664 | 60 | 7.2 | 22,936 | 49 | 22.8 | 26,486 | 49 | 26.3 | 21,914 | 35 | 21.8 | 3,330 | 43 | 3.3 |
| Missouri | 116 | 436,985 | 116 | 10.4 | 155,909 | 116 | 35.7 | 101,947 | 116 | 23.3 | 146,541 | 116 | 33.5 | 9,588 | 115 | 2.2 |
| Montana | 56 | 41,663 | 56 | 6.1 | 3,536 | 56 | 8.5 | 10,272 | 56 | 24.7 | 25,744 | 56 | 61.8 | 1,625 | 56 | 3.9 |
| Nebraska | 93 | 82,247 | 93 | 7.1 | 26,414 | 93 | 32.1 | 23,573 | 93 | 28.7 | 24,321 | 93 | 29.6 | 514 | 93 | 0.6 |
| Nevada | 17 | 137,395 | 17 | 10.9 | 25,130 | 13 | 18.3 | 23,464 | 13 | 17.1 | 65,418 | 12 | 47.6 | 11,309 | 13 | 8.2 |
| New Hampshire* | 320 | 182,008 | 320 | 20.7 | 6,350 | 320 | 3.5 | 12,661 | 320 | 7.0 | 160,721 | 320 | 88.3 | 143 | 320 | 0.1 |
| New Jersey | 21 | 319,231 | 21 | 5.9 | 4,054 | 21 | 1.3 | 105,127 | 21 | 32.9 | 118,778 | 21 | 37.2 | 77,840 | 21 | 24.4 |
| New Mexico | 33 | 17,915 | 14 | 1.4 | 1,941 | 11 | 10.8 | 12,262 | 12 | 68.4 | 1 | 5 | 0.0 | 143 | 10 | 0.8 |
| New York | 58 | 914,642 | 57 | 7.8 | 212,740 | 57 | 23.3 | 165,603 | 57 | 18.1 | 266,182 | 50 | 29.1 | 2,063 | 57 | 0.2 |
| North Carolina | 100 | 680,450 | 100 | 10.2 | 351,461 | 100 | 51.7 | 131,505 | 100 | 19.3 | 141,324 | 100 | 20.8 | 1,437 | 100 | 0.2 |
| North Dakota* | 53 | | 0 | ........ | | 0 | ........ | | 0 | ........ | | 0 | ........ | | 0 | ........ |
| Ohio | 88 | 954,534 | 85 | 12.0 | 141,556 | 84 | 14.8 | 162,527 | 84 | 17.0 | 492,514 | 81 | 51.6 | 9,238 | 83 | 1.0 |
| Oklahoma | 77 | 246,474 | 77 | 11.7 | 79,862 | 77 | 32.4 | 41,975 | 77 | 17.0 | 110,098 | 77 | 44.7 | 768 | 77 | 0.3 |
| Oregon | 36 | 163,895 | 36 | 7.5 | 13,249 | 36 | 8.1 | 46,506 | 36 | 28.4 | 89,496 | 36 | 54.6 | 14,096 | 36 | 8.6 |
| Pennsylvania | 67 | 880,395 | 67 | 10.5 | 327,873 | 67 | 37.2 | 174,811 | 67 | 19.9 | 364,557 | 67 | 41.4 | 2,366 | 67 | 0.3 |
| Rhode Island | 39 | 41,844 | 39 | 5.8 | 2,633 | 39 | 6.3 | 8,919 | 39 | 21.3 | 27,356 | 39 | 65.4 | 646 | 39 | 1.5 |
| South Carolina | 46 | 195,844 | 46 | 6.8 | 12,001 | 46 | 6.1 | 49,199 | 46 | 25.1 | | 0 | ........ | 43 | 46 | 0.0 |
| South Dakota | 66 | 38,068 | 66 | 7.3 | 12,438 | 66 | 32.7 | 7,214 | 66 | 19.0 | 9,567 | 66 | 25.1 | 1,267 | 66 | 3.3 |
| Tennessee | 95 | 385,282 | 95 | 9.6 | 100,193 | 95 | 26.0 | 80,393 | 95 | 20.9 | 174,493 | 94 | 45.3 | 16,423 | 95 | 4.3 |
| Texas | 254 | | 0 | ........ | | 0 | ........ | | 0 | ........ | | 0 | ........ | | 0 | ........ |
| Utah | 29 | 43,919 | 29 | 2.9 | 392 | 29 | 0.9 | 1,176 | 23 | 2.7 | 0 | 29 | 0.0 | | 0 | ........ |
| Vermont | 246 | 37,530 | 202 | 8.1 | 14,755 | 186 | 39.3 | 5,272 | 188 | 14.0 | 6,677 | 154 | 17.8 | 2,340 | 109 | 6.2 |
| Virginia | 134 | 530,817 | 134 | 9.8 | 229,045 | 134 | 43.1 | 81,994 | 134 | 15.4 | 103,930 | 134 | 19.6 | 8,317 | 134 | 1.6 |
| Washington | 39 | 299,779 | 39 | 7.7 | 131,332 | 39 | 43.8 | 61,226 | 39 | 20.4 | 69,898 | 26 | 23.3 | 22,754 | 37 | 7.6 |
| West Virginia | 55 | 70,174 | 55 | 5.6 | | 0 | ........ | 26,300 | 55 | 37.5 | 25,191 | 55 | 35.9 | 30 | 44 | 0.0 |
| Wisconsin* | 3,541 | 580,532 | 3,541 | 14.6 | 13,952 | 3,541 | 2.4 | 97,147 | 3,541 | 16.7 | 261,368 | 3,541 | 45.0 | 1,163 | 3,541 | 0.2 |
| Wyoming* | 23 | 33,129 | 23 | 13.8 | 225 | 16 | 0.7 | 331 | 21 | 1.0 | 32,534 | 23 | 98.2 | 16 | 8 | 0.0 |
| American Samoa* | 1 | 321 | 1 | 1.8 | | 0 | ........ | 147 | 1 | 45.8 | | 0 | ........ | | 0 | ........ |
| Guam* | 1 | | 0 | ........ | | 0 | ........ | | 0 | ........ | | 0 | ........ | | 0 | ........ |
| Puerto Rico* | 1 | | 0 | ........ | | 0 | ........ | 87,309 | 1 | | | 0 | ........ | | 0 | ........ |
| Virgin Islands* | 0 | | | | | | | | | | | | | | | |
| Sum of Above | 8,131 | 13,698,249 | 7,578 | 7.1 | 3,709,248 | 7,452 | 27.1 | 2,952,165 | 7,535 | 21.6 | 4,124,306 | 7,304 | 30.1 | 338,136 | 7,146 | 2.5 |
| States Included | | 49 | | | 47 | | | 50 | | | 46 | | | 45 | | |
| Question | | A11a | | | A11b | | | A11c | | | A11e | | | A11g | | |