UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUDICIAL WATCH, INC. and TRUE THE VOTE, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| | ) No. 1:12-cv-800-WTL-TAB |
| J. BRADLEY KING, TRENT DECKARD, and CONNIE LAWSON, | ) ) ) |
| Defendants. | ) ) |

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

This cause is set for a **telephonic status conference on December 11, 2013, at 3:00 p.m.** Parties shall participate in this conference by counsel, who shall contact the Court at 317-229-3660. The purpose of this conference is to address the need for and timing of a settlement conference. Counsel are ordered to confer with their clients and opposing counsel in advance of this conference to ensure that any demand/offer is fully updated.

Dated: 11/26/2013

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

J. Christian Adams
ELECTION LAW CENTER, PLLC
a@electionlawcenter.com

Christina Marie Clark
INDIANA ATTORNEY GENERAL
Christina.Clark@atg.in.gov

Jefferson S. Garn
INDIANA ATTORNEY GENERAL
jefferson.garn@atg.in.gov

Paul J. Orfanedes
JUDICIAL WATCH, INC
porfanedes@judicialwatch.org

Chris Fedeli
JUDICIAL WATCH, INC.
cfedeli@judicialwatch.org

David R. Langdon
LANGDON LAW LLC
dlangdon@langdonlaw.com

Joshua Braden Bolinger
LANGDON LAW LLC
jbolinger@langdonlaw.com