## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., and TRUE THE VOTE, | ) ) ) | |
| *Plaintiffs*, | ) ) | Case No. 1:12-cv-800-WTL-TAB |
| v. | ) ) | |
| J. BRADLEY KING, *et al.* | ) ) | |
| *Defendants*. | ) ) | |
| | ) | |

### PLAINTIFFS NOTICE OF AUTOMATIC INITIAL EXTENSION OF TIME TO RESPOND TO DEFENDANTS' SECOND SET OF DISCOVERY REQUESTS

Plaintiffs Judicial Watch, Inc. and True the Vote, by counsel and pursuant to Local Rule 6-1(b) of the U.S. District Court for the Southern District of Indiana, hereby notify the Court and the parties that the time for Plaintiffs to respond to Defendants' Second Set of Discovery Requests is extended 28 days to January 8, 2014 via Automatic Initial Extension. In support of the foregoing, the following is respectfully shown:

1. Defendants served their Second Set of Discovery Requests (Interrogatories and Requests for Production), collectively the "Requests," on Plaintiffs via U.S. mail on November 8, 2013. Undersigned counsel's first receipt of the Requests, in either paper or electronic form, was ten days later, on November 18, 2013 via U.S. mail.

2. The time for Plaintiffs to respond in writing to Defendants' Requests pursuant to Fed. R. Civ. Pro. Rules 6(d), 33(b)(2), and 34(b)(2)(A) is December 11, 2013.

3. Undersigned counsel contacted Defendants' counsel Jefferson Garn on December 3, 2013 concerning this 28 day extension, at which time Mr. Garn stated that he had no objection to the extension.

4.   Plaintiffs plan to complete their written responses to Defendants' Requests no later than

January 8, 2014 and will endeavor to undertake efforts to do so.  However, Defendants'

Requests consist of multiple demands for written information and documents directed at

each Plaintiff, which the Plaintiffs will need considerable time to evaluate.  In light of

this, and in light of the U.S. mail delay described above in paragraph 1, and also in light

of the intervening federal holidays in November and December and the concurring

vacation and travel schedules of Plaintiffs' counsel, there is a chance that Plaintiffs might

need to request a further extension of time to complete their written responses to the

Requests.  Plaintiffs have notified Defendants that they may need this additional time to

respond, and have informed them that Plaintiffs will request Defendants' consent to that

extension if and when it is needed prior to moving this Court.

Wherefore, Pursuant to Local Rule 6-1(b), upon the filing of this Notice, Plaintiffs' time

to respond in writing to Defendants' Requests is now extended to January 8, 2014 via Automatic

Initial Extension.

Dated: December 3, 2013                                    Respectfully submitted,

| | |
|---|---|
| J. Christian Adams<br>Admitted *Pro Hac Vice*<br><br>ELECTION LAW CENTER, PLLC<br>300 N. Washington Street, Ste. 405<br>Alexandria, VA 22314<br>Tel: (703) 963-8611<br>Email: adams@electionlawcenter.com<br><br><br>David R. Langdon<br>Joshua B. Bolinger<br><br>LANGDON LAW LLC<br>8913 Cincinnati-Dayton Rd.<br>West Chester, Ohio 45069<br>Tel: (513) 577-7380<br>Fax: (513) 577-7383<br>Email: dlangdon@langdonlaw.com<br>         jbolinger@langdonlaw.com | */s/  Chris Fedeli*<br>Paul J. Orfanedes<br>Chris Fedeli<br>Admitted *Pro Hac Vice*<br><br>JUDICIAL WATCH, INC.<br>425 Third Street S.W., Ste. 800<br>Washington, DC 20024<br>Tel: (202) 646-5172<br>Fax: (202) 646-5199<br>Email: porfanedes@judicialwatch.org<br>         cfedeli@judicialwatch.org |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of December, 2013, I electronically filed the

foregoing document with the Clerk of the Court using the CM/ECF system.  Notice of this filing

will be sent to counsel of record by operation of the Court's electronic filing system.  Parties may

access this filing through the Court's system.

/s/ Chris Fedeli
Chris Fedeli