# Christopher Fedeli

| | |
|---|---|
| **From:** | Garn, Jefferson <Jefferson.Garn@atg.in.gov> |
| **Sent:** | Tuesday, July 23, 2013 3:15 PM |
| **To:** | Christopher Fedeli |
| **Cc:** | J. Christian Adams - Election Law Center (a@electionlawcenter.com) |
| **Subject:** | RE: your vm about settlement |

Also, to give you an update about the information you requested in your discovery letter last week, we've retrieved a number of other documents/communications that are on a DVD that we'll send by mail once we've completed a quick privilege review.

---

**From:** Garn, Jefferson
**Sent:** Tuesday, July 23, 2013 12:57 PM
**To:** 'Christopher Fedeli'
**Cc:** J. Christian Adams - Election Law Center (a@electionlawcenter.com)
**Subject:** RE: your vm about settlement

Chris,

We will respond to your letter as soon as possible. A response to a proposal within thirty days is not atypical, but we don't expect to take that long. If you're facing a pressing deadline, please let me know. You're welcome to give me a call. I should be in and out of meetings today and tomorrow.

Best regards,

Jeff

**Jefferson Garn**
Deputy Attorney General
Civil Litigation
302 West Washington St.
IGCS 5th Floor
Indianapolis, IN 46204
317-232-6292 phone
317-232-7979 fax

---

**From:** Christopher Fedeli [mailto:CFedeli@JUDICIALWATCH.ORG]
**Sent:** Tuesday, July 23, 2013 10:23 AM
**To:** Garn, Jefferson
**Cc:** J. Christian Adams - Election Law Center (a@electionlawcenter.com)
**Subject:** RE: your vm about settlement

Jeff:

Please reply to update me on the status of your response to our settlement letter. Thank you.

---

**From:** Christopher Fedeli
**Sent:** Monday, July 22, 2013 9:47 AM
**To:** 'Garn, Jefferson'

**Cc:** 'J. Christian Adams - Election Law Center (a@electionlawcenter.com)'
**Subject:** RE: your vm about settlement

Jeff, do you expect to send the response soon?  I haven't received it.

---

**From:** Christopher Fedeli
**Sent:** Tuesday, July 16, 2013 11:28 AM
**To:** 'Garn, Jefferson'
**Cc:** J. Christian Adams - Election Law Center (a@electionlawcenter.com)
**Subject:** RE: your vm about settlement

Ok.  We will look out for the formal response.

---

**From:** Garn, Jefferson [mailto:Jefferson.Garn@atg.in.gov]
**Sent:** Tuesday, July 16, 2013 11:10 AM
**To:** Christopher Fedeli
**Cc:** J. Christian Adams - Election Law Center (a@electionlawcenter.com)
**Subject:** RE: your vm about settlement

My schedule didn't work out to propose a time.  I expect to get you a formal response to your settlement letter within the next day or two.

---

**From:** Christopher Fedeli [mailto:CFedeli@JUDICIALWATCH.ORG]
**Sent:** Monday, July 15, 2013 11:46 AM
**To:** Garn, Jefferson
**Cc:** J. Christian Adams - Election Law Center (a@electionlawcenter.com)
**Subject:** your vm about settlement

Jeff, I got your voicemail.  Can you let me know what times are good for you to talk this afternoon or tomorrow morning?  I would like to include Christian in this call as well.

Thanks,
Chris

Chris Fedeli | **Judicial Watch, Inc.**
425 Third Street, SW | Washington, DC 20024
Tel: (202) 646-5185 | CFedeli@judicialwatch.org
www.judicialwatch.org

