# Christopher Fedeli

| | |
|---|---|
| **From:** | Garn, Jefferson <Jefferson.Garn@atg.in.gov> |
| **Sent:** | Wednesday, October 09, 2013 5:13 PM |
| **To:** | Christopher Fedeli |
| **Subject:** | RE: Supplemental Production - batch 2 |

Yes, that's what we've been able to retrieve so far.  Thanks for letting me know.

Jeff

**From:** Christopher Fedeli [mailto:CFedeli@JUDICIALWATCH.ORG]
**Sent:** Wednesday, October 09, 2013 5:12 PM
**To:** Garn, Jefferson
**Subject:** RE: Supplemental Production - batch 2

Thanks Jeff.  I received this one and the Dale Simmons batch, so if those were the only two you sent today then both came through.  We're glad you've begun this production.

**From:** Garn, Jefferson [mailto:Jefferson.Garn@atg.in.gov]
**Sent:** Wednesday, October 09, 2013 4:43 PM
**To:** Christopher Fedeli
**Subject:** Supplemental Production - batch 2

Chris – here is the second batch.  The custodian is Leslie Barnes.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.
NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.