# Christopher Fedeli

| | |
|---|---|
| **From:** | Garn, Jefferson <Jefferson.Garn@atg.in.gov> |
| **Sent:** | Wednesday, December 18, 2013 5:29 PM |
| **To:** | Christopher Fedeli |
| **Subject:** | Production - emails |

Chris,

As you know, we had discussed providing further production today and anything remaining by January 8th. We've reviewed over 400 of nearly 6000 documents, but as of yet, we have not identified any responsive documents. As I mentioned in our call yesterday, I think this is because of the way the data were gathered and arranged, and expect that we'll find responsive documents as we progress through the emails.

While we're still early in our review, I expect that further review will be much faster because there was a lot of work we had to do on the front end, but I still expect to have our review completed and final production to you by January 8th. But given that we didn't find any responsive documents yet, I'll give you another update next week and provide any documents that we find then.

Best regards,

Jeff


**Jefferson Garn**
Deputy Attorney General
Civil Litigation
302 West Washington St.
IGCS 5th Floor
Indianapolis, IN 46204
317-232-6292 phone
317-232-7979 fax


NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.