# Christopher Fedeli

| | |
|---|---|
| **From:** | Garn, Jefferson <Jefferson.Garn@atg.in.gov> |
| **Sent:** | Thursday, January 09, 2014 1:26 PM |
| **To:** | Christopher Fedeli |
| **Subject:** | RE: County communications production |

Chris,

Given the format and number of remaining documents, we sent a disk with the supplemental production by mail today. Please let me know if you don't get that in the next couple of days. As I mentioned, there are not many remaining documents. The bulk of the remaining documents are memos that went out to the individual counties.

Best,

Jeff


**Jefferson Garn**
Deputy Attorney General
Civil Litigation
302 West Washington St.
IGCS 5th Floor
Indianapolis, IN 46204
317-232-6292 phone
317-232-7979 fax

---

**From:** Garn, Jefferson
**Sent:** Wednesday, January 08, 2014 5:06 PM
**To:** 'Christopher Fedeli <CFedeli@JUDICIALWATCH.ORG> (CFedeli@JUDICIALWATCH.ORG)'
**Subject:** County communications production

Chris,

You may have heard that we have had some very bad weather lately. Despite a storm that made it illegal to drive in Indy and still has shut down most schools, we were able to finish reviewing the documents. As I had mentioned, I expected to produce the remaining documents for the plaintiffs today. But I did not expect a historic winter storm to disrupt our schedule to the extent it did. While we've finished the review, because of the weather-related absences (including IT assistance), I'm only able to produce the attached documents today. I'll get you the rest tomorrow once I get some technical assistance. There are not many more documents.

Best regards,

Jeff


**Jefferson Garn**
Deputy Attorney General
Civil Litigation
302 West Washington St.

IGCS 5th Floor
Indianapolis, IN 46204
317-232-6292 phone
317-232-7979 fax


NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.