# Christopher Fedeli

| | |
|---|---|
| **From:** | Garn, Jefferson <Jefferson.Garn@atg.in.gov> |
| **Sent:** | Monday, January 13, 2014 12:23 PM |
| **To:** | Christopher Fedeli |
| **Subject:** | RE: County communications production |

Sorry – that wasn't the clearest.  There aren't many individual, unique documents.  Many of the documents are very similar, and they're in a PDF format, so attaching them to an email would have been unwieldy. That does complete our production of what we have. But I wanted to let you know that I'm checking with the Indiana Office of Technology (a separate agency) to confirm that that is everything that they were able to retrieve given the search terms provided, because, frankly, we expected many more responsive emails. I will let you know as soon as I hear back from IOT.

Thanks,

Jeff

**Jefferson Garn**
Deputy Attorney General
Civil Litigation
302 West Washington St.
IGCS 5th Floor
Indianapolis, IN 46204
317-232-6292 phone
317-232-7979 fax

---

**From:** Christopher Fedeli [mailto:CFedeli@JUDICIALWATCH.ORG]
**Sent:** Thursday, January 09, 2014 2:22 PM
**To:** Garn, Jefferson
**Subject:** RE: County communications production

Jeff,

Okay, but I'm a little confused.  If there was only a small number of documents remaining for today's production, why send them by disk instead of email?  I usually get disks when the volume of documents is too large to make emailing convenient.  Should I be expecting a large volume of documents on this disks, or a small volume?  And does today's mailing complete Indiana's production in response to my July 15, 2013 letter and October 3, 2013 email?  I'm not complaining, I just want to make sure I understand you correctly.

Thanks,
Chris

---

**From:** Garn, Jefferson [mailto:Jefferson.Garn@atg.in.gov]
**Sent:** Thursday, January 09, 2014 1:26 PM
**To:** Christopher Fedeli
**Subject:** RE: County communications production

Chris,

Given the format and number of remaining documents, we sent a disk with the supplemental production by mail today.  Please let me know if you don't get that in the next couple of days.  As I mentioned, there are not many remaining documents.  The bulk of the remaining documents are memos that went out to the individual counties.

1

Best,

Jeff


**Jefferson Garn**
Deputy Attorney General
Civil Litigation
302 West Washington St.
IGCS 5th Floor
Indianapolis, IN 46204
317-232-6292 phone
317-232-7979 fax


**From:** Garn, Jefferson
**Sent:** Wednesday, January 08, 2014 5:06 PM
**To:** 'Christopher Fedeli <CFedeli@JUDICIALWATCH.ORG> (CFedeli@JUDICIALWATCH.ORG)'
**Subject:** County communications production

Chris,

You may have heard that we have had some very bad weather lately.  Despite a storm that made it illegal to drive in Indy and still has shut down most schools, we were able to finish reviewing the documents.  As I had mentioned, I expected to produce the remaining documents for the plaintiffs today.  But I did not expect a historic winter storm to disrupt our schedule to the extent it did.  While we've finished the review, because of the weather-related absences (including IT assistance), I'm only able to produce the attached documents today.  I'll get you the rest tomorrow once I get some technical assistance.  There are not many more documents.

Best regards,

Jeff


**Jefferson Garn**
Deputy Attorney General
Civil Litigation
302 West Washington St.
IGCS 5th Floor
Indianapolis, IN 46204
317-232-6292 phone
317-232-7979 fax


NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.
NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.