IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |
|---|---|
| JUDICIAL WATCH, INC., and TRUE THE VOTE, <br><br> *Plaintiffs*, <br><br> v. <br><br> J. BRADLEY KING, *et al.* <br><br> *Defendants*. | Case No. 1:12-cv-800-WTL-TAB |

## [PROPOSED] ORDER ON PLAINTIFFS' FIRST MOTION TO COMPEL PRODUCTION OF DOCUMENTS

The Court, having considered Plaintiffs' First Motion to Compel Production of Documents, Defendants' Opposition thereto, and all other filings concerning the Motion, hereby orders that the Motion is GRANTED. The Court further orders Defendants to produce all responsive emails to Plaintiffs within seven (7) days of the date of this Order.

ORDERED this _____ day of _____, 2014.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the court's ECF system.