UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUDICIAL WATCH, INC. and TRUE THE VOTE, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 1:12-cv-800-WTL-TAB ) |
| J. BRADLEY KING, TRENT DECKARD, and CONNIE LAWSON, | ) ) ) |
| Defendants. | ) ) |

**ORDER ON FEBRUARY 3, 2014, SETTLEMENT CONFERNCE**

Parties appeared in person and by counsel February 3, 2014, for a settlement conference. Settlement discussions were held but no settlement was reached. The Court discussed the Plaintiffs' motion to compel [Docket No. 81] with counsel. The Court denied the motion as premature pursuant to Local Rule 37-1(a). However, the Court ordered Defendants to produce the documents sought in the motion to compel by February 17, 2014, subject to objections on privilege grounds.

Dated: 2/11/2014

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

J. Christian Adams
ELECTION LAW CENTER, PLLC
a@electionlawcenter.com

Christina Marie Clark
INDIANA ATTORNEY GENERAL
Christina.Clark@atg.in.gov

Jefferson S. Garn
INDIANA ATTORNEY GENERAL
jefferson.garn@atg.in.gov

Paul J. Orfanedes
JUDICIAL WATCH, INC
porfanedes@judicialwatch.org

Chris Fedeli
JUDICIAL WATCH, INC.
cfedeli@judicialwatch.org

David R. Langdon
LANGDON LAW LLC
dlangdon@langdonlaw.com

Joshua Braden Bolinger
LANGDON LAW LLC
jbolinger@langdonlaw.com