# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **JUDICIAL WATCH, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )   1:12-cv-800-WTL-TAB |
| | ) |
| **J. BRADLEY KING, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER ON DEFENDANTS' MOTION FOR EXTENSION OF TIME

The defendants having filed a Motion for Extension of Time to produce responsive documents, and the Court having considered the motion, the defendants' time to produce responsive documents is **GRANTED**. Defendants have until March 14, 2014, to produce the requested documents.

So **ORDERED** this \_\_\_\_ day of February, 2014.

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the court's ECF system.