UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUDICIAL WATCH, et al., | ) |
| Plaintiffs, | ) |
| v. | ) 1:12-cv-800-WTL-TAB |
| J. BRADLEY KING, et al., | ) |
| Defendants. | ) |

### ORDER ON DEFENDANTS' MOTION FOR EXTENSION OF TIME

The defendants having filed a Motion for Extension of Time to produce responsive documents, and the Court having considered the motion, the defendants' time to produce responsive documents is **GRANTED**. Defendants have until March 14, 2014, to produce the requested documents. No further enlargement is anticipated.

So **ORDERED**:   2/21/2014

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the court's ECF system.