IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUDICIAL WATCH, INC., ) <br> and TRUE THE VOTE, ) <br> ) <br>       *Plaintiffs*, ) <br>   v. ) <br> ) <br> J. BRADLEY KING, *et al.* ) <br> ) <br>       *Defendants*. ) <br> _____) | Case No. 1:12-cv-800-WTL-TAB |

**[PROPOSED] ORDER ON PLAINTIFFS' MODIFY CASE MANAGEMENT PLAN AND TRIAL SCHEDULE TO COMPRESS TRIAL**

The Court, having considered Plaintiffs' above-captioned Motion, hereby orders that the Motion is GRANTED. The parties' Case Management Plan (ECF Nos. 32 and 33) and the Court's Trial Scheduling Order (ECF No. 35) are modified to compress the trial from eight days to six days, with trial commencing on Wednesday, May 21, 2014 and concluding on Thursday, May 29, 2014. Plaintiffs are ORDERED to complete the presentation of their case in three days, concluding on Friday, May 23, 2014. No extensions of Plaintiffs' allocated time will be considered or granted.

ORDERED this _____ day of _____, 2014.

_____

William T. Lawrence
United States District Judge
Southern District of Indiana

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the court's ECF system.