UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUDICIAL WATCH, INC., <br> TRUE THE VOTE, <br><br> Plaintiffs, <br><br> vs. <br><br> J. BRADLEY KING, <br> TRENT DECKARD, <br> CONNIE LAWSON, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:12-cv-00800-WTL-TAB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ENTRY FOR MARCH 11, 2014**
**HONORABLE WILLIAM T. LAWRENCE, JUDGE**

As a result of conflicts on the court's calendar and on its own motion, the eight-day bench trial shall be continued to **September 8, 2014 at 9:00 a.m.** The final pretrial conference shall be continued to **August 8, 2014 at 10:00 a.m.** Both proceedings shall be conducted in Courtroom 202.

Distribution to all registered counsel by electronic notification