IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., and TRUE THE VOTE, | ) ) ) | |
| *Plaintiffs*, | ) ) | Case No. 1:12-cv-800-WTL-TAB |
| v. | ) ) | |
| J. BRADLEY KING, *et al.* | ) ) | |
| *Defendants*. | ) ) | |

## NOTICE OF WITHDRAWL OF MOTION TO MODIFY CASE MANAGEMENT PLAN AND TRIAL SCHEDULE

While Plaintiffs remain committed to compressing the trial period to conserve the resources of both the parties and the Court, the specific relief Plaintiffs sought in their Motion to Modify (ECF No. 85) is now mooted by the Court's continuance of the bench trial (ECF No. 86). Accordingly, pursuant to Local Rule 7-1(h), Plaintiffs respectfully request that the Motion be withdrawn.

Dated: March 12, 2014                    Respectfully submitted,

*/s/ Chris Fedeli*
Chris Fedeli
Admitted *Pro Hac Vice*

JUDICIAL WATCH, INC.
425 Third Street S.W., Ste. 800
Washington, DC 20024
Tel: (202) 646-5172
Fax: (202) 646-5199
Email: cfedeli@judicialwatch.org

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> */s/ Chris Fedeli*
> Chris Fedeli