# Christopher Fedeli

| | |
|---|---|
| **From:** | Christopher Fedeli |
| **Sent:** | Wednesday, March 05, 2014 6:24 PM |
| **To:** | Jeff Garn (jefferson.garn@atg.in.gov) |
| **Cc:** | Clark, Christina (Christina.Clark@atg.in.gov) |
| **Subject:** | JW and TTV v. King - Plaintiffs' Sixth Production of Documents, PL-000205 to PL-000207 |
| **Attachments:** | Indiana 2012 TVAP.pdf |

Dear Jeff:

Attached please find Plaintiffs' Sixth Production of Documents in this litigation. The attached production consists of an analysis comparing Indiana's 2012 voter registration list totals as reported by the EAC, and the 2012 U.S. Census estimates of voting-age population for Indiana by county. It is responsive to Defendants' First Requests for Production of Documents to Plaintiffs served on April 5, 2013. Specifically, it is responsive to Defendants' RFP to JW No. 17, and Defendants' RFP to TTV no. 15.

Best regards,
Chris

Chris Fedeli | **Judicial Watch, Inc.**
425 Third Street, SW | Washington, DC 20024
Tel: (202) 646-5185 | CFedeli@judicialwatch.org
Website:  www.judicialwatch.org
Areas of Law:  www.judicialwatch.org/amicus-briefs

  

1

| State | Jurisdiction | Total County Population 18+ | Enter the total number of persons in your jurisdiction who were registered and eligible to vote in the November 2012 general election. QA1a | QA1a/pop 18+ |
|---|---|---|---|---|
| IN | CRAWFORD COUNTY | 8,255 | 9253 | 112% |
| IN | WARRICK COUNTY | 45,347 | 50011 | 110% |
| IN | FRANKLIN COUNTY | 17,204 | 18602 | 108% |
| IN | SCOTT COUNTY | 18,271 | 19345 | 106% |
| IN | TIPTON COUNTY | 12,258 | 12958 | 106% |
| IN | UNION COUNTY | 5,588 | 5869 | 105% |
| IN | ORANGE COUNTY | 14,905 | 15556 | 104% |
| IN | CLARK COUNTY | 85,643 | 88632 | 103% |
| IN | WARREN COUNTY | 6,498 | 6694 | 103% |
| IN | BROWN COUNTY | 12,097 | 12415 | 103% |
| IN | ST. JOSEPH COUNTY | 201,889 | 205144 | 102% |
| IN | VANDERBURGH COUNTY | 141,069 | 142904 | 101% |
| IN | NEWTON COUNTY | 10,940 | 11037 | 101% |
| IN | HARRISON COUNTY | 30,211 | 30367 | 101% |
| IN | MARTIN COUNTY | 7,880 | 7877 | 100% |
| IN | BOONE COUNTY | 42,852 | 42711 | 100% |
| IN | DEARBORN COUNTY | 37,772 | 37490 | 99% |
| IN | HAMILTON COUNTY | 204,962 | 202290 | 99% |
| IN | RIPLEY COUNTY | 21,323 | 20976 | 98% |
| IN | HOWARD COUNTY | 63,794 | 62479 | 98% |
| IN | HANCOCK COUNTY | 53,129 | 52002 | 98% |
| IN | FLOYD COUNTY | 57,817 | 56463 | 98% |
| IN | STARKE COUNTY | 17,735 | 17315 | 98% |
| IN | SPENCER COUNTY | 16,065 | 15685 | 98% |
| IN | POSEY COUNTY | 19,711 | 19073 | 97% |
| IN | ALLEN COUNTY | 264,542 | 255023 | 96% |
| IN | PIKE COUNTY | 9,957 | 9428 | 95% |
| IN | WHITE COUNTY | 18,613 | 17561 | 94% |
| IN | DELAWARE COUNTY | 94,243 | 88841 | 94% |
| IN | MADISON COUNTY | 100,759 | 94969 | 94% |
| IN | PULASKI COUNTY | 10,040 | 9460 | 94% |
| IN | OHIO COUNTY | 4,821 | 4542 | 94% |
| IN | DUBOIS COUNTY | 31,637 | 29772 | 94% |
| IN | FAYETTE COUNTY | 18,358 | 17219 | 94% |
| IN | MARION COUNTY | 687,395 | 641301 | 93% |

| State | County | Value 1 | Value 2 | Percent |
|---|---|---:|---:|---:|
| IN | CLAY COUNTY | 20,584 | 19142 | 93% |
| IN | FOUNTAIN COUNTY | 13,096 | 12174 | 93% |
| IN | LAPORTE COUNTY | 86,327 | 80202 | 93% |
| IN | PARKE COUNTY | 13,399 | 12434 | 93% |
| IN | VERMILLION COUNTY | 12,351 | 11417 | 92% |
| IN | DEKALB COUNTY | 31,487 | 29089 | 92% |
| IN | LAKE COUNTY | 369,720 | 340520 | 92% |
| IN | RUSH COUNTY | 13,026 | 11990 | 92% |
| IN | HENDRICKS COUNTY | 110,719 | 101791 | 92% |
| IN | BLACKFORD COUNTY | 9,714 | 8927 | 92% |
| IN | GIBSON COUNTY | 25,562 | 23368 | 91% |
| IN | KNOX COUNTY | 30,040 | 27460 | 91% |
| IN | WASHINGTON COUNTY | 21,108 | 19290 | 91% |
| IN | MORGAN COUNTY | 52,433 | 47710 | 91% |
| IN | GRANT COUNTY | 54,632 | 49629 | 91% |
| IN | JOHNSON COUNTY | 106,248 | 96306 | 91% |
| IN | JACKSON COUNTY | 32,528 | 29424 | 90% |
| IN | PORTER COUNTY | 126,912 | 114627 | 90% |
| IN | CARROLL COUNTY | 15,312 | 13763 | 90% |
| IN | LAWRENCE COUNTY | 35,434 | 31816 | 90% |
| IN | SWITZERLAND COUNTY | 7,828 | 7020 | 90% |
| IN | WABASH COUNTY | 25,177 | 22557 | 90% |
| IN | BENTON COUNTY | 6,594 | 5903 | 90% |
| IN | OWEN COUNTY | 16,634 | 14835 | 89% |
| IN | VIGO COUNTY | 85,658 | 76269 | 89% |
| IN | HUNTINGTON COUNTY | 28,591 | 25257 | 88% |
| IN | RANDOLPH COUNTY | 19,645 | 17312 | 88% |
| IN | MONROE COUNTY | 118,315 | 104161 | 88% |
| IN | JEFFERSON COUNTY | 25,327 | 22186 | 88% |
| IN | JENNINGS COUNTY | 21,008 | 18365 | 87% |
| IN | JASPER COUNTY | 25,125 | 21953 | 87% |
| IN | WELLS COUNTY | 20,988 | 18301 | 87% |
| IN | BARTHOLOMEW COUNTY | 59,663 | 51940 | 87% |
| IN | ELKHART COUNTY | 143,526 | 124933 | 87% |
| IN | WHITLEY COUNTY | 25,373 | 22053 | 87% |
| IN | SULLIVAN COUNTY | 16,717 | 14489 | 87% |
| IN | FULTON COUNTY | 15,677 | 13538 | 86% |
| IN | WAYNE COUNTY | 52,695 | 45072 | 86% |
| IN | KOSCIUSKO COUNTY | 58,207 | 49349 | 85% |
| IN | MARSHALL COUNTY | 34,798 | 29441 | 85% |
| IN | PERRY COUNTY | 15,453 | 13074 | 85% |
| IN | NOBLE COUNTY | 35,068 | 29631 | 84% |
| IN | CLINTON COUNTY | 24,304 | 20403 | 84% |
| IN | DAVIESS COUNTY | 22,830 | 19045 | 83% |
| IN | MONTGOMERY COUNTY | 29,264 | 24239 | 83% |
| IN | GREENE COUNTY | 25,430 | 20878 | 82% |
| IN | SHELBY COUNTY | 33,887 | 27816 | 82% |

| | | | | |
|---|---|---|---|---|
| IN | MIAMI COUNTY | 28,386 | 22753 | 80% |
| IN | DECATUR COUNTY | 19,584 | 15670 | 80% |
| IN | HENRY COUNTY | 38,686 | 30706 | 79% |
| IN | PUTNAM COUNTY | 29,974 | 23707 | 79% |
| IN | JAY COUNTY | 15,768 | 12405 | 79% |
| IN | STEUBEN COUNTY | 26,753 | 21031 | 79% |
| IN | ADAMS COUNTY | 23,849 | 18712 | 78% |
| IN | CASS COUNTY | 28,820 | 22234 | 77% |
| IN | TIPPECANOE COUNTY | 141,123 | 106922 | 76% |
| IN | LAGRANGE COUNTY | 24,764 | 15765 | 64% |