

# STATE OF INDIANA

## Request for Quotation
## VLM-14-001

The Indiana Secretary of State

Solicitation For:
Voter List Maintenance

Response Due Date:  April 11, 2014

N. Davey Neal
Chief Deputy Secretary of State
Office of the Indiana Secretary of State
200 W. Washington Street, Room 201
Indianapolis, IN  46204

SECTION ONE
GENERAL INFORMATION AND REQUESTED PRODUCTS/SERVICES

1.1    INTRODUCTION

The State of Indiana desires to complete Voter List Maintenance Activities under the provisions of the National Voter Registration Act of 1993 ("NVRA") and applicable Indiana statutes (IC 3-7-38.2).  It is the intent of the Indiana Secretary of State ("SOS") and Indiana Election Division ("IED") to solicit responses to this Request for Quotation (RFQ) in accordance with the statement of work, proposal preparation section, and specifications contained in this document.

This RFQ is a Special Procurement for Professional Services (IC 5-22-6 and IC 5-22-10).  The RFQ will be published on the Indiana Secretary of State ("SOS") Indiana Election Division ("IED") website:  http://www.in.gov/sos/elections/4103.htm.  A nominal fee may be charged for providing hard copies.  Neither this RFQ nor any response (proposal) submitted hereto are to be construed as a legal offer.

1.2    DEFINITIONS AND ABBREVIATIONS

Following are explanations of terms and abbreviations appearing throughout this RFQ.  Other special terms may be used in the RFQ, but they are more localized and defined where they appear, rather than in the following list.

| | |
|---|---|
| IAC | Indiana Administrative Code |
| IC | Indiana Code |
| NVRA Official | The Co-Directors of the Indiana Election Division. |
| Products | Tangible goods or manufactured items as specified in this RFQ |
| Proposal | An offer as defined in IC 5-22-2-17 |
| Respondent | An offeror as defined in IC 5-22-2-18.  The State will not consider a proposal responsive if two or more offerors submit a joint or combined proposal.  One entity or individual must be clearly identified as the Respondent who will be ultimately responsible for performance of the contract |
| Services | Work to be performed as specified in this RFQ |
| State | The State of Indiana |

| | |
|---|---|
| State Agency | As defined in IC 4-13-1, "state agency" means an authority, board, branch, commission, committee, department, division, or other instrumentality of the executive, including the administrative, department of state government |
| Total Bid Amount | The amount that the respondent proposes on the Cost Proposal that represents their total, all-inclusive price. |
| Vendor | Any successful Respondent selected as a result of the procurement process to deliver the products or services requested by this RFQ. |
| VLM | Voter List Maintenance activities/process |

1.3   PURPOSE OF THE RFQ

The purpose of this RFQ is to select a vendor that can satisfy the State's need to complete Voter List Maintenance activities pursuant to the National Voter Registration Act of 1993 (NVRA) and applicable Indiana Statutes (IC 3-7-38.2).  The selected vendor will be responsible for the printing, preparation, and timely mailing of all post-cards under this process, as well as timely reporting of delivery and return results.

1.4   SUMMARY SCOPE OF WORK

The summarized services required for this project include the following: (a) a first mailing to all active registered voters in Indiana; (b) a follow-up second mailing to voter's whose first mailing was returned by the United States Postal Service (USPS) as undeliverable (as defined in IC 3-5-2-49.7), and (c) processing and reporting services to identify voters for specific action with respect to their registration status depending upon the response, or lack of response, to the second mailing.

Details of the Scope of Work are provided in the requirements that are listed within the Technical Proposal (Attachment D).

1.5   RFQ OUTLINE

The outline of this RFQ document is described below:

| Section | Description |
|---|---|
| Section 1 – General Information and Requested Products or Services | This section provides an overview of the RFQ, general timelines for the process, and a summary of the products/services being solicited by the State/Agency via this RFQ |
| Section 2 – Proposal Preparation Instruction | This section provides instructions on the format and content of the RFQ including a Letter of Transmittal, Business Proposal, Technical Proposal, and a Cost Proposal |
| Section 3 – Proposal Evaluation Criteria | This sections discusses the evaluation criteria to be used to evaluate respondents' proposals |
| Attachment A | Sample Contract |
| Attachment B | Business Proposal Template |
| Attachment C | Cost Proposal Template |
| Attachment D | Technical Proposal Template |
| Attachment E | Question and Answer Template |

1.6    QUESTION/INQUIRY PROCESS

All questions/inquiries regarding this RFQ must be submitted in writing by the deadline of **3:00 p.m. Eastern Time** on March 31, 2014.  Questions/Inquiries may be submitted in Attachment E, Q&A Template, via email to ndneal@sos.in.gov , Bking@iec.in.gov and Tdeckard@iec.in.gov and must be received by the time and date indicated above.  All correspondence and inquiries must be directed under separate cover to J. Bradley King and Trent Deckard, Co-Directors, Indiana Election Division.

Following the question/inquiry due date, Office of the SOS on behalf of the Indiana Election Division will compile a list of the questions/inquiries submitted by all Respondents.  The responses will be posted to the SOS IED website according to the RFQ timetable established in Section 1.21.  The question/inquiry and answer link will become active after responses to all questions have been compiled.  Only answers posted on the SOS IED website will be considered official and valid by the State.  No Respondent shall rely upon, take any action, or make any decision based upon any verbal communication with any State employee.

Inquiries are not to be directed to any staff member of the Indiana Secretary of State's office. Such action may disqualify Respondent from further consideration for a contract resulting from this RFQ.

If it becomes necessary to revise any part of this RFQ, or if additional information is necessary for a clearer interpretation of provisions of this RFQ prior to the due date for responses, an addendum will be posted on the SOS IED website. If such addenda issuance is necessary, the Indiana Election Division may extend the due date and time of responses to accommodate such additional information requirements, if required.

1.7    DUE DATE FOR RESPONSES

All proposals must be received at the address below by the SOS no later than **3:00 p.m. Eastern Time** on April 11th, 2014. Each Respondent must submit **two original hard-copies** (marked "Original") and **one original CD-ROM (marked "Original") and** 5 complete copies **on CD-ROM** of the proposal, including the Transmittal Letter and other related documentation as required in this RFQ. The **original** CD-ROM will be considered the official response in evaluating responses for scoring and protest resolution. **The respondent's proposal response on this CD may be posted on the SOS IED website, (**http://www.in.gov/sos/elections/4103.htm**) if recommended for selection.** Each copy of the proposal must follow the format indicated in Section Two of this document. Unnecessarily elaborate brochures or other presentations, beyond those necessary to present a complete and effective proposal, are not desired. All proposals must be addressed to:

> Indiana Secretary of State
> Attn: Deputy Secretary of State Davey Neal
> 200 West Washington Street, Room 201
> Indianapolis, IN 46204

**If you hand-deliver solicitation responses:**
To facilitate weapons restrictions at the Indiana Statehouse, as of July 21, 2008, the public must enter through a designated visitor entrance. The visitor entrance to Indiana Statehouse is the upper level east doors, from Capitol Avenue and Market Street.
This entrance will be equipped with metal detectors and screening devices monitored by Indiana State Police Capitol Police.

Passing through the public entrance may take some time. Please be sure to take this information into consideration if your company plans to submit a solicitation response in person.

**If you ship or mail solicitation responses:** United States Postal Express and Certified Mail are both delivered to the Government Center Central Mailroom, and not directly to SOS.  It is the responsibility of the Respondent to make sure that solicitation responses are received by the SOS reception desk on or before the designated time and date.  Late submissions will not be accepted.  The SOS clock is the official time for all solicitation submissions.

Regardless of delivery method, all proposal packages must be **sealed** and clearly marked with the RFQ number, due date, and time due.  SOS will not accept any unsealed bids.  Any proposal received by SOS after the due date and time will not be considered. Any late proposals will be returned, unopened, to the Respondent upon request. All rejected proposals not claimed within 30 days of the proposal due date will be destroyed.

No more than one proposal per Respondent may be submitted.

The State accepts no obligations for costs incurred by Respondents in anticipation of being awarded a contract.

**All proposals submitted to the State should be double-sided and printed on 30% post-consumer recycled content paper or tree-free paper.  When possible, soy ink should be used.**


1.8     PRE-RFQ CONFERENCE

It is the decision of the State that no pre-proposal conference is required for this RFQ.

1.9     MODIFICATION OR WITHDRAWAL OF OFFERS

Modifications to responses to this RFQ may only be made in the manner and format consistent with the submittal of the original response, acceptable to SOS and clearly identified as a modification.

The Respondent's authorized representative may withdraw the proposal, in person, prior to the due date.  Proper documentation and identification will be required before the SOS (on behalf of the Indiana Election Division) will release the withdrawn proposal. The authorized representative will be required to sign a receipt for the withdrawn proposal.

Modification to, or withdrawal of, a proposal received by SOS after the exact hour and date specified for receipt of proposals will not be considered.

1.10    PRICING

Pricing on this RFQ must be firm and remain open for a period of not less than 180 days from the proposal due date.  Any attempt to manipulate the format of the document, attach caveats to pricing, or submit pricing that deviates from the current format will put your proposal at risk.

Please refer to the Cost Proposal sub-section under Section 2 for a detailed discussion of the proposal pricing format and requirements.

1.11    RESPONSE CLARIFICATIONS AND DISCUSSIONS, AND CONTRACT DISCUSSIONS

The State reserves the right to request clarifications on responses submitted to the State.  The State also reserves the right to conduct response discussions, either oral or written, with Respondents.  These discussions could include request for additional information, request for cost or technical proposal revision, etc. Additionally, in conducting discussions, the State may use information derived from responses submitted by competing respondents only if the identity of the respondent providing the information is not disclosed to others.  The State will provide equivalent information to all respondents which have been chosen for discussions.  Discussions, along with negotiations with responsible respondents may be conducted for any appropriate purpose.

The SOS on behalf of IED will schedule all discussions.  Any information gathered through oral discussions must be confirmed in writing.

A sample Professional Services contract is provided in Attachment A, but is only a general template and is subject to change.  Any requested changes to the sample contract must be submitted with your response (See Section 2.3.5 for details).  The State reserves the right to reject any of these requested changes.  It is the State's expectation that any material elements of the contract will be substantially finalized prior to contract award.

1.12    BEST AND FINAL OFFER

The State may request best and final offers from those Respondents determined by the State to be reasonably viable for contract award.  However, the State reserves the right to award a contract on the basis of initial responses received. Therefore, each response should contain the Respondent's best terms from a price and technical standpoint.

Following evaluation of the best and final offers, the State may select for final contract negotiations/execution the offers that are most advantageous to the State, considering cost and the evaluation criteria in this RFQ.

1.13    REFERENCE SITE VISITS

The State may request a site visit to a Respondent's working support center to aid in the evaluation of the Respondent's response.  Site visits, if required will be discussed in the technical proposal.

1.14    TYPE AND TERM OF CONTRACT

The State intends to sign a contract with one or more Respondent(s) to fulfill the requirements in this RFQ.

The terms of the contract are time sensitive will be a function of the requirements and the 2014 Election Calendar found on the following website: http://www.in.gov/sos/elections/files/2014_Election_Calendar_Administrators_Edition_Revision_November_1.pdf

Respondents should be able to agree to the terms and conditions provided in the Sample Professional Services Contract provided in Attachment A.

1.15    CONFIDENTIAL INFORMATION

Respondents are advised that materials contained in proposals are subject to the Access to Public Records Act (APRA), IC 5-14-3 *et seq*., and, after the contract award, the entire RFQ file may be viewed and copied by any member of the public, including news agencies and competitors. Respondents claiming a statutory exception to the APRA must place all confidential documents (including the requisite number of copies) in a sealed envelope clearly marked "Confidential" and must indicate in the Transmittal Letter and on the outside of that envelope that confidential materials are included. Confidential Information must also be clearly marked in a separate folder/file on any included CD-ROM.  The Respondent must also specify which statutory exception of APRA that applies. The State reserves the right to make determinations of confidentiality. If the Respondent does not identify the statutory exception, SOS IED will not consider the submission confidential.  If the State does not agree that the information designated is confidential under one of the disclosure exceptions to APRA, it may seek the opinion of the Public Access Counselor.  Prices are not confidential information.

1.16    TAXES

Responses should not include any tax from which the State is exempt.

1.17    PROCUREMENT DIVISION REGISTRATION

There are no requirements regarding registration with the Department of Administration, Procurement Division.

1.18    SECRETARY OF STATE REGISTRATION

If awarded the contract, the Respondent will be required to register, and be in good standing, with the Secretary of State.  The registration requirement is applicable to all

limited liability partnerships, limited partnerships, corporations, S-corporations, nonprofit corporations and limited liability companies.  Information concerning registration with the Secretary of State may be obtained by contacting:

Secretary of State of Indiana
Corporation Division
402 West Washington Street, E018
Indianapolis, IN 46204
(317) 232-6576
www.in.gov/sos

1.19    COMPLIANCE CERTIFICATION

Responses to this RFQ serve as a representation that it has no current or outstanding criminal, civil, or enforcement actions initiated by the State, and it agrees that it will immediately notify the State of any such actions. The Respondent also certifies that neither it nor its principals are presently in arrears in payment of its taxes, permit fees or other statutory, regulatory or judicially required payments to the State.  The Respondent agrees that the State may confirm, at any time, that no such liabilities exist, and, if such liabilities are discovered, that State may bar the Respondent from contracting with the State, cancel existing contracts, withhold payments to setoff such obligations, and withhold further payments or purchases until the entity is current in its payments on its liability to the State and has submitted proof of such payment to the State.

1.20    AMERICANS WITH DISABILITIES ACT

The Respondent specifically agrees to comply with the provisions of the Americans with Disabilities Act of 1990 (42 U.S.C. 12101 *et seq*. and 47 U.S.C. 225).

1.21    SUMMARY OF MILESTONES

The following timeline is only an illustration of the RFQ process.  The dates associated with each step are not to be considered binding.  Due to the unpredictable nature of the evaluation period, these dates are commonly subject to change.  At the conclusion of the evaluation process, all Respondents will be informed of the evaluation team's findings.

***Key RFQ Dates***

| Activity | Date |
| --- | --- |
| Issue of RFQ | March 24th, 2014 |

| Pre-Proposal Conference | N/A |
|---|---|
| Deadline to Submit Written Questions | March 31st, 2014 |
| Response to Written Questions/RFQ Amendments | April 4th, 2014 |
| Submission of Proposals | April 11th, 2014 |
| *The dates for the following activities are target dates only.  These activities may be completed earlier or later than the date shown.* ||
| As-needed vendor meetings (if necessary) – to be scheduled by SOS | April 15th, 2014 – April 17th, 2014 |
| Best and Final Offers (if necessary) | TBD |
| RFQ Award Recommendation | April 21st, 2014 |
| Contract Developed and Executed | May 2nd, 2014 |

# SECTION TWO
# RESPONSE PREPARATION INSTRUCTIONS

2.1    GENERAL

To facilitate the timely evaluation of responses, a standard format for response submission has been developed and is described in this section. All Respondents are required to format their responses in a manner consistent with the guidelines described below:

- Each item must be addressed in the Respondent's proposal.
- The Transmittal Letter must be in the form of a letter. The business and technical proposals must be organized under the specific section titles as listed below.
- The electronic copies of the proposal submitted via CD-ROM should be organized to mirror the sections below and the attachments.
- Each item, i.e. Transmittal Letter, Business Proposal, Technical Proposal, Cost Proposal, etc, must be separate stand-alone electronic files on the CD-ROM. Please do not submit your proposal as one large file.
- Whenever possible, please submit all attachments in their original format.
- Confidential Information must also be clearly marked in a separate folder/file on any included CD-ROM.

2.2    TRANSMITTAL LETTER

The Transmittal Letter must address the following topics except those specifically identified as "optional."

   2.2.1   Agreement with Requirement in listed in Section 1

   The Respondent must explicitly acknowledge understanding of the general information presented in Section 1 and agreement with any requirements/conditions listed in Section 1.

   2.2.2   Summary of Ability and Desire to Supply the Required Products or Services

   The Transmittal Letter must briefly summarize the Respondent's ability to supply the requested products and/or services that meet the requirements defined in Section 2.4 of this RFQ. The letter must also contain a statement indicating the Respondent's willingness to provide the requested products and/or services subject to the terms and conditions set forth in the RFQ including, but not limited to, the State's Professional Services contract clauses.

   2.2.3   Signature of Authorized Representative

A person authorized to commit the Respondent to its representations and who can certify that the information offered in the response meets all general conditions including the information requested in Section 2.3.4, must sign the Transmittal Letter. **In the Transmittal Letter, please indicate the principal contact for the response along with an address, telephone and fax number as well as an e-mail address, if that contact is different than the individual authorized for signature.**

2.2.4   Respondent Notification

Unless otherwise indicated in the Transmittal Letter, Respondents will be notified via e-mail.

It is the Respondent's obligation to notify SOS of any changes in any address that may have occurred since the origination of this solicitation. The SOS will not be held responsible for incorrect vendor/contractor addresses.

2.2.5   Other Information

This item is optional. Any other information the Respondent may wish to briefly summarize will be acceptable.

2.3   BUSINESS PROPOSAL

The Business Proposal must address the following topics except those specifically identified as "optional." **The Business Proposal Template is Attachment B.**

2.3.1   General (optional)

This section of the business proposal may be used to introduce or summarize any information the Respondent deems relevant or important to the State's successful acquisition of the products and/or services requested in this RFQ.

2.3.2   Respondent's Company Structure

The legal form of the Respondent's business organization, the state in which formed (accompanied by a certificate of authority), the types of business ventures in which the organization is involved, and a chart of the organization are to be included in this section. If the organization includes more than one product division, the division responsible for the development and marketing of the requested products and/or services in

the United States must be described in more detail than other components of the organization.

2.3.3   Company Financial Information (optional)

This section must include the Respondent's financial statement, including an income statement and balance sheet, for each of the two most recently completed fiscal years. The financial statements must demonstrate the Respondent's financial stability.  If the financial statements being provided by the Respondent are those of a parent or holding company, additional financial information should be provided for the entity/organization directly responding to this RFQ.

2.3.4   Integrity of Company Structure and Financial Reporting (optional)

This section must include a statement indicating that the CEO and/or CFO has taken personal responsibility for the thoroughness and correctness of any/all financial information supplied with this proposal.  The particular areas of interest to the State in considering corporate responsibility include the following items: separation of audit functions from corporate boards and board members, if any, the manner in which the organization assures board integrity, and the separation of audit functions and consulting services.  The State will consider the information offered in this section to determine the responsibility of the Respondent under IC 5-22-16-1(d).

The Sarbanes Oxley Act of 2002, H.R. 3763, is NOT directly applicable to this procurement; however, its goals and objectives may be used as a guide in the determination of corporate responsibility for financial reports.

2.3.5   Contract Terms/Clauses

A sample Professional Services contract that the state expects to execute with the successful Respondent(s) is provided in Attachment A.  This contract contains both mandatory and non-mandatory clauses.  It is the State's expectation that the final contract will be substantially similar to the sample contract provided in Attachment A.

In your Transmittal Letter please indicate acceptance of the State's Professional Services Contract with any proposed changes to the contract.

Any or all portions of this RFQ and any or all portions of the Respondent's response may be incorporated as part of the final contract

2.3.6   References

The Respondent must include a list of at least 3 clients for whom the Respondent has provided products and/or services that are the same or similar to those products and/or services requested in this RFQ. Information provided should include the name, address, and telephone number of the client facility and the name, title, and phone/fax numbers of a person who may be contacted for further information.

2.3.7   Registration to do Business

<u>Secretary of State</u>
If awarded the contract, the Respondent will be required to be registered, and be in good standing, with the Secretary of State. The registration requirement is applicable to all limited liability partnerships, limited partnerships, corporations, S-corporations, nonprofit corporations and limited liability companies. The Respondent must indicate the status of registration, if applicable, in this section of the proposal.

2.3.8   Authorizing Document

Respondent personnel signing the Transmittal Letter of the proposal must be legally authorized by the organization to commit the organization contractually. This section shall contain proof of such authority. A copy of corporate bylaws or a corporate resolution adopted by the board of directors indicating this authority will fulfill this requirement.

2.3.9   Subcontractors

The Respondent is responsible for the performance of any obligations that may result from this RFQ, and shall not be relieved by the non-performance of any subcontractor. Any Respondent's proposal must identify all subcontractors and describe the contractual relationship between the Respondent and each subcontractor. Either a copy of the executed subcontract or a letter of agreement over the official signature of the firms involved must accompany each proposal.

Any subcontracts entered into by the Respondent must be in compliance with all State statutes, and will be subject to the provisions thereof. For

each portion of the proposed products or services to be provided by a subcontractor, the technical proposal must include the identification of the functions to be provided by the subcontractor and the subcontractor's related qualifications and experience.

The combined qualifications and experience of the Respondent and any or all subcontractors will be considered in the State's evaluation. The Respondent must furnish information to the State as to the amount of the subcontract, the qualifications of the subcontractor for guaranteeing performance, and any other data that may be required by the State. All subcontracts held by the Respondent must be made available upon request for inspection and examination by appropriate State officials, and such relationships must meet with the approval of the State.

The Respondent must list any subcontractor's name, address and the state in which formed that are proposed to be used in providing the required products or services. The subcontractor's responsibilities under the proposal, anticipated dollar amount for subcontract, the subcontractor's form of organization, and an indication from the subcontractor of a willingness to carry out these responsibilities are to be included for each subcontractor. This assurance in no way relieves the Respondent of any responsibilities in responding to this RFQ or in completing the commitments documented in the proposal. The Respondent must indicate which, if any, subcontractors qualify as a Minority or Women Owned Business under IC 4-13-16.5-1.

2.3.10  General Information

Each Respondent must enter your company's general information including contact information.

2.3.11  Experience Serving State Governments

Each Respondent is asked to please provide a brief description of your company's experience in serving state governments and/or quasi-governmental accounts.

2.3.12  Experience Serving Similar Clients

Each Respondent is asked to please describe your company's experience in serving clients of a similar size to the State that also had a similar scope.  Please provide specific clients and detailed examples.

2.4 TECHNICAL PROPOSAL

The Technical Proposal must be divided into the sections as described below.  Every point made in each section must be addressed in the order given. The same outline numbers must be used in the response. RFQ language should not be repeated within the response. Where appropriate, supporting documentation may be referenced by a page and paragraph number. However, when this is done, the body of the technical proposal must contain a meaningful summary of the referenced material. The referenced document must be included as an appendix to the technical proposal with referenced sections clearly marked. If there are multiple references or multiple documents, these must be listed and organized for ease of use by the State. **The Technical Proposal Template is Attachment D.**

- 2.4.1 **Executive Summary:** Respondent proposals shall include an executive summary within Attachment D explaining why the respondent is the best vendor for VLM services, how the services will be completed, and critical success factors to complete this initiative to meet Indiana's requirements.
- 2.4.2 **Technical Proposal Requirements:**   Included in Attachment D are questions about the ability of the respondent and other requirements related to the services and activities considered necessary to support VLM.  The respondent must answer each of the questions in Attachment E.
- 2.4.3 **Work Plan and Timeline**: Respondent proposals shall include a work plan and a high-level timeline that includes the milestone dates for major activities within the proposed work plan.

**2.5 COST PROPOSAL**

**The Cost Proposal Template is Attachment C.**
Please provide a <u>total cost</u> for all services requested in section 1.4. Costs should be all inclusive.

The Cost Proposal must be submitted in the original format.  Any attempt to manipulate the format of the Cost Proposal document, attach caveats to pricing, or submit pricing that deviates from the current format will put your proposal at risk.

## SECTION THREE
### *PROPOSAL EVALUATION*

3.1   RESPONSE EVALUATION PROCEDURE

The State has selected a group of personnel to act as a response evaluation team. Subgroups of this team, consisting of one or more team members, will be responsible for evaluating responses with regard to compliance with RFQ requirements. All evaluation personnel will use the evaluation criteria stated in Section 3.2.  The Secretary of State and the Indiana Election Division or their designee will, in the exercise of their sole discretion, determine which responses offer the best means of servicing the interests of the State. The exercise of this discretion will be final.

The procedure for evaluating the responses against the evaluation criteria will be as follows:

> 3.1.1   Each response will be evaluated for adherence to requirements on a pass/fail basis. Responses that are incomplete or otherwise do not conform to response submission requirements may be eliminated from consideration.
>
> 3.1.2   Each response will be evaluated on the basis of the categories included in Section 3.2.
>
> 3.1.3   If technical and business proposals are close to equal, greater weight may be given to price.
>
> 3.1.4   Based on the results of this evaluation, the qualifying proposal determined to be the most advantageous to the State, taking into account all of the evaluation factors, may be selected by IED for further action, such as contract negotiations. If, however, IED decides that no proposal is sufficiently advantageous to the State, the State may take whatever further action is deemed necessary to fulfill its needs. If, for any reason, a proposal is selected and it is not possible to consummate a contract with the Respondent, IED may begin contract preparation with the next qualified Respondent or determine that no such alternate proposal exists.

3.2   EVALUATION CRITERIA

Responses will be evaluated based upon the proven ability of the Respondent to satisfy the requirements of the RFQ in a cost-effective manner.  Each of the evaluation criteria categories is described below with a brief explanation of the basis for evaluation in that category.   If any one or more of the listed criteria on which the responses to this RFQ

will be evaluated are found to be inconsistent or incompatible with applicable federal laws, regulations or policies, the specific criterion or criteria will be disregarded and the responses will be evaluated and scored without taking into account such criterion or criteria.

*Summary of Evaluation Criteria:*

| Criteria | Basis for Evaluation |
|---|---|
| 1. Adherence to Mandatory Requirements | Determination of whether the respondent completely responded to the RFQ |
| 2. Technical Proposal | Ability of the respondent to meet the requirements and provide sufficient detail as specified in the Technical Proposal. |
| 3. Business Proposal | Ability of the respondent to provide sufficient information as requested in the Business Proposal, and analysis of that information for potential impact on the VLM services. |
| 4. Cost (Cost Proposal) | Determination of cost the State of Indiana considering all inputs and cost assumptions |

All responses will be evaluated using the following approach.

Step 1

    3.2.1   In this step responses will be evaluated only against Criteria 1 to ensure that they adhere to Mandatory Requirements. Any responses not meeting the Mandatory Requirements will be disqualified.

Step 2

The Evaluation Team will review the RFQ responses and will score the response based upon the following:

    3.2.2   Technical and Business Proposal – Scored by Evaluation Team

    3.2.3   Cost - Cost scores will be normalized to one another, based on the lowest cost proposal evaluated. The lowest cost proposal receives the total amount of points allotted. The normalization formula is as follows:

*Respondent's Cost Score = (Lowest Cost Proposal / Total Cost of Proposal) X Max Points*

The IED or their designees will, in the exercise of their sole discretion, determine which proposal(s) offer the best means of servicing the interests of the State. The exercise of this discretion will be final.