# Barnes, Leslie

| | |
|---|---|
| **From:** | Linda S. Moeller [lsmoeller@floydcounty.in.gov] |
| **Sent:** | Friday, February 22, 2013 8:44 AM |
| **To:** | Deckard, Trent; Barnes, Leslie |
| **Subject:** | list maintenance |
| **Attachments:** | Office of Floyd County Clerk.vcf |

Morning,

Is the election division going to send out a reminder on voter list maintenance?  We checked back and the last letter we got was 2/13/2009.  All of our poll books are done and I thought it would be a good clean up before we do our vote center mailing.  I would wait though if you all are sending something out in case there are any changes.  Thanks.

Linda



Office of Floyd County Clerk

(812) 948-5415 Work
lsmoeller@floydcounty.in.gov
311 Hauss Square
Room 235
New Albany, IN 47150
www.floydcounty.in.gov