# Statewide Voter Registration System (SVRS) Project
# 01/22/13 Core Team Status Agenda
# 1-866-910-4857  360404 #

## A. Ongoing Project Initiatives

| # | Project Initiative | Discussion Required? | Status Updates |
|---|---|---|---|
| 1 | Enhancement Management And SVRS Application Bugs | Yes | • **2012 Post-Election Survey Administration:**<br>  ▪ **2012 EAC Survey:**<br>    – Timeline:<br>      ▪ The Election Administration and Voting Survey is initially due to ICF on February 1, 2013<br>        • ICF will then take two weeks to review submitted data for potential errors<br>        • After two weeks, ICF will return data to allow for additional revisions<br>      ▪ The final deadline to submit and certify survey results is **March 1, 2013**<br>        • After March 1, 2013, ICF will no longer accept submissions<br>      ▪ Duration: 3 to 4 weeks of effort<br>    – Baker Tilly estimates that **30-60 RSE Hours** will need to be approved by the Core Team for Quest's development, execution, and testing of custom queries<br>      ▪ As of January 1, 2013, the State has **24.72 RSE Hours** remaining<br>    – The creation, Core Team review and approval, and Statewide distribution of surveys will be required to gather all necessary information<br>      ▪ After surveys are drafted, Baker Tilly will send to Core Team for final review and approval<br><br>  ▪ **2012 FVAP Post-Election Quantitative Survey:**<br>    – Timeline:<br>      ▪ Duration: 2 to 4 weeks of effort<br>    – Baker Tilly estimates that **30-80 RSE Hours** will need to be approved by the Core Team for Quest's development, execution, and testing of custom queries<br>      ▪ As of January 1, 2013, the State has **24.72 RSE Hours** remaining<br>    – The creation, Core Team review and approval, and Statewide distribution of surveys will be required to gather all necessary information<br>      ▪ After surveys are drafted, Baker Tilly will send to Core Team for final review and approval<br><br>• **Voter Cancellation Requiring Both Co-Directors in Counties with a Board of Voter Registration:**<br>    – This potential enhancement was proposed by La Porte County after incorrectly cancelling over 13,000 voter records before the November 2012 General Election<br>    – This enhancement (RSE 775 on the RSE Portal) would require both board of voter registration co-directors to cancel a voter<br>    – **Topics for Core Team Discussion**<br>      - What happens when Co-Board of Voter Registration members disagree on a voter's status?<br>      - What happens when one Co-Board of Voter Registration is unavailable for long periods of |

| # | Area | Update | Details |
|---|---|---|---|
| | | | time?<br>- Whether or not final workflow design complies with applicable State statutes?<br>- What voter information to include in a proposed "Cancellation Hopper" where a Co-Board of Voter Registration could make an informed decision?<br>– County Advisory Team feedback will also be required to determine the following:<br>- How much longer voter cancellations would take in counties with a Board of Voter Registration<br>- Whether or not this would interfere with other Voter Registration/ Election duties in periods of high registration volume<br>- General feedback on any proposed workflows |
| 2 | Issue Management | Yes | • **Howard County SVRS User Access Rights:**<br>– Follow-up Core Team discussion on Howard County Voter Registration Board Member SVRS access |
| 3 | Data Governance | No | • No Update |
| 4 | County Outreach / Reprecincting and Redistricting | No | • No Update |
| 5 | Standard Operating Procedures | No | **Current SOP Status:**<br>Core Team Input Needed: 9<br>Updates Required: 31<br>No Updates Required: 22<br>**Total SOP's** **62** (*6 of 62 in Proposed stage*)<br><br>• **Updated SOP's Currently Under Review:**<br>– VRG 3.1- Processing Deaths in SVRS<br>– VRG 50.1- Processing First Time Voters in SVRS<br>– VRG 53.2- Handling VR Updates from Poll Book Without a VRG 4-12 Form in SVRS |
| 6 | Proficiency Management and Training | No | • No Update |

| # | Topic | | |
|---|---|---|---|
| 7 | System Administration Efforts | Yes | - **2013 Special Elections:**<br>  - As a reminder, counties holding 2013 Special Elections will have ALL precincts experience standard, SVRS lock-down procedures<br>  - Quest would like to know Special Election dates as soon as possible<br>  - As a reminder, counties asking Public Questions will not be able to add a question at a precinct split level<br>    - This topic was discussed in November 2012 and was presented to be considered for selection and implementation in the March 2013 Build<br><br>- Terramark has recently reached out to Quest, asking when would be a good time to perform scheduled maintenance on their servers<br>  - Quest recommends scheduling the maintenance around 2013 Special Election blackout periods if possible |
| 8 | Upcoming Meetings | No | - No Update |
| 9 | Collaboration with Direct Impact Agencies (DOH, BMV, DOC) | Yes | - **Duplicate Registrations in BMV Hopper:**<br>  – Marion County has recently discovered a number of "duplicate" registrations in their BMV Hopper<br>  – The issue is a result of a voided Drivers License transaction, and then either a re-run of the same Drivers License transaction; or, the individual then processes an additional, follow-up Voter Registration transaction<br>    - When a Drivers License transaction is voided, the original Voter Registration is not voided<br>    - Then, when the BMV runs a second DL transaction or follow-up VR transaction, another Voter Registration is processed (leading to the duplicates in the Hopper)<br>    - The BMV states that this has always been the case with the BMV registration process<br>  – **Topics for Core Team Discussion:**<br>    - How should Marion County process these registrations?<br>      - Whether or not Marion County should discard these as duplicate registrations?<br>    - Potential BMV workflow changes?<br><br>- **BMV Applications Missing Electronic Signature:**<br>  – For the past month, several counties have reached out to the State, Quest, and Baker Tilly regarding voter registration applications from the BMV that are hand signed (rather than including an electronic signature)<br>  – Counties are wondering if they now need to scan and capture the images from the BMV<br>  – Baker Tilly has been working with the BMV to determine whether or not there has been a procedural change in the way the BMV stores signatures for voter registration applications<br>  – **Update:** Baker Tilly recently provided the BMV with example individuals to further investigate the potential issue<br>    - Baker Tilly will update all parties when we receive further information from the BMV |

| B. Project Issues & Topics On Hold (Old Business) | |
|---|---|
| Marion County Concern with Provisional Ballot Information | <ul><li>VK waiting for Core Team guidance on this issue.</li><li>Marion County contacted IED indicating their concern with current SVRS reports, because provisional ballot information is displayed on some existing SVRS reports. Marion County believes the information displayed contradicts previous guidance from the Public Access Counselor.</li><li>The following reports contain provisional ballot information:</li></ul><ul><li>Indiana ABS Comprehensive Tracking Report (Internal)</li><li>ABS Ballot Comprehensive Tracking Extract (Internal)</li><li>Data Extract State Forensic Reporting (Internal and State User Only)</li><li>Provisional Ballots Processed (Internal)</li><li>Vote Input Reconciliation Report (Internal)</li></ul><ul><li>Quest reviewed the list of reports and believes there may be additional reports and extracts containing individual provisional ballot information. They have quoted the State a cost of 12-15 hours to research the various extracts and reports that might have provisional information on them and then an additional 2-3 hours per report that requires updating.</li><li>Quest believes these changes can be made in a hotfix if the following is true:</li></ul><ul><li>There are no report parameter screens that allow a user to select the option of provisional ballot information and</li><li>The State/VK will be responsible for testing the updated reports after the updates are made</li></ul> |
| Indiana Use of SSA HAVV Program | <ul><li>VK waiting for Core Team guidance on this issue</li><li>Status of State's response to SSA re: usage of SSA HAVV interface</li><li>VK understands that State has all the information it needs for now</li></ul> |
| Master Death File from SSA | <ul><li>In September 2008, the SSA contacted IED with an offer to sell the SSA Master Death File for $1552.50</li><li>Quest went through this exercise with VA and has the following results:</li></ul><ul><li>Virginia loaded 10 years worth of data from the master death file when they went live, about 2 years ago. Since then they've updated their death file data monthly.</li><li>Of approximately 21,900,000 million records loaded into the master death tables for Virginia, approximately 46,400 records have marked as possible matches to voter records. (<.02%)</li><li>Current VA death information requires about 50GB of disk space. If IN would like to use this file, Quest would likely need to purchase additional disk space to accommodate these files, depending on the number of years purchased.</li></ul> |

## C.  System Administration Tracking and Reporting Dashboard

*Weekly Reports for November and December, 2012, 1-4-13, 1-11-13 and 1-18-13 were sent.*

## D. Quest Proficiency Management and Project Support Services Tracking Dashboard

| Date: | 01/22/13 |
|---|---|

| Reporting Period: | 12/31/12- 01/11/13 |
|---|---|

| Period Summary: |
|---|
| During the last period, Quest was on a planned holiday vacation, and responded to various calls and emails from Baker Tilly, the State, and counties. |

| Reporting History - Cumulative Hours Reported | | | |
|---|---|---|---|
| Reporting Period | Hours Reported | Anticipated Hours | Cumulative Hours/Period |
| 12/31/12- 01/04/13 | 24.00 | 32.50 | 24.00 |
| 01/07/13- 01/11/13 | 40.00 | 32.50 | 64.00 |

| Activities Completed During Period: 12/31/12- 1/11/13 | | | | | | |
|---|---|---|---|---|---|---|
| **Action Item ID** | **Action Item (*and Notes*)** | **Total Hours This Period** | **Status (Targeted Completion Date)** | **Priority** | **Status** | **Assessment (R,Y,G)** |
| **Ongoing Status Reporting to the State** | | **0.50** | Ongoing | | | |
| **Proficiency Management Services** | | | Ongoing | | | |
| ? | *Analysis, Enhancements*<br><br>*- Answered various calls/emails from Baker Tilly, State, and counties* | *63.50* | | | Ongoing | 🟩 |

**E. Standard Operating Procedures (SOPS) –** *Not included in this report, SOP's being updated as a result of previous approval*

| F. Enhancement Hour Usage/Tracking: | | | | |
|---|---|---|---|---|
| **Total Usage Tracking** | **Available** | **Used** | **Remaining** | **Notes** |
| September 2012 | 73.47 | 26.75 | 46.72 | • Miscellaneous: 25.75<br>• August 2012 Build: 1.00 |
| October 2012 | 46.72 | 16.00 | 30.72 | • Miscellaneous: 16.00 |
| November 2012 | 30.72 | 1.25 | 29.47 | • Miscellaneous: 1.25 |
| December 2012 | 29.47 | 4.75 | 24.72 | • Miscellaneous: 4.75 |

| Total Hours By Project Deliverable Task: 12/01/2012- 12/31/2012 | |
|---|---|
| **Miscellaneous:** | |
| • 36142 - Auto-Cancel Business Rules Update | 2.00 |
| • 36444 - TL | 2.50 |
| • RSE Estimates | 0.25 |
| **December Total:** | **4.75** |

## G. Monthly Summary Statistics

| | | Jan-12 | Feb-12 | Mar-12 | Apr-12 | May-12 | Jun-12 | Jul-12 | Aug-12 | Sep-12 | 12-Oct | 12-Nov | 12-Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Registrations | New | 10,703 | 13,267 | 25,612 | 12,144 | 7,753 | 19,963 | 18,954 | 20,815 | 30,747 | 51,116 | 359 | 12,100 |
| | Inactive/Cancelled | 16,173 | 19,186 | 23,300 | 16,801 | 7,086 | 24,291 | 22,868 | 28,700 | 23,586 | 41,954 | 5,001 | 16,642 |
| | Updated | 21,008 | 25,557 | 45,679 | 18,776 | 18,835 | 45,548 | 38,808 | 43,266 | 59,992 | 87,446 | 3,361 | 46,248 |
| | Auto Precinct Assignment Rate | 99% | 99% | 99% | 100% | 99 | 99% | 99% | 99% | 99% | 99% | 99% | 99% |
| BMV Registrations | Received | 28,097 | 32,027 | 34,794 | 28,372 | 33,063 | 35,468 | 28,053 | 44,300 | 42,006 | 36,602 | 26,745 | 23,300 |
| | Matches Approved | 17,942 | 22,456 | 36,268 | 10,991 | 13,293 | 37,056 | 31,349 | 33,046 | 28,125 | 24,860 | 276 | 19,873 |
| OVR Registrations | Received | 3,308 | 3,276 | 4,778 | 7,897 | 3,881 | 2,023 | 3,003 | 8,089 | 29,714 | 68,784 | 11,911 | 413 |
| | Matches Approved | 1,251 | 1,314 | 3,253 | 3,329 | 1,654 | 2,854 | 1,921 | 4,442 | 15,841 | 38,141 | 155 | 7,988 |
| DOH Processing | Received | 3,527 | 3,232 | 3,794 | 3,214 | 3,596 | 3,287 | 3,285 | 3,587 | 3,094 | 3,477 | 3,561 | 3,324 |
| | Matches Approved | 5,633 | 3,479 | 4,730 | 3,465 | 3,591 | 5,264 | 3,310 | 3,778 | 3,328 | 3,611 | 3,519 | 4,942 |
| DOC Processing | Received | 2,639 | 1,630 | 1,831 | 1,375 | 1,800 | 1,796 | 1,367 | 1,693 | 1,632 | 1,798 | 1,238 | 1,448 |
| | Matches Approved | 1,230 | 577 | 662 | 557 | 648 | 1,010 | 543 | 636 | 603 | 667 | 439 | 655 |
| Absentees | Applcations Created | 1,152 | 2,767 | 9,945 | 73,461 | 37,209 | 939 | 1,734 | 10,035 | 50,679 | 406,622 | 130,488 | 4,175 |
| | Ballots Created | 183 | 1,097 | 7,202 | 69,590 | 36,478 | 401 | 810 | 3,713 | 42,060 | 400,446 | 130,524 | 4,171 |
| Public Site | Page Hits | 73,858 | 75,655 | 93,177 | 203,611 | 340,353 | 50,138 | 65,541 | 186,945 | 595,256 | 1,932,100 | 1,832,242 | 15,037 |
| IN SVRS | Page Hits | 1,448,765 | 1,354,091 | 1,446,625 | 1,948,356 | 1,200,794 | 1,164,898 | 1,264,025 | 1,557,699 | 2,026,526 | 4,934,113 | 1,425,087 | 974,898 |
| | Number of Searches | 275,816 | 294,500 | 307,782 | 450,806 | 290,241 | 239,167 | 282,580 | 350,682 | 437,460 | 1,045,939 | 450,384 | 194,141 |
| Reports | Reports Generated | 57,038 | 68,561 | 79,275 | 167,194 | 94,358 | 49,552 | 43,023 | 60,748 | 126,489 | 800,613 | 260,038 | 26,873 |



IN SVRS Reports Generated



IN SVRS New Registrations

### H. BMV Interface Statistics

| Date | FIRSTTUESDAY DLN SID Successful Attempts | FIRSTTUESDAY DLN SID Failed Attempts | FIRSTTUESDAY SSN Successful Attempts | FIRSTTUESDAY SSN Failed Attempts | OVR DLN SID Successful Attempts | OVR DLN SID Failed Attempts |
|---|---|---|---|---|---|---|
| 7/16/2012- 7/31/2012 | 35005 | 19 | 14357 | 69 | 2615 | 3 |
| 8/1/2012- 8/15/2012 | 32217 | 20 | 13118 | 57 | 4685 | 10 |
| 8/16/2012- 8/31/2012 | 38832 | 42 | 15200 | 134 | 8325 | 16 |
| 9/1/2012- 9/15/2012 | 38342 | 5 | 16825 | 47 | 18145 | 7 |
| 9/16/2012- 9/30/2012 | 54144 | 16 | 26383 | 116 | 28358 | 74 |
| 10/1/2012- 10/15/2012 | 117901 | 152 | 53809 | 353 | 94998 | 489 |
| 10/16/2012- 10/31/2012 | 20955 | 15 | 13691 | 63 | 15679 | 27 |
| 11/1/2012- 11/15/2012 | 3242 | 2 | 2067 | 9 | 22604 | 57 |
| 11/16/2012- 11/30/2012 | 6301 | 7 | 3606 | 54 | 270 | 1 |
| 12/01/2012- 12/15/2012 | 45142 | 24 | 17400 | 72 | 273 | 0 |
| 12/16/2012- 12/31/2012 | 21207 | 6 | 8384 | 14 | 265 | 1 |
| 01/01/2013- 01/15/2013 | 44973 | 43 | 18994 | 64 | 456 | 0 |









