**From:** King, Brad
**Sent:** Tuesday, April 12, 2011 3:56 PM
**To:** 'carol.shallenberger'
**Cc:** 'Brandon Stroschein'; Bart Hettenbach
**Subject:** RE: DOH Hopper another question

Carol - So far as I know. I will ask Baker Tilly to double check with DOH.

Brad King
Co-Director
Indiana Election Division
(317) 232-3939
(800) 622-4941
bking@iec.in.gov

If a person is unclear concerning election law provisions, the Election Division can be used as an interpretive resource. However, where your legal rights are concerned, you must consult with your own attorney to be fully and properly advised.

---

**From:** carol.shallenberger [mailto:carol.shallenberger@co.howard.in.us]
**Sent:** Tuesday, April 12, 2011 3:36 PM
**To:** King, Brad
**Subject:** DOH Hopper another question

You're most certainly welcome. The "boatload" received in our DOH hopper that I handled (which were M-Z alphabet) were **from 2008 and 2010 only.** Does that mean that I received all the deceased in 2009 that I am supposed to?

-----Original Message-----
From: "King, Brad" <bking@iec.IN.gov>
To: "'carol.shallenberger'" <carol.shallenberger@co.howard.in.us>
Cc: "'Brandon Stroschein'" <Brandon.Stroschein@bakertilly.com>, "Bart Hettenbach"
<Bart.Hettenbach@bakertilly.com>
Date: 04/12/11 14:43
Subject: RE: DOH Hopper

Thanks, Carol. I will pass on this info about DOH matches.

Brad King
Co-Director
Indiana Election Division
(317) 232-3939
(800) 622-4941
bking@iec.in.gov

If a person is unclear concerning election law provisions, the Election Division can be used as an interpretive resource. However, where your legal rights are concerned, you must consult with your own attorney to be fully and properly advised.