**From:** King, Brad [mailto:bking@iec.IN.gov]
**Sent:** Thursday, July 14, 2011 10:00 AM
**To:** Brandon Stroschein
**Cc:** Bart Hetlenbach; 'Bev Ringwald'
**Subject:** FW: Deceased Voters

Brandon - Please see Bev's email below and the attached. I'd appreciate it if BT would work with the State Board of Health to review the specific records to see if there is some explanation for the records not appearing in Jefferson County's hopper. Thanks.

Brad King
Co-Director
Indiana Election Division
(317) 232-3939
(800) 622-4941
bking@iec.in.gov

If a person is unclear concerning election law provisions, the Election Division can be used as an interpretive resource. However, where your legal rights are concerned, you must consult with your own attorney to be fully and properly advised.

---

**From:** Bev Ringwald [mailto:bev.ringwald@jeffersoncounty.in.gov]
**Sent:** Thursday, July 14, 2011 7:55 AM
**To:** King, Brad
**Subject:** Deceased Voters

Good morning,

Hope you are staying cool in this horrible heat wave.

I have attached a file of deceased voters that were listed on our Jefferson County Health Department list as having passed away. As yet I have not received anything from that State Department of Health so I can removed them.

Just keeping you up to date on our issue with deceased voters.

Have a great day and stay cool.

Bev Ringwald
Jefferson County Voter Registration

Pursuant to the rules of professional conduct set forth in Circular 230, as promulgated by the United States Department of the Treasury, nothing contained in this communication was intended or written to be used by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer by the Internal Revenue Service, and it cannot be used by any taxpayer for such purpose. No one, without our express prior written permission, may use or refer to any tax advice in this communication in promoting, marketing, or recommending a partnership or other entity, investment plan or arrangement to any other party. Baker Tilly Virchow Krause, LLP Confidentiality Notice: This message is being sent by Baker Tilly Virchow Krause, LLP. It is intended exclusively for the individuals and entities to which it is addressed. This communication, including any attachments, may contain information that is proprietary, privileged, confidential, including information that is protected under the HIPAA privacy rules, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of this message. This message is protected by applicable legal privileges and is confidential.