| | |
|---|---|
| **From:** | Simmons, Dale |
| **Sent:** | Friday, August 17, 2012 5:50 PM |
| **To:** | Ludwig, Christopher |
| **Cc:** | King, Brad; Joe Miu |
| **Subject:** | RE: DOH Match not in DOH Hopper in SVRS. |
| **Attachments:** | VRG_03.1 Processing Deaths in SVRS.pdf |

Christopher,

With respect to your first question I think it would be best if you could provide us with a copy of the screen print provided by Bartholomew County and a screen print of the Agency Update Maintain screen you describe in your email (or just one of these if they are the same) to try to understand why you did not receive notice of the death through your hopper.

If the items you describe are legitimate SVRS "reports" then I'm inclined to answer your question as "yes" per state law (IC 3-7-45). However, I hesitate to do that off the bat since the state's current SOP on processing death records (attached) does not specifically permit it and because your issue may suggest a systemic problem with statewide implications that is more important to fix than work around on an ad hoc basis.

I was denied access in my attempt to open the link Joe sent to you but it sounds like a possible work-around that the core team has suggested that I may, or may not, know about (or remember). I know the current SOP 12.1 references are efforts with DOC to try to get better information about the status of persons in their system.

I'm copying Joe in hopes he can advise me regarding the link.


Dale R. Simmons
Co-General Counsel
Indiana Election Division
(317) 232-3929
(800) 622-4941
Fax (317) 233-6793
www.in.gov/sos/elections

If a person is unclear concerning general election law provisions, the Election Division can be used as an interpretative resource. However, where important legal rights are concerned you should consult with your own attorney to be fully and properly advised.

**From:** Christopher A. Ludwig [mailto:CLudwig@co.clark.in.us]
**Sent:** Thursday, August 16, 2012 3:19 PM
**To:** Simmons, Dale; King, Brad; Deckard, Trent; Barnes, Leslie
**Subject:** DOH Match not in DOH Hopper in SVRS.

Good Afternoon,

We (Clark County) received a "screen print" of one of our registered voters from Bartholomew County showing that our voter had a Department of Health (DOH) match. But looking back, as far as we can tell, we did not receive a DOH Match in our Hopper.

I looked at the Agency Update Maintain section of SVRS and it shows the DOH Match and the effective date (Date of Death) matches the date on the persons obituary (I was curious and did a Google search).

Can we go off the information from the Agency Update Maintain section since it it part of the SVRS, or do we need a Copy of the Death Certificate or does it need to be done through the DOH Hopper.

This next part is a follow up to a question I had at the begining of July with New BMV Registrations with a DOC Match.

Joe Miu from Baker Tilly was helping me and gave me this hyper link and the following statement.

http://www.in.gov/apps/indcorrection/ofs/ofs

If the individual is no longer with DOC, it indicates when a release took place and whether the release was to discharge or probation. If on parole, it indicates the parole district. There is an 'earliest possible release date' on the site that gives the date the offender was released from incarceration. Feel free to use that date when these names pop-up, and then contact me if that doesn't answer your question.

I want to know if that is an exceptable source to update voters records. I'm not discrediting Indiana's Goverment website or a section there of, I just don't want to do anything incorrectly.

Thank you,

Chris Ludwig
Clark County Voter Registration