# In The Matter Of:

*Judicial Watch, Inc., and True The Vote -v-*
*J. Bradley King, Trent Deckard and Connie Lawson*

---

*Terrence Coleman*
*May 28, 2013*

---

*Midwest Reporting, Inc.*
*1448 Lincolnway East*
*South Bend, Indiana 46613*
*574-288-4242*
*reporters@midwestreporting.net*

Original File coleman terrence.txt

**Min-U-Script® with Word Index**

**69**

1    BY MR. FEDELI:

2   Q  So, it would be fair to say when you started on

3      this process there was a backlog of deceased

4      voters needing to be removed?

5   A  Oh, correct.  Undoubtedly.

6   Q  And the process of plowing through that backlog

7      takes more time and effort than merely keeping

8      track of people as they die in realtime --

9   A  Oh --

10   Q  -- is that right?

11   A  Oh, undoubtedly, yes.

12   Q  Has the state ever given you advice about

13      removing deceased people on your voter rolls when

14      you don't have any data either through the DOH

15      maintenance file or the DLN -- the DLN button or

16      from the hopper?

17   A  No.

18   Q  If you find out -- if you see an obituary from

19      somebody that you know is on your voter rolls but

20      you can't find any confirmation from any of those

21      three sources, what do you do?

22   A  Well, according to SVRS, we cannot.

23   Q  And when you say according to SVRS, is that the

24      guidelines or the manual that you have?

25   A  The standard -- the SOP that is available on --

1        on the county portal that's within the SVRS

2        system.

3    Q   The SOP, the standard operating procedures the

4        state publishes?

5    A   Say that again.

6    Q   Is that the standard operating procedures that

7        the state publishes for --

8    A   Yes.

9    Q   -- the SVRS?

10   A   Yes.  Yes.  And, you know, we're told that, you

11       know, we can't use an obituary.  We can even --

12       they said we can't -- I could attend your

13       funeral, see you dead in the casket, and they

14       said I can't use that.  I can see -- I can see

15       the body, but I -- but I can't do that.

16           They do say you can use a death certificate

17       from your Health Department.  So, you know -- and

18       that's another -- that's something I've left out,

19       so I'm sorry, is that another resource we have is

20       if we have someone in question we can call our

21       Health Department in our building and they can

22       confirm for us that you're dead.  And then we'll

23       say, "Okay.  Thanks."  And then they'll fax us a

24       copy of the certificate that we attach to the

25       card.