# In The Matter Of:

*Judicial Watch, Inc., et al. v.*
*J. Bradley King, et al.*

*Sarah Redman*
*May 20, 2013*

*Tri-State Reporting, Inc.*
*901 S. Kenmore Drive*
*Evansville, IN 47714*
*Phone: (812) 477-7666  Fax: (812) 477-8032*
*www.tsreporting.com*

Original File redman.txt
**Min-U-Script® with Word Index**

125

1        inactive is if those two pieces of mail have came
2        back as undeliverable, and then they go into that
3        status.
4    Q   So on the case of the mailing.  Now, what about in
5        the -- from SVRS hopper items?  Are there any
6        hopper items that would cause you to not cancel
7        them, but put somebody into the inactive column?
8    A   Not to my knowledge, but I've never been a clerk
9        during -- when the State does their own voter list
10       maintenance, so I'm assuming that there would be
11       hopper items in that case.
12   Q   Might come up, right?
13   A   But I -- not during my term.
14   Q   So nobody's on this inactive list other than the
15       people with the voting address questionable
16       information, in other words?
17   A   Right.  If you have a new voter and the card goes
18       out and it's undeliverable or -- right.
19   Q   There's nobody who's on the inactive list for
20       suspicion of being dead, right?
21   A   No.
22   Q   Okay.
23   A   I wish.  Not that -- I don't wish, but I mean, I
24       wish there were some more ways to be able to, I
25       guess -- I don't know, but I know the practical

DEPOSITION OF SARAH REDMAN
TAKEN ON MAY 20, 2013

126

1      side of it is I can't -- I can't touch it, but...

2  Q  Okay.

3  A  Even if I go to your funeral, I can't mark you.

4      MR. LONG: Do you want a conference for

5  just a couple minutes?

6      MR. FEDELI: That's what I was going to

7  ask. Do you want a conference real quick?

8      MR. GARN: Yeah.

9      (A brief recess was taken.)

10     MR. FEDELI: We're done with our

11  questioning, with our examination --

12     THE WITNESS: Okay.

13     MR. FEDELI: -- for the day.

14     THE WITNESS: Okay. Thank you.

15

16  AND FURTHER THE DEPONENT SAITH NOT.

17

18  THIS DEPOSITION TO BE READ AND SIGNED BY SARAH REDMAN.

19

20  NOTE: UNLESS I HEAR FROM ANY OF THE PARTIES TO THIS

21  ACTION, ALL STENOGRAPHIC NOTES AND TAPE RECORDINGS, IF

22  ANY, WILL BE DESTROYED ONE YEAR FROM THE TAKING OF SAME,

23  AND THAT DATE BEING MAY 20, 2014.

24

25