# Christopher Fedeli

| | |
|---|---|
| **From:** | Garn, Jefferson <Jefferson.Garn@atg.in.gov> |
| **Sent:** | Wednesday, May 28, 2014 11:36 AM |
| **To:** | Christopher Fedeli |
| **Cc:** | Clark, Christina; Paul Orfanedes; J. Christian Adams (A@ElectionLawCenter.com) |
| **Subject:** | RE: Settlement Offer -- Judicial Watch and True the Vote v. J. Bradley King, et al., Case 1:12-cv-00800-WTL-TAB |

Chris,

To confirm out telephone conversation, the Co-Directors and Secretary of State are unwilling to settle with the plaintiffs at this time.

Thank you,

Jeff

**Jefferson Garn**
Deputy Attorney General
Civil Litigation
302 West Washington St.
IGCS 5th Floor
Indianapolis, IN 46204
317-232-6292 phone
317-232-7979 fax

---

**From:** Christopher Fedeli [mailto:CFedeli@JUDICIALWATCH.ORG]
**Sent:** Monday, May 19, 2014 3:39 PM
**To:** Garn, Jefferson
**Cc:** Clark, Christina; Paul Orfanedes; J. Christian Adams (A@ElectionLawCenter.com)
**Subject:** Settlement Offer -- Judicial Watch and True the Vote v. J. Bradley King, et al., Case 1:12-cv-00800-WTL-TAB

Jeff:

As we discussed, Plaintiffs extend the following settlement offer in the above-captioned case: a joint stipulation of dismissal.  The text of the joint stipulation shall read:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiffs Judicial Watch, Inc. and True the Vote and defendants J. Bradley King, Trent Deckard, and Connie Lawson, in their official capacities, hereby stipulate to the dismissal of this action with prejudice, and without costs or fees to either party.

Please let me know your response.

Thanks,
Chris

Chris Fedeli | **Judicial Watch, Inc.**
425 Third Street, SW | Washington, DC 20024
Tel: (202) 646-5185 | CFedeli@judicialwatch.org

Website:  www.judicialwatch.org
Areas of Law:  www.judicialwatch.org/amicus-briefs



NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.