## Secretary of State Events Calendar for IN.GOV

**Click here to Print**

### Entry Details

 notify me    add to my calendar    email a friend

Go Back

**[SOS] Hoosier voters to receive postcard with election information in the mail**

**Start Date:** 5/21/2014    All Day
**End Date:** 5/21/2014

**Entry Description**

*Postcards remind voters of Election Day and will identity outdated voter information*

INDIANAPOLIS (May 21, 2014) — Hoosier voters are beginning to receive postcards in the mail from the Secretary of State Election Division. The card reminds Hoosiers that Election Day is Tuesday, November 4, 2014 and to visit www.indianavoters.com for election information. The office is mailing these post cards as part of a statewide voter list refresh. The goal is to identify outdated and inaccurate voter registration information to improve the accuracy and integrity of Indiana's voter registration list.

"Last year, I worked with state budget writers to secure the funding to update Indiana's voter list," said Secretary of State Connie Lawson. "It is estimated that at least one in eight voter registrations contains inaccurate information. Inaccurate voter information affects the integrity of our voting process. It may deflate voter turnout statistics because those numbers are based on total registered voters, which we know contain some outdated information."

Postcards that are returned to the office will be used to identify outdated voter information. The office will send a second first-class mailing asking those voters to take action by updating their registration information, if necessary.

Hoosiers should use the postcard as a reminder to verify, update or start a voter registration online at www.indianavoters.com. Voters may also visit their local county clerk's office or any branch of the Bureau of Motor Vehicles to register to vote or update their voter registration.



**Entry Type:**
Press Release

**Entry Category:**
Alerts and Notification
Announcements

**IN.gov Category:**
About Indiana

**Agency Name**
Secretary of State

**Contact Information:**
Name: Valerie Kroeger
Phone: 317-233-8655
Email: vkroeger@sos.in.gov

**Like   Share**   Be the first of your friends to like this.

Calendar software powered by Active Data Calendar