**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| and TRUE THE VOTE, | ) | |
| | ) | |
| *Plaintiffs*, | ) | Case No. 1:12-cv-800-WTL-TAB |
| v. | ) | |
| | ) | |
| J. BRADLEY KING, *et al.* | ) | |
| | ) | |
| *Defendants*. | ) | |
| _____ | ) | |

**[PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR VOLUNTARY
DISMISSAL WITH PREJUDICE**

The Court, having considered Plaintiffs' Motion for Voluntary Dismissal With Prejudice

and Defendants' response thereto, hereby orders that the Motion is GRANTED and this case is

Dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

ORDERED this _____ day of _____, 2014.


_____

William T. Lawrence
United States District Judge
Southern District of Indiana


Service will be made electronically
on all ECF-registered counsel of record
via email generated by the court's ECF system.