IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUDICIAL WATCH, INC., and TRUE THE VOTE, | ) ) ) |
| Plaintiffs, | ) Case No. 1:12-cv-800-WTL-TAB |
| v. | ) ) |
| J. BRADLEY KING, *et al.* | ) ) |
| Defendants. | ) ) |

**ORDER ON PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

The Court, having considered Plaintiffs' Motion for Voluntary Dismissal With Prejudice and Defendants' response thereto, hereby orders that the Motion is GRANTED and this case is Dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

ORDERED this 4th day of June, 2014.

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the court's ECF system.